JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
International Union of Operating Engineers Benefit Funds, et al.

**DEFENDANTS**
J&J Equipment Leasing, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jeremy E. Meyer, Esquire and Regina C. Hertzig, Esquire
Cleary, Josem & Trigiani, LLP    (215)735-9099
325 Chestnut St., Ste. 200, Philadelphia, PA 19106

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
     Plaintiff

☒ 3  Federal Question
     *(U.S. Government Not a Party)*

☐ 2  U.S. Government
     Defendant

☐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | Liability | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☒ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
ERISA 29 U.S.C. Section 1132 (a)(3)(B)
Brief description of cause:
Action to collect contributions, interest and liquidated damages on delinquent benefit fund contributions.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S)
IF ANY   None
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
04/29/19

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: __1375 Virginia Drive, Suite 100, Fort Washington, PA 19034__

Address of Defendant: __10 Mount Pleasant Drive, Aston, PA 19014__

Place of Accident, Incident or Transaction: __Fort Washington, Pennsylvania__

---

**RELATED CASE, IF ANY:**

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☒

I certify that, to my knowledge, the within case ☐ is / ☒ is not  related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __04/29/2019__  __Jeremy E. Meyer, Esquire__  __85303__
*Attorney-at-Law / Pro Se Plaintiff*  *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**  *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☒ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
 *(Please specify):* _____

**B.**  *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify):* _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
 *(Please specify):* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____  _____  _____
*Attorney-at-Law / Pro Se Plaintiff*  *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

|  |  | CIVIL ACTION |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING | : | |
| ENGINEERS BENEFIT FUNDS, et al. | : | |
| v. | : | |
| J&J EQUIPMENT LEASING, INC. | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

### SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.　　　　　　( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
　　and Human Services denying plaintiff Social Security Benefits.　　　　　　　　( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.　( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
　　exposure to asbestos.　　　　　　　　　　　　　　　　　　　　　　　　　　( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
　　commonly referred to as complex and that need special or intense management by
　　the court. (See reverse side of this form for a detailed explanation of special
　　management cases.)　　　　　　　　　　　　　　　　　　　　　　　　　　　( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.　　(X)

| 4/29/19 | Jeremy E. Meyer, Esquire | Plaintiffs |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-735-9099 | 215-640-3201 | jmeyer@cjtlaw.org |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| INTERNATIONAL UNION OF OPERATING | : | CIVIL ACTION |
| ENGINEERS OF EASTERN PENNSYLVANIA | : | NO. |
| AND DELAWARE BENEFIT PENSION FUND, | : | |
| INTERNATIONAL UNION OF OPERATING | : | |
| ENGINEERS OF EASTERN PENNSYLVANIA | : | |
| AND DELAWARE HEALTH AND WELFARE | : | |
| FUND, | : | |
| INTERNATIONAL UNION OF OPERATING | : | |
| ENGINEERS OF EASTERN PENNSYLVANIA | : | |
| AND DELAWARE APPRENTICESHIP & | : | |
| TRAINING FUND, | : | |
| INTERNATIONAL UNION OF OPERATING | : | |
| ENGINEERS OF EASTERN PENNSYLVANIA | : | |
| AND DELAWARE SUPPLEMENTAL | : | |
| UNEMPLOYMENT BENEFIT FUND, and | : | |
| INTERNATIONAL UNION OF OPERATING | : | |
| ENGINEERS OF EASTERN PENNSYLVANIA | : | |
| AND DELAWARE ANNUITY FUND | : | |
| P.O. Box 1627 | : | |
| Fort Washington, PA 19034, | : | |
| | : | |
| and | : | |
| | : | |
| INTERNATIONAL UNION OF OPERATING | : | |
| ENGINEERS, LOCAL 542, AFL-CIO, | : | |
| 1375 Virginia Drive, Suite 100 | : | |
| Fort Washington, PA 19034, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| J&J EQUIPMENT LEASING, INC. | : | |
| 10 Mount Pleasant Drive | : | |
| Aston, PA 19014, | : | |
| | : | |
| Defendant. | : | |

# C O M P L A I N T

**INTRODUCTION**

This is an action brought by employee benefit plans to collect delinquent contributions, interest on delinquent contributions, liquidated damages, and attorneys' fees, and by a labor union to collect unremitted union dues, pursuant to section 503 of the Employee Retirement Income Security Act (hereinafter "ERISA"), 29 U.S.C. §1132, and section 301 of the Labor Management Relations Act (hereinafter "LMRA"), 29 U.S.C. §185.

**JURISDICTION AND VENUE**

1.      The jurisdiction of this Court is invoked pursuant to §502(a)(3)(B), (d)(1) and (f) and §4301(a)(1) and (c) of ERISA, 29 U.S.C. §§1132(a)(3)(B), (d)(1) and (f) and §1451(a)(1) and (c), respectively, and §301(a) of the LMRA, 29 U.S.C. §185(a).

2.      This Court is one of proper venue under ERISA §§502(e)(2) and 4301(d), 29 U.S.C. §§1132(e)(2) and 1451(d), respectively, because the International Union of Operating Engineers of Eastern Pennsylvania and Delaware Benefit Pension Fund (hereinafter the "Pension Fund"), the International Union of Operating Engineers of Eastern Pennsylvania and Delaware Health and Welfare Fund (hereinafter the "Health Fund"), the International Union of Operating Engineers of Eastern Pennsylvania and Delaware Apprenticeship and Training Fund (hereinafter the "Apprenticeship Fund"), the International Union of Operating Engineers of Eastern Pennsylvania and Delaware Supplemental Unemployment Benefit Fund (hereinafter the "SUB Fund"), and the International Union of Operating Engineers of Eastern Pennsylvania and Delaware Annuity Fund (hereinafter the "Annuity Fund") (hereinafter collectively the "Funds") are administered in Pennsylvania.

**PARTIES**

3.      At all times relevant hereto, the Funds are "multi-employer plans" and "employee benefit plans" within the meaning of sections 3(2), (3) and (37), of ERISA, 29 U.S.C. §1002(2), (3), and (37) which are maintained for the purpose of providing health and welfare, pension, apprenticeship and training, supplemental unemployment benefits, and annuities and related benefits to eligible participants and are trust funds established and maintained pursuant to section 302(c)(5) of the LMRA, 29 U.S.C. §186(c)(5).   The Funds qualify to commence this action pursuant to section 502(d)(1) of ERISA, 29 U.S.C. §1132(d)(1).

4.      At all times relevant hereto, the Funds maintain their principal place of business at P.O. Box 1627, Fort Washington, Pennsylvania 19034.

5.      The Funds bring this action on behalf of themselves and on behalf of plan participants and beneficiaries pursuant to sections 502(a)(3)(B)(ii) and 4301(a)(1) of ERISA, 29 U.S.C. §§1132(a)(3)(B)(ii) and 1451(a)(1), respectively.

6.      At all times relevant hereto, Plaintiff International Union of Operating Engineers Local Union 542, AFL-CIO (the "Union") is an unincorporated association commonly referred to as a labor union, and is the exclusive representative for the purposes of collective bargaining of the employees of Defendant J&J Equipment Leasing, Inc. who are and/or were employed in an industry affecting interstate commerce within the meaning of 29 U.S.C. §§152(5), (6) and (7), 185(a) and 1002 (4), (11), and (12).

7.      At all times relevant hereto, the Union maintains its principal place of business at 1375 Virginia Drive, Suite 100, Fort Washington, PA 19034.

8.      The Union brings this action pursuant to Section 301 of the LMRA, 29 U.S.C. §185.

3

9.     Defendant, JJ&J Equipment Leasing, Inc. (hereinafter the "contributing employer"), is an employer in an industry affecting commerce within the meaning of section 3(5), (11), and (12) of ERISA, 29 U.S.C. §§1102(5), (11), and (12) and has a business address as set forth in the caption.

10.    At all times relevant hereto, the contributing employer was a party to a collective bargaining agreement whereby it agreed to make full and timely payments to the Funds based upon the number of hours worked by its employees. A true and correct copy of the collective bargaining agreement is attached hereto as Exhibit A.

## COUNT ONE
### Funds v. Contributing Employer
### Delinquent Contributions under ERISA and LMRA

11.    The above paragraphs are incorporated herein by reference as though duly set forth at length.

12.    The amount of contributions due to each of the Funds from the contributing employer is determined by the hours worked and wages paid to employees covered by the collective bargaining agreement during a calendar month. (Exhibit A, Article V, pp. 29-31)

13.    Pursuant to Article V, Section 7(1) of the collective bargaining agreement, the contributing employer is obligated to submit remittance reports documenting the hours worked and wages paid by each employee whose employment is governed by the collective bargaining agreement, as well as the contributions and remittances due on a monthly basis on the twenty-fifth (25th) day of the month following the month in which the wages which are the basis for the contribution calculation were earned. (Exhibit A, p. 31)

14.     Pursuant to Article V, Sections 7(2), (3), (5), (6), (7), (8), (9), and (11) of the collective bargaining agreement and 29 U.S.C. §1132(g)(2)(B), contributions that are not paid by the day on which they are due accrue interest, calculated at a rate of ten percent (10%) per annum from the first day of the month following the date such contributions are due. (Exhibit A, pp. 31-32)

15.     Pursuant to Article V, Section 7(5), (8), (9), and (11) of the collective bargaining agreement and 29 U.S.C. §1132(g)(2)(C)(ii), any contribution not received by its due date is charged liquidated damages equal to ten percent (10%) of the amount of the unpaid or late-paid contribution. (Exhibit A, pp. 31-32)

16.     The contributing employer failed to submit reports or payments on behalf of Michael Leflar, an employee of the contributing employer whose employment is governed by the collective bargaining agreement, for the months of August 2018 through January 2019.

17.     Based on information provided by Mr. Leflar, Plaintiffs recreated remittance reports for his work during August 2018 through January 2019. True and correct copies of the recreated remittance reports are attached as Exhibit B.

18.     The recreated remittance reports document that a total of $26,778.83 in contributions were due to the Funds for the months of August 2018 through January 2019.

19.     By letter dated April 9, 2019, the Funds, through their counsel, advised the contributing employer of the delinquency and demanded payment of the above amounts, plus interest, liquidated damages, and unremitted union dues, and demanded payment of those amounts within ten days. A true and correct copy of the April 9, 2019 letter attached hereto as Exhibit C.

20.     The contributing employer failed and refused to respond to the April 9, 2019 letter.

5

21.     To date, the contributing employer has not paid any of the delinquent amounts.

22.     In addition to the delinquent principal, the contributing employer owes ongoing interest on that delinquency calculated at a rate of ten percent (10%) per annum, pursuant to Article V, Section 7(2), (3), (5), (6), (7), (8), (9), and (11) of the collective bargaining agreement and 29 U.S.C. §1132(g)(2)(B).

23.     The contributing employer also owes $2,677.88 in liquidated damages (10% of the principal), pursuant to Article V, Section 7(5), (8), (9), and (11) of the collective bargaining agreement and 29 U.S.C. §1132(g)(2)(C)(ii).

24.     Pursuant to Article V, Sections 7(5) and (11) of the collective bargaining agreement (Exhibit B) and 29 U.S.C. §1132(g)(2)(D), the contributing employer is also liable for the Funds attorneys' fees and costs in this action.

WHEREFORE, Plaintiffs ask that the Court enter the following Judgment against the contributing employer and in favor of the Funds for the following:

(1)     $26,778.83 in principal delinquent contributions for the August 2018 through January 2019 work months, pursuant to Article V of the collective bargaining agreement and 29 U.S.C. §1132(g)(2)(A);

(2)     Ongoing interest on the amount set forth in (1), calculated at a rate of ten percent per annum, pursuant to Sections 7(2), (3), (5), (6), (7), (8), (9), and (11) of the collective bargaining agreement and 29 U.S.C. 1132(g)(2)(B);

(3)     $2,677.88 in liquidated damages, pursuant to Article V, Sections 7(5), (8), (9), and (11) of the collective bargaining agreement and 29 U.S.C. §1132(g)(2)(C)(ii);

(4)     Plaintiffs' reasonable attorneys' fees and costs pursuant to Article V, Section 7(5) and (11) of the collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2)(D); and

(5)    Any other further relief the court finds just and proper.

## COUNT TWO
## Union v. Contributing Employer
## Delinquent Dues under LMRA

25.    The above paragraphs are incorporated herein by reference as though duly set forth at length.

26.    Article V, Section 8 of the collective bargaining agreement requires the contributing employer to deduct union dues from the wages of employees who authorize such deduction and to remit the deducted amounts to the Union. (Exhibit A, p. 32)

27.    Such dues must be submitted to the Union, along with a report of the deduction on the remittance report submitted to the Funds, by the twenty-fifth day of the month following the reporting month. (Exhibit A, pp. 31 and 32)

28.    The recreated remittance reports document that a total of $1,618.40 was deducted from Mr. Leflar's pay as dues deductions during the months of August 2018 through January 2019. (see Exhibit B).

29.    No such dues were remitted to the Union.

30.    Despite notice of the delinquent dues and demands for payment thereof, the contributing employer has failed and refused to pay. (See Exhibit C)

31.    The contributing employer's actions violate the terms of the collective bargaining agreement.

WHEREFORE, Plaintiffs ask that the Court enter the following Judgment against the contributing employer and in favor of the Union for:

7

(1)     $1,618.40 in union dues pursuant to 29 U.S.C. §185 and the collective bargaining agreement;

(2)     Grant any other further relief the court finds just and proper.

## COUNT THREE
## Union v. Contributing Employer
## Conversion

32.     The above paragraphs are incorporated herein by reference as though duly set forth at length.

33.     The Court has supplemental subject matter jurisdiction of the pendant state law claims under 28 U.S.C. § 1367.

34.     Pursuant to Article V, Section 8 of the collective bargaining agreement, union dues are deducted from employees' paycheck to be forwarded to the Union by the contributing employer. (Exhibit A, p. 32)

35.     The dues deducted from employees' paycheck are the property of the Union and are to be held in trust and promptly remitted by the contributing employer.

36.     By failing to remit the deducted amounts to the Union by their respective deadline, the contributing employer deprived and continues to deprive the Union of its property without consent of the Union or legal justification.

37.     By failing to remit the dues that had been deducted from employees' paychecks, the contributing employer is liable for the tort of conversion.

8

WHEREFORE, plaintiffs ask that the Court:

(1) Enter judgment in favor of the plaintiff Union and against the defendant contributing employer in the amount of $1,618.40 for unremitted dues that were deducted from employees' paychecks during the months of August 2018 through January 2019; and

(2) Grant any other further relief the court finds just and proper.

CLEARY, JOSEM & TRIGIANI, LLP

BY:

REGINA C. HERTZIG, ESQUIRE
JEREMY E. MEYER, ESQUIRE
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
(215) 735-9099

Dated:   April 29, 2019

9

Exhibit A

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN

## THE INTERNATIONAL UNION OF OPERATING ENGINEERS

## AFL-CIO

# LOCAL UNION 542

## AND

## THE CONTRACTORS ASSOCIATIONS OF EASTERN PENNSYLVANIA

## AND THE STATE OF DELAWARE

**FIVE COUNTY -  BUILDING EFFECTIVE MAY 1, 2017 – APRIL 30, 2020**
**FIVE COUNTY – HEAVY/HIGHWAY EFFECTIVE MAY 1, 2017 – APRIL 30, 2022**
**TWENTY NINE COUNTY – EFFECTIVE MAY 1, 2017 – APRIL 30, 2022**
**STATE OF DELAWARE - EFFECTIVE MAY 1, 2017 – APRIL 30, 2022**



# *TABLE OF CONTENTS*

**BOOK ONE**

**Page**

**ARTICLE I**

Section 1      Recognition.................................. 11

Section 2      Legality.................................... 11

Section 3      Jurisdiction............................... 11-12

Section 4      Territorial Jurisdiction................... 12

Section 5      Term....................................... 12

**ARTICLE II      GENERAL PROVISIONS**

Section 1      Non-Discrimination......................... 13

Section 2      Referral System........................... 13-21

      Group I.................................... 13

      Group I-A................................. 14

      Group II.................................. 14

      Group III................................. 14

Section 3      Non-Payment of Dues........................ 21

Section 4      Sub-Contractors............................ 22

Section 5      Pre-Construction Conferences............... 22

Section 6      Union Authority............................ 22

Section 7      Association Agency......................... 23

Section 8      Insurance.................................. 23

Section 9      Failure to Properly Man Equipment.......... 23

Section 9A     Failure to Properly Man Equipment
      29 County Highway......................... 23

Section 10     Equipment Testing.......................... 23

Section 11     Non-Union Equipment........................ 24

Section 12     New Machines............................... 24

**ARTICLE III     JOINT LABOR MANAGEMENT DRUG/ALCOHOL ABUSE PROGRAM**

Section 1      Policy Statement........................... 25

Section 2      Definitions................................ 25

Section 3      Confidentiality............................ 25

Section 4      Rules Disciplinary Actions
      Grievance Procedures...................... 26

Section 5    Drug/Alcohol Testing....................... 26-27

Section 6    Rehabilitation............................. 27

**ARTICLE IV       DISPUTES AND GRIEVANCES**

Section 1    Jurisdictional Disputes.................... 28

Section 2    Non-Jurisdictional Disputes and Grievances.. 28

Section 3    Strikes and Lockouts...................... 28

**ARTICLE V        FRINGE BENEFITS & MISCELLANEOUS PAYMENTS**

Section 1    Welfare Fund.............................. 29

Section 2    Pension Fund............................. 29

Section 3    Apprenticeship & Training................. 30

Section 4    Supplemental Unemployment Benefit Fund...... 30

Section 5    Annuity Fund - 5 County Heavy & Highway
             and Building............................. 30

Section 5A   Annuity Fund - 29 County Heavy & Highway.... 30

Section 5B   Annuity Fund - 29 County Building.......... 30

Section 5D   Annuity Fund - State of Delaware.......... 30

Section 6    Industry Advancement Fund - 5 County Heavy
             & Highway and 29 County Heavy & Highway.... 30

Section 6B   Industry Advancement Fund 5 County Building. 31

Section 7    Penalty Clause - Delinquency Procedure
             Liquidated Damage Policy.................... 31-32

Section 8    Check-Off................................. 32

**BOOK TWO**

**ARTICLE VI       5 COUNTY HEAVY, HIGHWAY AND BUILDING CONSTRUCTION DEFINITIONS**

Section 1    Heavy Construction - 5 County.............. 33

Section 2    Highway Construction - 5 County............ 33

Section 3    Building Construction - 5 County........... 33

**ARTICLE VII      5 COUNTY WAGES AND WORKING CONDITIONS APPLICABLE TO CONSTRUCTION**

Section 1    Wage Scale - 5 County Heavy, Highway
             and Building............................. 34

Section 2    Overtime Rates........................... 34

             Heavy Construction....................... 34

             Highway Construction..................... 34

             Building Construction.................... 34

3

Section 3         Steward Premium Pay......................... 34
Section 4         Lead Engineer/Assistant Lead Engineer
                    5 County Building........................... 34
Section 4A        Lead Engineer/Assistant Lead Engineer
                  5 County Heavy & Highway ................... 35
Section 4B        Lead Engineer - Definition.................. 35
Section 5         Weekly Pay.................................. 35
Section 6         Employment on a Daily Basis................. 35
Section 6A        Wage Increase on a Daily Basis............. 35
Section 7         Saturday................................... 35
Section 8         Sunday and Holiday Pay..................... 36
Section 9         Wage Payment............................... 36
Section 9A        Toxic/Hazardous Waste Payment.............. 36
Section 10        Shifting Employees......................... 36
Section 11        Compressors................................ 36
Section 11A       5 County Heavy & Highway................... 36
Section 11B       5 County Building.......................... 37
Section 12        Welding Equipment.......................... 37
Section 13        Pumps...................................... 37
Section 14        Generators................................. 37
Section 15        Space Heaters.............................. 37
Section 16        Miscellaneous Equipment Requirements........ 37
Section 17        Single Shift Work - 5 County Heavy & Highway
                    and Building.............................. 37-38
Section 17A       Single Special Shift Work
                    5 County Highway And Building Only......... 38
Section 18        Multiple Shift Work........................ 38
Section 19        Safety and Element Protection.............. 38
Section 20        Winter Heat................................ 38
Section 21        Minor Repair Work.......................... 38
Section 22        Shovels and Cranes......................... 39
                  Concrete Pumps............................. 39-40
                  Pile Driving Rigs.......................... 40
Section 23        Tower Type Cranes.......................... 40
Section 24        Boom Pay and Manning
                    5 County Heavy & Highway.................. 40
Section 24A       Boom Pay and Manning - 5 County Building.... 40

Section 25        Conveyors - 5 County Heavy & Highway........ 40

Section 25A       Conveyors - 5 County Building............... 40

Section 26        Dual Purpose Machines....................... 41

Section 27        Outside Power............................... 41

Section 28        Power Boats................................. 41

Section 29        Hoist and Elevators......................... 41

Section 30        Portable Rock Crushers 5 County Heavy,
                  Highway and Building........................ 42

Section 31        Caisson Work 5 County Building.............. 42


ADDENDUM TO THE COLLECTIVE BARGAINING AGREEMENT

5 COUNTY HIGHWAY......................................... 43

5 COUNTY BUILDING, HEAVY & HIGHWAY CONSTRUCTION WAGE SCHEDULES...44-52

**BOOK THREE**

**ARTICLE VIII     29 COUNTY CONSTRUCTION DEFINITIONS**

Section 1         29 County Building.......................... 53

Section 2         29 County Heavy............................. 53

Section 3         29 County Highway........................... 53

**ARTICLE IX       29 COUNTY BUILDING & HEAVY**

                  **WAGES AND WORKING CONDITIONS**

Section 1         Wage Scale - 29 County Building & Heavy..... 54

Section 2         Overtime Rates - 29 County Building & Heavy. 54

Section 3         Toxic/Hazardous Waste Removal Rates
                  29 County Building & Heavy................. 54

Section 4         Lead Engineer/Assistant Lead Engineer
                  29 County Building & Heavy................. 54

Section 4A        Lead Engineer Definition.................... 55

Section 4B        Steward Premium Pay......................... 55

Section 5         Weekly Pay - 29 County Building & Heavy..... 55


Section 6         Employment on a Daily Basis - 29 County
                  Building & Heavy............................ 55

Section 7         Saturday - 29 County Building & Heavy....... 55

Section 8         Sunday and Holiday Pay - 29 County Building
                  Heavy...................................... 55

Section 9         Wage Payments - 29 County Building & Heavy.. 56

Section 10       Shifting Employees - 29 County Building &
                 Heavy.................................... 56
Section 11       Pumps - 29 County Building................. 56
Section 11A       29 County Heavy........................... 56
Section 12       Compressors - 29 County Building........... 56
Section 12A       29 County Heavy........................... 56-57
Section 13       Welding Equipment - 29 County Building...... 57
Section 13A       29 County Heavy........................... 57
Section 14       Miscellaneous Equipment Requirements........ 57
Section 14A      29 County Building & Heavy.................. 57
Section 15       Single Shift Work - 29 County Building &
                 Heavy.................................... 57
Section 16       Multiple Shift Work - 29 County Building.... 57-58
Section 16A      Multiple Shift Work - 29 County Heavy....... 58
Section 17       Safety and Element Protection
                 29 County Building & Heavy................. 58
Section 18       Winter Heat - 29 County Building & Heavy.... 58
Section 19       Minor Repair Work - 29 County Building &
                 Heavy.................................... 58
Section 20       Shovel, Cranes and Concrete Pumps
                 29 County Building........................ 58-59
Section 20A      Shovel and Cranes - 29 County Heavy......... 59
Section 21       Apprentice Engineer/Oiler - 29 County
                 Building & Heavy.......................... 60
Section 22       Tower Type Cranes - 29 County Building &
                 Heavy.................................... 60
Section 23       Conveyors - 29 County Building............. 60
Section 23A       29 County Heavy........................... 60
Section 24       Generators - 29 County Building............ 60
Section 24A      29 County Heavy............................ 60
Section 25       Space Heaters -  29 County Building........ 61
Section 25A      29 County Heavy............................ 61
Section 26       Dual Purpose Machines - 29 County Building &
                 Heavy.................................... 61
Section 27       Outside Power - 29 County Building & Heavy.. 61
Section 28       Power Boats - 29 County Building & Heavy.... 61
Section 29       Hoist and Elevators - 29 County Building.... 61

29 COUNTY BUILDING ADDENDUM................................ 62

29 COUNTY BUILDING CONSTRUCTION WAGE SCHEDULES............. 63-69

29 COUNTY HEAVY CONSTRUCTION WAGE SCHEDULES................ 70-76

**ARTICLE X**   **29 COUNTY WAGES AND CONDITIONS APPLICABLE TO HIGHWAY CONSTRUCTION**

Section 1    29 County Highway Construction Definition..... 77

Section 2    General Provisions - 29 County Highway........ 77-78

Section 3    Union Authority - 29 County Highway........... 78

Section 4    Wage Scale - 29 County Highway................ 78

Section 5    Wage Rates - 29 County Highway................ 78

Section 6    Public Work Wage Lag - 29 County Highway...... 78

Section 7    Wage Payment - 29 County Highway.............. 78-79

Section 8    Normal Work Day - 29 County Highway........... 79

Section 9    Overtime - 29 County Highway.................. 79

Section 10   Employment on a Daily Basis
             29 County Highway............................. 79

Section 11   Saturday - 29 County Highway.................. 79

Section 12   Sunday and Holiday Pay - 29 County Highway.... 79

Section 13   Toxic/Hazardous Waste Payment
             29 County Highway............................. 80

Section 14   Zone Pay - 29 County Highway.................. 80

Section 15   Dual Purpose Pay - 29 County Highway.......... 80

Section 16   Multiple Shift Work - 29 County Highway....... 80

Section 17   Lead Engineer/Assistant Lead Engineer
             29 County Highway............................. 80

Section 17A  Steward Premium Pay........................... 81

Section 18   Safety and Element Protection
             29 County Highway............................. 81

Section 19   Winter Heat - 29 County Highway............... 81

Section 20   Pumps and Compressors - 29 County Highway.... 81

Section 21   Miscellaneous Small Equipment
             29 County Highway............................. 81

Section 22   Transportation/Small Equipment Operator
             29 County Highway............................. 81

Section 23   Conveyors - 29 County Highway................. 81

Section 24   Minor Repair Work - 29 County Highway........ 81-82

Section 25   Tower Type Cranes - 29 County Highway........ 82

Section 26      Outside Power - 29 County Highway............ 82
Section 27      Power Boats - 29 County Highway.............. 82
Section 28      Shovels and Cranes - 29 County Highway....... 82-83
Section 29      Oiler/Apprentice - 29 County Highway......... 83
29 COUNTY HIGHWAY CONSTRUCTION WAGE SCHEDULES............... 84-90

**BOOK FOUR**

**ARTICLE XII**       **STATE OF DELAWARE - CONSTRUCTION DEFINITIONS**

Section 1       Heavy Construction.......................... 91
Section 2       Building Construction....................... 91
Section 3       Highway Construction........................ 91-92

**ARTICLE XIII**      **WAGES AND WORKING CONDITIONS APPLICABLE TO CONSTRUCTION**

Section 1       Wage Scale.................................. 93
Section 2       Overtime Rates.............................. 93
Section 2A      Overtime Rates - Heavy Construction......... 93
Section 2B      Overtime Rates - Highway Construction....... 93
Section 3       Lead Engineer & Assistant Lead Engineer..... 93-94
Section 3A      Building Construction - Lead Engineer....... 94
Section 3B      Heavy Construction - Lead Engineer.......... 94
Section 3C      Highway Construction - Lead Engineer........ 94
Section 4       Weekly Pay - Building & Heavy............... 94
Section 4A      Employment on a Daily Basis
                Building & Heavy............................ 94
Section 5       Daily and Weekly Pay - Highway.............. 94
Section 6       Multiple Shift Work - Building & Heavy...... 94-95
Section 6A      Multiple Shift Work - Highway............... 95
Section 7       Saturday.................................... 95
Section 8       Sunday and Holiday Pay - Building & Heavy... 95
Section 8A      Sunday and Holiday Pay - Highway............ 95
Section 9       Wage Payment - Building & Heavy............. 96
Section 9A      Wage Payment - Highway...................... 96
Section 9B      Layoff Pay.................................. 96
Section 10      Shifting Employees - Building & Heavy....... 96
Section 10A     Shifting Employees - Highway................ 96
Section 11      Compressors - Building & Heavy.............. 96

Section 11A          Compressors - Highway....................... 96

Section 12           Welding Equipment - Building & Heavy........ 96

Section 12A          Welding Equipment - Highway................. 97

Section 13           Pumps - Building & Heavy.................... 97

Section 13A          Pumps - Highway............................. 97

Section 14           Conveyors................................... 97

Section 15           Generators.................................. 97

Section 16           Space Heaters............................... 97

Section 17           Shovels and Cranes - Building, Heavy
                     & Highway................................... 98

Section 18           Concrete Pumps - Building, Heavy,
                     & Highway................................... 98

Section 19           Tower Type Cranes........................... 99

Section 20           Dual Purpose Machines....................... 99

Section 21           Safety and Element Protection............... 99

Section 22           Winter Heat................................. 99

Section 23           Minor Repair Work........................... 99

Section 24           Outside Power............................... 100

Section 25           Boat Captain................................ 100

Section 26           All Hoist and Elevators..................... 100

Section 27           Hazardous Waste Language.................... 100

Section 28           Owner/Operator.............................. 100


STATE OF DELAWARE BUILDING AND HEAVY WAGE SCHEDULE............ 101-107

STATE OF DELAWARE HIGHWAY WAGE SCHEDULE...................... 108-114

STATE OF DELAWARE - ADDENDUM FOR SITE WORK ................... 115

STATE OF DELAWARE - UTILITY AGREEMENT ....................... 116

ASSOCIATIONS SIGNATURE PAGE.................................. 116

THE PENN TANK AGREEMENT...................................... 117-118

WHARF AND DOCK BUILDERS AGREEMENT............................ 119-120

CONTRACT SIGNATURE PAGE...................................... 122

This Agreement made the _____ day of _____, 2017 and effective the first day of May, 2017 by and between Local Union 542, International Union of Operating Engineers hereinafter referred to as the "Union", of the one part, and the _____ hereinafter referred to as the "Employer", and the Contractors Association of Eastern Pennsylvania, General Building Contractors Association, Northeastern PA Contractors Association, and Delaware Contractors Association hereinafter referred to as the "Association".


This Agreement is negotiated by The Associations as negotiating agent only for its present and future members, hereinafter referred to as the "Employer". For any breach of this contract the liability of the said members shall be several, not joint; and the liability of The Associations shall be only that of a negotiating agent, acting without liability for the acts of its individual members.

# BOOK ONE

## <u>ARTICLE I</u>

### Section 1 - Recognition

The Union having requested recognition as the Section (a) representative of the Employees covered by this Agreement and having demonstrated through authorization cards that is has the support of the majority of such Employees to serve as such representative, the Employer hereby recognizes the Union as the Section 9(a) representative for all persons performing work within the mechanical jurisdiction of the Union, whether or not any of such persons are members of the Union, provided that the provisions of this Section shall be subject to the provisions of Article IV, Section 1.

### Section 2 - Legality

Should any of the terms or provisions of this Agreement be determined to be, or held to be, in contravention of any applicable statute or regulation enacted, promulgated or issued by any duly qualified governmental agency, any such term or provision shall be null and void, without thereby affecting any of the other terms or conditions hereof.

### Section 3 - Jurisdiction

It is expressly understood that all equipment that is under the jurisdiction of the Operating Engineers shall remain the jurisdiction of the Engineers whether or not manning is required under this contract.

The mechanical jurisdiction of the Union covers the erecting, operating, dismantling, and repairing of all mechanical equipment used in and about the construction of building and/or other construction work as awarded to the International Union of Operating Engineers by and as recognized by the Building and Construction Trades Department of A.F. of L. including:

Wrecking, digging or boring type machines, street sweeping, debris and snow removal machines, mine hoists, telpher and grab bucket machines, pumps, siphons, pulsometers, generators, concrete mixers and pumps, stone crushers, air compressors, welders, drilling machines, sand blasting machines, high or low pressure boilers, locomotive tractor and truck type cranes, cherry pickers, derricks, forklifts, boom hoists, automatic hoists and elevators (permanent or temporary), street rollers, steam and power shovels, Le Tourneau and other type scoops, pull shovels, mucking machines, draglines and cableways, clam shell and orange peel buckets when used in connection with any machine derrick or boom hoist, land and floating pile drivers, floating derrick barges, power/safety boats, floating and self-propelled dredges and rock drilling plants, dinkey and standard locomotive derrick cars, tractors and tractor-propelled machines, power and elevating scraper, graders, scarifiers, bulldozers, loaders, Barber-Greene, trenching and ditching machines, mechanical hoe-type machines, backfillers and conveyors, electronically controlled construction equipment similar to those in this section, all nuclear powered equipment, helicopters, remote control machines used in operating equipment, walk behind equipment similar to the above such as dingo type equipment, vac trucks, hydro vac trucks, all types of railroad equipment, refrigerating machines when used in construction and any other machines listed in the wage classifications herein.

The working jurisdiction of the Union covers the transport, erecting, operating, dismantling, and repairing of all mechanical equipment used in and about the construction of buildings and/or other construction work as awarded to the International Union of Operating Engineers and as recognized by the Building Construction Trades Department of A. F. of L. including:

Construction, maintenance, repair, and wrecking of buildings and other construction work. Tunnels and subways, dams, reservoirs, disposal plants, bridges, railroads, streets (paving and repair), road building construction (including grading and repair), sewers, water, gas and oil lines, harbor and river dredging, construction and repair of all docks, wharfs, piers, shipyards and seawalls, sand, gravel and stone pits, quarries and material yards within job site, clean and remove debris and snow from streets and roads, cleaning and washing of buildings, loading and unloading of construction materials and commodities within job site.

### Section 4 - Territorial Jurisdiction

The territorial jurisdiction of the Union covers the Eastern half of Pennsylvania and the State of Delaware.  The Agreement shall apply to all work performed in Philadelphia, Bucks, Delaware, Chester, and Montgomery Counties, Pennsylvania (known as the "5-County Area"), and Adams, Berks, Bradford, Carbon, Columbia, Cumberland, Dauphin, Juniata, Lackawanna, Lancaster, Lebanon, Lehigh, Luzerne, Lycoming, Monroe, Montour, Northampton, Northumberland, Perry, Pike, Schuylkill, Snyder, Sullivan, Susquehanna, Tioga, Union, Wayne, Wyoming, and York Counties, Pennsylvania (known as the "29-County Area") and the State of Delaware.  When working in the State of Delaware, the Employer agrees to work under the agreements negotiated between the Union and the Delaware Contractors Association.  When working on building construction, the Employer agrees to work under the Building Agreement negotiated between the Union and the Association in the area where the work is being performed and subject to Article I, Section 3 of this Agreement.

### Section 5 - Term

This Agreement shall be binding upon the parties hereto retroactively from May 1, 2017 to April 30, 2022 for the 5 County Heavy/Highway, May 1, 2017 to April 30, 2020 for the 5 County Building, State of Delaware Heavy/Highway & Building from May 1, 2017 to April 30, 2022, and May 1, 2017 to April 30, 2022 for the 29 County Heavy/Highway & Building and thereafter from year to year for one (1) year periods unless and until either party to this Agreement shall give the other sixty (60) days notice, in writing, prior to May 1, 2020 for 5 County Building, May 1, 2022 for the 5 County Heavy/Highway, the State of Delaware, and the 29 County Area or prior to the expiration date of any year thereafter, of its intention to negotiate changes in the Agreement.

Any renewal or extension of this Agreement, or modification thereof, shall be valid only if such renewal, extension or modification is made on behalf of the Union in conformance with the provisions of Article XXIV, Subdivision 11, Section (e) of the Constitution of the International Union of Operating Engineers.

## ARTICLE II

## GENERAL PROVISIONS

The Referral System will operate pursuant to the Unified Code of Rules and Regulations herein set forth which will be applicable in all Districts throughout the jurisdiction of Local 542. All prior Hiring Hall Rules, Policies and Practices are no longer to be followed.

### Section 1 - Non-Discrimination

No Employee or applicant for employment shall be discriminated against by reason of race, religion, color, sex, age, or national origin.

The selection of applicants for referral to jobs shall be on a non-discriminatory basis and shall not be based on, or in any way affected by, Union membership, by-laws, regulations, constitutional provisions or any other aspect or obligation of Union membership, policies or requirements, except as outlined in the Collective Bargaining Agreement.

### Section 2 - Referral System

A.   The Employer shall give the Union reasonable notice of its need for workers, and within such period shall not hire persons not referred by the Union.  If, however, the Union fails to refer workers within a twenty-four (24) hour period after having received actual notice from the Employer, the Employer shall have the right to hire persons not referred by the Union or requested from the Union.

B.   In notifying the Union of its need for workers, the Employer shall specify to the Union (1) the number of workers required; (2) the location of the project; (3) the nature and type of construction involved; (4) the anticipated duration of the work to be performed; and (5) such other information as may be necessary to enable the Union to make proper referral of applicants.

C.   The Employer shall have the right to determine the competency and qualifications of any individual referred by the Union, and the right to hire or not to hire.  Once an individual has been hired, however, no Employee shall be discharged except for just cause.

D.   The Union shall register and refer all applicants for employment on the basis of the priority groups listed below.  Each applicant shall be registered in the highest priority group for which he or she is qualified.  In determining the eligibility of all applicants for assignment to the various groups hereinafter identified, the records of Local 542 Operating Engineers Welfare and Pension Plan Fund Office shall be relevant for all periods covered by such records.  Upon gaining Group Status no applicant shall be dropped to a lower group.

### Group I

Group I shall consist of all those applicants who are under Group I and who have qualified for same as of May 1, 1963, and all applicants who have worked within the geographical area of the Eastern half of the State of Pennsylvania and the State of Delaware an aggregate of five thousand (5,000) hours within the past eight (8) years; or two thousand five hundred (2,500) hours within the past three (3) years. All applicants shall be entitled to priority under Group I who would have qualified for any of the foregoing classifications were it not for absence due to military service, or service as a Union Official, or to disability within the provisions of Local 542 Operating Engineers Welfare Plan, or under the provisions of any workmen's compensation law.  Union officials shall be entitled to a credit of forty (40) hours per week during service in office in determining their eligibility for preference in Group I.

**Group I-A**

Group I-A shall be reserved for such jobs that are not physically demanding. This normally would be equipment such as compressors, welding machines, generators, heaters, inside elevators, etc., but recognizing that such or similar jobs may be physically demanding in certain instances, the Employer will discuss the details of such or similar jobs with the Union in order to place the job in the proper category.

Registration on Group I-A Referral List will be voluntary and will be restricted to those individuals who are fifty-five (55) years of age or over, and who have been continuously enrolled or eligible in Group I for a period of twenty (20) years or more; or those who are physically handicapped and by reason of such are unable to pursue their normal occupational classification. A doctor's certificate and/or release shall be presented to the Union for proper Group Classification. The Union may require an examination by a doctor of the Union's choosing in its sole discretion. When an individual is on the Group I-A list, his or her name cannot be transferred to any other Group for a period of ninety (90) calendar days, and then his or her name shall go to the bottom of the Group List to which he or she is being transferred, excepting those who are in Group I-A because of a temporary physical handicap.

A job Steward may cover equipment in Group I-A without regard to the above requirements for the mutual benefit of the Employer and the Union. Any Employee may be moved by the Employer without regard to classification during the period of November 15th through March 15th with prior permission of the Union.

**Group II**

Group II shall consist of all those applicants who qualify for any of the following categories: All applicants who have worked within the geographical area of the Eastern half of the State of Pennsylvania and the State of Delaware five thousand (5,000) hours within the past twelve years; one thousand (1000) hours per year during any three (3) of the past five (5) years; or one thousand (1000) hours during the past year.

**Group III**

Group III shall consist of all other applicants for employment.

**Apprentice List**

All applicants who are indentured under the Apprentice Program shall be qualified under Group I as long as they remain in good standing within the Apprentice Program. All Apprentices upon completion of their Apprentice Training shall be qualified under Group I. Sixty (60) days after graduating the Apprentice shall transfer to parent body and be removed from the Apprentice List. Because of the special problems and requirements for training Registered Apprentices, any or all of the requirements in the Referral system or contract may be waived to accomplish the training objectives. The Joint Apprenticeship Committee may formulate or change the rules as necessary and any formal changes adopted by the Joint Apprenticeship Committee shall have precedence over any conflicting provision in this contract, subject to approval of the Executive Board.

E. The Union shall maintain a separate Referral List for each group category above identified. The Union will register an applicant for employment on the appropriate Referral List in the order in which he or she reports as being available for employment to the Referral Hall.

F. In referring applicants to an Employer, the Union shall first refer applicants who are on the Group I, or if applicable the Group I-A Referral Lists in order of his or her priority of registration on the list. When those individuals available on the Group I Referral Lists have

been exhausted, the Union will then refer applicants in the same manner and order of priority from the Group II and thereafter the Group III Referral Lists.

G. An applicant may register for work referral at the Referral Hall of any one (1) of the Districts of Local 542, but no applicant may be registered at more than one (1) District. No applicant will be referred to work in a District other than the one (1) in which he or she is registered, unless no qualified applicant who is registered on the Referral Lists at that other District is available.

H. Re-registration for referral shall be accepted by the Union at any time during its customary office hours. New registration shall be accepted by the Union at least once each week during office hours. Reasonable notice of new registration periods shall be posted by the Union in the Union office and in any other place where notices to Employees and applicants for employment are customarily posted.

I. The Union will use its best efforts to notify an applicant for referral when such applicant is to be referred to a job pursuant to the request of the Employer, but assumes no obligation or responsibility for failure to locate such applicant.

J. Members becoming unemployed shall immediately contact their District Office and request that their name be placed upon the Referral roster.

K. No member shall have claim rights to a job until he/she actually starts to work.

L. In contacting applicants for referral, the Referral Hall will make at least one (1) telephone call per referral to each applicant on the appropriate list in turn.

M. No Engineer will be referred to jobs in another District unless no qualified Engineer is available in that District. Members of Local 542-C (the C-Branch) will not be referred to work by the construction branch Referral Hall unless they have transferred into the construction branch, or unless no qualified member or affiliate of the construction branch is available.

N. When an applicant is referred for employment and is actually employed on a job for more than fourteen (14) days, such applicant's name shall be removed from the Referral List. When his or her employment terminates, he or she shall be registered at the bottom of the appropriate group Referral List on which he or she is entitled to be registered.

O. Service Fees. Notwithstanding any other provision in this Agreement, it shall be a condition of employment and/or registration for employment that all Employees and prospective Employees covered by this Agreement who are not members of the Union shall be required to pay a service fee of Thirty-six and No/100 dollars ($36.00) or such other amount as may hereafter be agreed upon, at the time of registration, and no more frequently than on a calendar quarterly basis, thereafter payable in advance, in consideration of the services performed by the Union, including the negotiations and enforcement of the Collective Bargaining Agreements, the maintenance of Referral Halls and other Union activities performed for the general interest of all Employees in the bargaining unit. The failure to pay such quarterly service fees shall be sufficient grounds for removal from the Union Referral List and shall nullify any prior referral therefrom.

**Skills Cards**

A. The Union shall require all job applicants to submit a signed resume of experience and qualifications on approved skill card forms which the applicant must keep current.

B. No applicant will be referred for employment, and no applicant shall solicit covered work within the jurisdiction of Local 542, unless he or she has completed a work classification card to be filed at the Referral Hall where he or she is registered.

C.  The applicant is responsible for keeping the Referral Hall advised, at all times, of his or her qualifications, job skills, address, social security number, and telephone number.  At least once each calendar year, each applicant shall personally appear at the Referral Hall where he or she is registered and shall review his or her work qualification card.  After making appropriate changes thereto, if any, the applicant shall affix his or her initials and the date, signifying that the information contained on the card is accurate.  The applicant shall also, at that time, verify his or her out-of-work date, if unemployed, or the date and place of employment, if employed.

D.  An applicant will only be considered for referral to machinery or equipment that is listed on his or her work classification card (skills card).  Check only those machines you are qualified for and willing to operate.

E.  The applicant's skills card shall contain at least, but not be limited to:

(1) The applicant's name, social security number, address, telephone number, and type of Driver's License;

(2) The equipment and machinery the applicant is qualified to operate; and

(3) Any special skills or job functions the applicant may possess;

(4) Any special certification or licensing (such as long boom, CDL, Haz-Mat, etc.);

(5) Any restrictions; and

(6) The applicant's signature and the date thereof.

F.  Unless the applicant has stated on his or her work classification card that he or she will accept jobs in the geographic jurisdiction of other local unions, the applicant will not be referred to such jobs.

G.  Unless the applicant has stated on his or her work classification card that he or she will accept jobs with C-Branch Employers, the applicant will not be referred to such jobs.  Referrals to such jobs, to the extent that the Referral Halls receive requests for such referrals, will be subject to these rules.

H.  Unless the applicant has identified on his or her work classification card particular counties in which he or she does not wish to work, the applicant will be referred to jobs in any county of the District in which he or she is registered.

I.  Unless the applicant has stated on his or her work classification card that he or she will accept jobs in other Districts, the applicant will not be referred to such jobs.

J.  Oiler jobs will be treated the same as a piece of equipment.  Only those who have checked the skill will be offered the job, including oiling jobs.

K.  Unless the applicant has stated on his or her work classification card that he or she will accept one (1) or two (2) day jobs, the applicant will not be referred to such jobs unless no other qualified applicant is available.

L.  Should the Referral Hall be notified by Employers on two (2) occasions that an applicant has been found to be unqualified on a particular piece of machinery or equipment, the applicant will be required to test and qualify at the training site in accordance with the applicable standards in order to continue to be eligible for referrals to operate the designated machinery or equipment.  Should the applicant refuse or fail to qualify, the designated machinery or equipment will be stricken from his or her work classification card until such time as he or she so qualifies; provided however, that this provision shall be applicable only if:

(1) The applicant has been notified in writing of the occasions on which an Employer has found him or her to be unqualified, and

(2) A Business Agent has investigated and verified the facts with respect to the second such occasion.

### Restrictions

A.   The applicant may insert restrictions of his or her choice on the work classification card, including, but not limited to, restrictions pertaining to type of work (i.e., a particular machine or machine functions the applicant does not wish to operate), location of work, and particular Employers for whom the applicant does not wish to work.  However, restrictions as to duration of work may not be inserted; provided however, that applicants will be referred to one (1) or two (2) day jobs only as provided in Section 5, Paragraph A.

B.   An applicant will not be referred to work that is inconsistent with a restriction marked on his or her card.

### Bypass

A.   The priorities of referral set forth in Section 2, Paragraph F above, shall be followed except that in cases where the Employer requires and calls for Employees possessing special skills and abilities, the Union shall pass over any applicants on the Referral List not possessing such special skills and abilities.  The priorities may also be waived for one (1) and two (2) day jobs.

B. In the event an Employer, for the purpose of complying with affirmative action requirements, specifically requests the Union to refer a qualified minority or female Employee, the Union shall make every effort to comply with such request.  In the event the Union is unable to comply with such request within forty eight (48) hours, the Employer may attempt to secure such minority or female Employee through any other sources available to the Employer.

C.  The Referral Hall may, in its discretion, go out of order on the appropriate Referral List to refer minorities to long-term work opportunities, or to Employers whose utilization of minorities has been low.

D.  The Referral Hall may go out of order on the appropriate list if the Referral Hall Agent determines, based on an applicant's experience, that the work in question requires a skill the applicant does not possess.  In such a case, the Referral Hall Agent shall make a written notation of the particular skill in question.

E.  The Referral Hall may go out of order on the appropriate list for other good and sufficient cause, provided however, that a written report shall be prepared explaining the basis for any such action.

F.   When an Employer needs to obtain Employees on an emergency basis for snow removal, flood control, or other emergency work (hereinafter "emergency employment"), the provisions of these rules shall be suspended, provided however:

(1)  If the Referral Hall refers any applicants for emergency employment, it will prepare a written report listing the circumstances and the applicants so referred;

(2)  Emergency employment will be reported to the Referral Hall by the Employer and the Employee;

(3)  Emergency employment will not be counted for purposes of applying the 90-day recall rule; and

(4) An applicant who accepts emergency employment will retain his or her out-of-work date unless his or her emergency employment extends beyond five (5) work days.

**Placement to the Bottom of the Referral List**

The following individuals will be placed at the bottom of the appropriate Referral List:

A.   Any applicant who has refused three (3) job referrals or three (3) less than 14 days job referrals, this can result in a maximum combination of five (5) of the above;

B.   Any job referral of more than 14 calendar days;

***Note***: *Under Section 6-A and B:  Recalls and Solicitations will be treated the same as Referrals*

C.   Quit or fired for just cause;

D.   Newly Registered Applicants;

E.   Transfers from another District or Local;

F.   Returns from Withdrawal or Unavailable Status.

**Refusals**

Except as provided specifically in other Sections of these Rules and Regulations, whenever an applicant who is contacted for a referral for work to be performed during a normal work week (i.e., Monday through Friday) declines the referral for any reason (including, but not limited to, sickness), this shall be considered a "refusal."  An applicant who has made three (3) refusals shall be dropped to the bottom of the Referral List.

A.   If an applicant refuses a referral because the applicant states that he or she is not qualified to perform the work involved, this will not be considered a "refusal".  However, a restriction will be placed on the applicant's work classification card stating that he or she is not to be referred to the type of work that was refused, and the restriction will not be removed until the applicant notifies the Referral Hall that he or she is qualified to perform such work.  Such notification shall not be accepted by the Referral Hall before six (6) months have elapsed from the date the restriction was noted.

B.   An Engineer may turn down a C-Branch job, or a job outside his/her District, without being charged with a refusal, even if he/she has indicated a general willingness to accept such jobs.

**Unavailable List**

A.   An applicant who will be unavailable for referrals for any reason for a period of seven (7) or more calendar days may place himself or herself on an "Unavailable List" by notifying the Referral Hall in writing.  After such written notice has been received, the applicant will not be contacted for referrals until he or she has notified the Referral Hall in writing of his or her availability.

B.   An applicant who has been placed on the Unavailable List shall, upon notifying the Referral Hall of his or her availability, be placed at the bottom of the appropriate Referral List, unless the reason for the applicant's unavailability was sickness or hardship, in which case, the applicant shall retain the Referral date that was in effect at the time he or she became unavailable.  For purposes of this provision, "sickness" shall be limited to bona fide illness that prevents an applicant from working, and "hardship" shall be limited to extraordinary circumstances, such as a death or severe illness in the applicant's family.  Such sickness or hardship must be explained in writing and must be documented within two (2) days after the applicant has notified the Referral Hall that he or she wishes to be placed on the Unavailable List.

C.  An applicant whom the Referral Hall has been unable to contact over a period of sixty (60) days or who has had no work hours reported over a period of one (1) year, may be sent a registered letter notifying the applicant that he or she will be placed on the Unavailable List unless the applicant notifies the Referral Hall within thirty (30) days that he or she is available for work, following which, the applicant will either be placed on the Referral or Unavailable List as appropriate.

D.  Any applicant employed in a supervisory, managerial or similar type capacity (not covered by Local 542's Collective Bargaining Agreement), including, but not limited to, Superintendents, General Foremen, Foremen, Equipment Superintendents, Safety Personnel, Equipment Coordinators or Assistants to the above, shall be removed from the Referral List and placed on the Unavailable List.  Said applicant shall be restored to the Referral List according to the date laid off or terminated from the above mentioned employment only upon written request by the applicant.

**Recalls**

Notwithstanding an applicant's place on the List, the Employer reserves the right to recall through the Union Referral Hall any former Employee in Group I or Group I-A who had been laid off within the preceding ninety (90) calendar days.  If no former Employees are available in Groups I or I-A, then the recall request may be extended to former Employees in other Groups.

The former Employee who is being "recalled" shall have the right to accept or reject such employment.  Forty-eight (48) hours notice may be required when the former Employee who is requested for recall is employed.  A member who is currently employed is still entitled to a recall if he/she meets the standard Recall requirements.

**Temporary Replacements**

A.  An applicant who is referred to a job to replace an Employee, who has been employed more than fourteen (14) days, who has not been laid off but is temporarily absent due to illness, injury, emergency, vacation, or other legitimate cause, shall be considered a "temporary replacement."  Referrals of temporary replacements, and the effect of such referrals on an applicant's position on the Referral Lists, shall be governed by the same rules as apply to other referrals; provided however, that when the reason for the temporary absence has ended, the absent Employee will be entitled to his or her job, if available, and the temporary replacement must then leave that job, unless more than 120 calendar days have elapsed.

B.  The Employee being temporarily replaced has claim rights to his or her job for 120 calendar days.  The temporary replacement shall maintain his/her place on the list for 120 days, at which time, his fourteen (14) calendar days start and he will be given the option of returning to the Referral List or keeping the job.  It shall be the temporary replacements duty to notify the Referral Hall or he/she shall go to the bottom of the list on the 135th day. Temporary replacements are not eligible for Recall.

C.  Any member leaving his/her work without notifying the Employer and the Business Representative, so that arrangements can be made for his/her replacement, may be disciplined by the Union.

**Quits or Refuse to Hire**

A.  Any applicant who is referred to any Employer and is thereafter rejected by the Employer, either being not hired, or being discharged by the Employer in a period of fourteen (14) consecutive calendar days or less from the date employment actually commences, will retain his or her position on the Referral List.

B.   Any applicant who has commenced employment with an Employer may not quit to avoid or to evade the fourteen (14) consecutive calendar day rule.   Should an applicant believe there is concern for safety, he or she must immediately notify the Business Agent and the Referral Hall.   Should any applicant quit employment for any reason other than for an approved Safety condition or an incapacitating illness, properly attested to by a physician and registered with the Referral Hall Agent within five (5) calendar days of termination, that quit shall cause the applicant to lose his or her place on the Referral List.

C.   Should an applicant quit because of illness, he or she will be eligible for employment only after he or she then files a doctor's certificate or report that the applicant is now physically capable of returning to work with the Referral Hall.

**Lay Off**

In laying off Employees covered by this Agreement, the Employer shall first lay off Employees in Group III and then Employees in Group II before laying off Employees in Group I or I-A classification, provided the Employees in the higher priority group classifications are capable of filling the jobs.   Any Employer will not be liable for an incorrect layoff unless it fails to rectify the mistake upon notification from the Union.

**Transfers**

A.   An Engineer may transfer his/her registration from one (1) District to another at any time, in writing, as long as he or she is on the current Referral List in the District he or she is transferring from.

B.   When a member transfers from one (1) District to another District, he or she may not solicit for a period of thirty (30) calendar days.

C.   When an individual transfers to another District, his or her name shall be placed at the bottom of that District's applicable Referral List.

**Direct Solicitation Procedure**

An eligible job applicant will be allowed to solicit work from any eligible Employer.   An eligible job applicant is any individual:

A.   Who is on the Group I or I-A Referral List, except Apprentices; and is registered on the current Referral List in the District where the job is located.

B.   Does not include someone who has been fired for just cause or who has voluntarily terminated his or her employment with the immediate previous Employer before the completion of his or her job.   However, this restriction shall be removed following the expiration of twenty-one (21) calendar days after he or she has registered on the appropriate Referral List, or until he or she has been dispatched from the Referral Hall, whichever event first occurs.

C.   This Direct Solicitation Procedure does not apply to Lead Engineer or Assistant Lead Engineer positions.

D.   Temporary replacement jobs are solicitable.

E.   Before commencing employment with the Employer, the eligible job applicant shall first notify the Referral Hall Agent and identify the following:

(1)   The name of the prospective Employer;
(2)   The location of the project:
(3)   The type of equipment to be operated;
(4)   The anticipated length of employment, if known; and
(5)   The name and telephone number of the Employer representatives.

F.  Any job applicant who obtains employment through direct solicitation, but who fails to adhere to the Direct Solicitation Procedure herein, shall be removed from the job in question and shall forfeit the right to be recalled by that Employer under the ninety (90) calendar day recall rule, and shall further be barred from participating in this Direct Solicitation Procedure for a period of ninety (90) calendar days from the date the violation is recognized.

G.  Prior to employing the job applicant, the Employer shall contact the Referral Hall Agent for verification that the job applicant and Employer are eligible.

H.  An eligible Employer is any Employer who is (1) signatory to this Agreement and (2) is not delinquent in the payment of fringe benefits to the extent that the Union withholds Employees as provided in Article 5, Section 7 of the current Collective Bargaining Agreement.

I.  Any Employer who intentionally or repeatedly violates the provisions of the Direct Solicitation Procedure, in addition to any other penalty or sanction herein provided, will be barred from participating in this Direct Solicitation Procedure for a period of ninety (90) calendar days from the date the violation is recognized.

### Grievance

In the event any job applicant is aggrieved with respect to the functioning of the hiring provisions of this Agreement, he may within ten (10) calendar days following the occurrence of the event which constitutes the basis for grievance, file with the person in charge of registration and referral a written statement of the grievance clearly and specifically setting forth the wrong or violation charged.  An Appellate Tribunal consisting of an Employer representative, a Union representative and an Impartial Chairman appointed jointly by the Employer and Union, shall consider such grievance and render decisions which shall be binding.  The Appellate Tribunal is authorized to issue procedural rules for the conduct of its business but is not authorized to add to, subtract from, or modify any of the provisions of the Agreement or these Rules and its decision shall be in accord with the Agreement and these Rules.

### Penalties

A.  Any applicant who violates these rules shall forfeit the right to any employment obtained by reason of the violation, and shall be subject to removal from the job.  To the extent permitted by law, the applicant shall also be subject to discipline pursuant to the Constitution and By-Laws applicable to Local 542.

B.  Any Employer who violates these rules shall be subject to appropriate sanctions and remedies, including, but not limited to, the application of the penalty clause of the applicable Collective Bargaining Agreement and forfeit to the extent permitted by law, of rights otherwise afforded to Employers by these rules and/or by the applicable Collective Bargaining Agreement.

### Authority of Executive Board

The Executive Board of Local 542 shall be authorized to issue, implement, and amend the rules and regulations affecting the Referral Hall and the controlled solicitation authorized herein so as to implement, modify, and effectuate the substantive provisions of the Agreement.

### Posting

The Union shall post in every Referral Hall a copy of these Rules.

### Section 3 – Non-Payment of Dues

Any Employee who is expelled or suspended from membership in the Union or from the Union registration list because of non-payment of initiation fee, dues, and/or service fees (such as would make an Employee subject of discharge within the provisions of the Labor Management Relations Act of 1947, or amendments thereto) shall be discharged within three (3) working days after receipt or written notice from the Union of such Employee's expulsion or suspension.

## Section 4 - Sub-Contractors

(a)  The Association and the Employer agree that none of his or her work to be performed on the construction or work site subject to this Agreement will be sub-contracted by him or by any Sub-Contractors except under the terms of this Agreement; and said Employer shall be obligated to see that an express provision shall be included in any contract and sub-contract which incorporates the terms and conditions of this contract therein.

(b)  The Employer agrees that it will not require any Employee represented by this Union to work on same job or project with, or service any Contractor or Sub-Contractors not a party to an Agreement with the Union.  This shall not apply when the construction contracts are awarded directly by the owner to the Contractor or Sub-Contractors mentioned above.

(c)  The provisions of this Section shall apply only to work to be done at the site of construction.  The Union may not call a strike, nor may its members refuse to work, to enforce the provisions of this Section.

## Section 5 - Pre-Construction Conference

The Employer shall notify the Union of every job awarded and a job conference shall be held prior to starting work.  This shall only apply to contracts over one million dollars ($1,000,000).  On jobs under one million dollars ($1,000,000), with special conditions, the Union may request through the Association, a job conference.

## Section 6 - Union Authority

(a)  The Business Manager and Business Agents of the Union shall be the only authorized agents of the Union to be recognized by the Employer, but the Business Manager and Business Agents of the Union shall not be empowered to bind the membership of the Union without their approval on those matters where membership approval is necessary, such as in the formulation and execution of contracts.

(b)  On jobs where Non-Union competition is involved, the Union will meet with the Respective Association to discuss possible methods of making signatory Employers competitive.

Competitive Adjustments - The Contractors Association of Eastern Pennsylvania will make available to all Union plan holders a copy of the Competitive Adjustments.  Any Contractor signatory to this Agreement may call the Association office for a copy of the current Competitive Adjustments, and use only if applicable.

The Competitive Adjustments will not apply to jobs on which the owner restricts bidding to Union Contractors only or to jobs bid under Project Labor Agreements.

(c)  The authorized representatives of the Union may visit jobs during working hours, but must not hinder or interfere with the progress of work. The Business Representative of the Union shall have the right to select from Employees on the job, a working Shop Steward. The power and duties of Union Stewards shall be limited to reporting any practices on the job which do not conform with this contract.  The Employer shall notify the Union before the Steward is laid off, and the Union Agent shall visit the job to ascertain if there is just cause.  Stewards shall have access to the job Superintendent or other persons designated by the Employer, at all times on the job, to enforce this Agreement and shall be permitted to process grievances during working hours.  There shall be no discrimination against Stewards.

## Section 7 - Association Agency

The Association named herein is negotiating Agent for its present members and future members.  Only those members who meet reasonable standards mutually agreed upon will become party to this Agreement.  For the breach of this Agreement, the liability of the members of the Association shall be several and not joint.  No member of the Association bound by this contract may withdraw from this contract before the end of its termination date.  When the Union advises the Employer in writing that this contract is about to expire, and requests a meeting to negotiate a new contract, the Employer hereby agrees that, whether he is a member or not, the Employer will be bound by the contract to be entered into between the Union and the Association (in the area where such Employer is located) or has any jobs within the territorial jurisdiction of the Union, unless a separate contract is agreed to between the Employer and the Union.

## Section 8 - Insurance

The Employer shall provide insurance in the amount of at least $100,000/$300,000 to protect Employees covered by this Agreement from personal and public liability resulting from his employment, other than actions by an Employee of the same Employer.

## Section 9 - Failure to Properly Man Equipment

When a Contractor fails to properly man any piece of equipment under the terms of this Agreement, he shall be required to pay an amount equal to double wages to Employees designated by the Union in lieu of the employment opportunity not provided.  The Union shall furnish the Association and the Employer with the names of such Employees and the gross wages (before payroll deductions) which each is to receive.  The identity of the named recipient and the accuracy shall be solely the responsibility of the Union, and neither the Employer nor the Association shall be in any way responsible therefore.  In the event that the Employer and the Union cannot agree in any such case on the amount to be paid, then the amount to be paid in such case shall be determined by agreement between the Union and the Association.

## Section 9A - Failure to Properly Man Equipment - 29 County Highway

When a Contractor fails to properly man any piece of equipment under the terms of this Article, he shall be required to pay an amount equal to wages lost to Employees designated by the Union in lieu of the employment opportunity not provided.  In the event a Contractor is a consistent violator of this provision he shall be required to pay an amount equal to double wages. The Union shall furnish the Association and the Contractor with the names of such Employees and the gross wages (before payroll deductions) which each is to receive.  The identity of the named recipient and the accuracy shall be solely the responsibility of the Union, and neither the Contractor nor the Association shall be in any way responsible therefore.  In the event that the Contractor and the Union cannot agree in any case on the amount to be paid, then the amount to be paid in such case shall be determined by agreement between the Union and the Association.

## Section 10 - Equipment Testing

Any equipment whose manning requirements are dictated by size or rating shall be tested if there is any doubt of the accuracy of listed size or rating.  If alterations have been made which has the results of circumventing this Agreement, compensation shall be made as outlined in Article II, Section 9, 9A.

A professional testing company will evaluate the factory "Bill of Material" and render an opinion as to whether the machine requires an Oiler or manning under the Collective Bargaining Agreement.  Both the Union and the Employer will abide by this opinion.

**Section 11 - Non-Union Equipment**

(a)   Employer agrees that it will not require any Employee represented by the Union to operate equipment belonging to a Contractor or supplier with whom this Local Union is not in signed relations, provided, Union equipment is available in the locality.   No party to this Agreement shall rent or supply equipment unmanned to anyone doing construction work covered by this Agreement who is not in signed relations with this Union.

(b)   Employer agrees that it will not require any Employee represented by this Union on construction work to operate equipment of or for any Employer who has any interest in a firm or company doing construction work within the jurisdiction of this Union and which is not in signed relations with this Union.

(c)   The provisions of this Section shall apply only to work to be done at the site of construction.  The Union may not call a strike, nor may its member refuse to work to enforce the provisions of this Section.

**Section 12 - New Machines**

Any new machine which may be introduced into the industry which performs the work done by the currently existing machines within the jurisdiction of the International Union of Operating Engineers, shall be within the jurisdiction of the International Union of Operating Engineers, and if not covered by existing schedule shall be the subject of negotiations between Local 542 International Union of Operating Engineers and the appropriate Association signatory to this Agreement as to manning and wage rates.

## ARTICLE III

## JOINT LABOR-MANAGEMENT DRUG/ALCOHOL ABUSE PROGRAM

As a joint commitment to protect people and property and to provide a safe working environment, the Union and the Association cooperatively agree that the Employer shall have the right to implement a Drug and Alcohol Testing Program.

### Section 1 - Policy Statement

The parties recognize the problems created by drug and alcohol abuse and the need to develop a prevention program. The Company and the signatory Union have a commitment to protect people and property, and to provide a safe working environment. The purpose of the following program is to establish and maintain a drug free, alcohol free, safe and healthy work environment for all its Employees.

### Section 2 - Definitions

A. Company Premises - The term "Company Premises" as used in policy includes all property, facilities, land, buildings, structures, automobiles, trucks, and other vehicles owned, leased or used by the Company. Construction job sites for which the Company has responsibility are included.

B. Prohibited Items and Substances - Prohibited substances include illegal drugs (including controlled substances, look alike drugs and designer drugs), alcoholic beverages, and drug paraphernalia in the possession of or being used by an Employee on the job. Regardless of anything herein to the contrary, prescription drugs and devices as currently prescribed by a medical doctor shall be exempt. The Employee will not be discharged or disciplined if he or she conforms to an agreed upon policy established by the Union and Employer.

C. Employees - Individuals, who perform work for the Company including, but not limited to, management, supervision, Engineering, craft workers, and clerical personnel.

D. Accident - Any event resulting in injury to a person or property to which an Employee, or Contractor/Contractor's Employee, contributed as a direct or indirect cause.

E. Incident - An event which has all the attributes of an accident, except that no harm was caused to person or property.

F. Reasonable Cause - Reasonable cause shall be defined as tardiness, excessive absenteeism, and erratic behavior such as noticeable imbalance, incoherence, and disorientation.

### Section 3 - Confidentiality

A. All actions taken under this policy and program will be confidential and disclosed only to those with a "need to know".

B. When a test is required, the specimen will be identified by a code number, not by name, to insure confidentiality of the donor. Each specimen container will be properly labeled and made tamper proof. The donor must witness this procedure.

C. Unless an initial positive result is confirmed as positive, it shall be deemed negative and reported by the laboratory as such.

**Section 4 - Rules - Disciplinary Actions-Grievance Procedures**

A.   Rules - All Employees must report to work in a physical condition that will enable them to perform their jobs in a safe and efficient manner.  Employees shall not:

1.  Use, possess, dispense or receive prohibited substances on or at the job site; or

2.  Report to work with any measurable amount of prohibited substances in their systems.

B. Discipline - When the Company has reasonable cause to believe an Employee is under the influence of a prohibited substance, for reasons of safety, the Employee may be suspended until test results are available.  If no test results are received after three (3) working days, the Employee, if available, shall be returned to work with back pay.  If the test results prove negative, the Employee shall be immediately reinstated with back pay.  In all other cases:

1.  Applicants testing positive for drug and/or alcohol use will not be hired.

2.  Employees who refuse to cooperate with testing procedures will be terminated.

3.  Employees found in possession of drugs, drug paraphernalia or alcohol on or about the Company premises will be terminated.

4.  Employees found selling or distributing drugs will be terminated.

5.  Employees found under the influence of alcohol while on duty, or while operating a Company vehicle, will be subject to termination.

C.   Prescription Drugs - Employees using a prescribed medication which may impair the performance of job duties, either mental or motor functions, must immediately inform their supervisor of such prescription drug use.  For the safety of all Employees, the Company will consult with you and your physician to determine if a reassignment of duties is necessary. Should it be determined by your physician and the Company that the ingestion of the prescribed medication will affect you to the degree there exists a safety hazard to yourself and other Employees, the Company, the Union and the Employee will confer to attempt to accommodate the work assignment.  The Company will attempt to accommodate your needs by making an appropriate reassignment.  However, if with a reasonable degree of medical certainty you are not fit to perform the work assignment and a reassignment is not possible at that time, you will be placed on temporary medical leave until released as fit for duty by the prescribing physician.

D.   Grievance - All aspects of this policy and program shall be subject to the grievance procedure of the Collective Bargaining Agreement.

**Section 5 - Drug/Alcohol Testing**

The parts to this policy and program agree that under certain circumstances, the Company will find it necessary to conduct drug and alcohol testing.  While "random" testing is not necessary for the proper operation of this policy and program, it may be necessary to require testing under the following conditions:

A.  A pre-employment drug and alcohol test may be administered to applicants for employment;

B.  A test may be administered in the event a supervisor has a reasonable cause to believe that the Employee has reported to work under the influence, or is or has been under the influence while on the job; or has violated this drug policy.  During the process of establishing reasonable cause for testing, the Employee has the right to request his or her on-site representative to be present;

C.  Testing may be required if an Employee is involved in a work place accident/incident or if there is a work place injury;

D.  Testing may be required as a part of a follow-up to counseling or rehabilitation for substance abuse, of up to a one (1) year period;

E.  Employees may also be tested on a voluntary basis; Each Employee will be required to sign a consent and chain of custody form, assuring proper documentation and accuracy.  If an Employee refuses to sign a consent form authorizing the test, ongoing employment by the Company will be terminated.

F.  Employees may be subject to random testing.

**5 County Heavy/Highway** if an Employer is a Contractor, or Sub-Contractor at any tier, on a project whose owner or construction manager requires compliance with a designated substance abuse program or a policy, this Article III, Section 5 shall be amended to the extent necessary to permit compliance by the Employer; provided however, such compliance shall not be in contravention of any applicable statute or regulation enacted, promulgated, or issued by any duly qualified governmental agency.

Drug testing will be conducted by an independent accredited laboratory (National Institute on Drug Abuse and/or College of American Pathology), and may consist of either blood or urine tests, or both, as required.  Blood tests will be utilized for post accident investigation only.

The Company will bear the costs of all testing procedures.

**Section 6 - Rehabilitation**

Employees are encouraged to seek help for a drug or alcohol problem before it deteriorates into a disciplinary matter.  If an Employee voluntarily notifies supervision that he or she may have a substance abuse problem, the Company will assist in advising the Employee regarding medical benefits which may be available under the Company or Union Health and Welfare/insurance program.

If treatment necessitates time away from work, the Company shall provide for the Employee an unpaid leave of absence for purposes of participation in an agreed upon treatment program.  An Employee who successfully completes a rehabilitation program shall be reinstated to his or her former employment status, if work for which he or she is qualified exists.

Employees returning to work after successfully completing the rehabilitation program will be subject to drug tests without prior notice for a period of one (1) year.  A positive test will then result in disciplinary action as previously outlined in this policy and program.

## ARTICLE IV

## DISPUTES AND GRIEVANCES

### Section 1 - Jurisdictional Disputes

Disputes involving work jurisdiction shall be resolved in accordance with a certain "Plan for National Joint Board for Settlement of Jurisdiction Disputes", effective May 1, 1948, or any amendment thereto.

### Section 2 - Non-Jurisdictional Disputes and Grievances

All disputes and grievances of any kind or nature whatsoever arising under the terms and conditions of this Agreement and all questions involving the interpretation of this Agreement shall be referred to a grievance committee consisting of two (2) members selected by the Employer and two (2) members selected by the Union.  Either party shall be entitled to invoke the grievance procedure by calling a meeting within twenty-four (24) hours notice.  Should the grievance committee be unable to resolve the issue submitted within a period of twenty-four (24) hours after the meeting, the matter shall then be referred to an Impartial Arbitrator who shall be selected as follows:  Application shall be made to the American Arbitration Association to submit a panel of five (5) Arbitrators, from which each side shall alternately strike two (2) names and the person whose name remains shall be the Arbitrator for the dispute.  The Arbitrator thus selected shall conduct his or her Hearings and Proceedings in accordance with the Rules of the American Arbitration Association, except that he or she shall be obliged to render his or her decision within forty-eight (48) hours of the conclusion of his or her Hearings or Procedures.  The decision of the Arbitrator shall be final and binding upon the parties.  There shall be no strikes, work stoppages, slowdowns or lockouts during an arbitration.

At the request of either party, the negotiating sub-committees shall meet after the grievance and before arbitration for the express purpose of interpreting the contract clause in question, in attempt to avoid arbitration.

### Section 3 - Strikes and Lockouts

It is agreed that there shall be no strikes, work stoppages, or slowdowns of any character whatsoever by the Union or its members and that there shall be no lockouts by the Employer during the term of this Agreement, except as hereinafter defined in Article V, Section 7 (Penalty Clause).  If an Employer is in clear violation of the Agreement and his violation is not corrected on notice from the Business Manager, the Business Manager may call a strike against the violating Employer without observing the grievance and arbitration procedure.  It shall not be a violation of this Agreement nor cause a discharge if an Employee refuses to go through or work behind a picket line.

## ARTICLE V

## FRINGE BENEFITS AND MISCELLANEOUS PAYMENTS

### Section 1 - Welfare Fund

The Employer shall pay into a Health and Welfare Fund, established in accordance with the understanding and agreements between the parties hereto a sum equal to 16.0% of wages or guaranteed compensation which has been made to every Operating Engineer, Oiler and Apprentice Engineer employed by the Employer.

In recognition of the serious Non-Union competition, it is understood that the Business Manager of Local 542, for the purpose of making the Employer more competitive, may reduce the contributions required by this Collective Bargaining Agreement to be paid into the Health and Welfare Fund with respect to certain specified hours on particular jobs known as "Pin Pointing". It is further understood that such "Pin Pointing" may be made only with respect to non-prevailing jobs.

Remittance reports shall be made by the Employer on forms provided for that purpose and may be combined with the reports made to the Pension Fund (Section 2), and the Apprentice Fund (Section 3), and the Supplemental Unemployment Benefit Fund (Section 4), Annuity Fund (Section 5, 5A, 5B, and 5C) Industry Fund (Section 6) and the Check-off (Section 8).

The remittance for the Welfare, Pension, Apprentice, Supplemental Unemployment Benefit Fund, and Annuity Fund may be combined in one (1) check.  Effective May 1, 1994, the combined rate of Contribution is listed Surcharges plus 29.5% of wages as follows:

| | | |
|---|---|---|
| **WELFARE** | - | **16.0%** |
| **PENSION** | - | **10.5%** |
| **APPRENTICE** | - | **1.0%** |
| **SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND** | - | **2.0%** |

A separate remittance must be made for the Union Check-off (Section 8) in the sum of 3.9% of wages, and a separate remittance must be made for the Industry Fund (Section 6).

Remittance reports shall include the name of the Employee, social security number, the number of hours worked by each Employee during each of the pay periods covered by the report, and total compensation paid.

Wages will include all guaranteed compensation made to every Operating Engineer, Oiler, and Apprentice Engineer employed by the Employer and shall include overtime compensation. Reports and payments shall be made monthly and not later than the fifteenth (15th) day of the month following the period covered by such reports.

### Section 2 - Pension Fund

The Employer shall pay into a Pension Fund established in accordance with the understanding and agreements between the parties hereto, a sum equal to 10.5% of wages or guaranteed compensation which has been made to every Operating Engineer, Oiler, and Apprentice Engineer employed by the Employer.  Reports shall be submitted in accordance with Section 1 above.

**Section 3 - Apprenticeship and Training**

The Employer shall pay into an Apprentice Fund established in accordance with the understandings and agreements between the parties hereto, a sum equal to 1.0% of wages or guaranteed compensation which has been made to every Operating Engineer, Oiler, and Apprentice Engineer employed by the Employer.  Reports shall be submitted in accordance with Section 1 above.

**Section 4 - Supplemental Unemployment Benefit Fund**

The Employer shall pay into a Supplemental Unemployment Benefit Fund established in accordance with the understandings and agreements between the parties hereto, a sum equal to 2.0% of wages or guaranteed compensation which has been made to every Operating Engineer, Oiler, and Apprentice Engineer employed by the Employer.   Reports shall be submitted in accordance with Section 1 above.

**Section 5 - Annuity Fund - 5 County Heavy & Highway and Building**

Effective May 1, 2000, each Employer shall pay into an Annuity Fund a sum in the amount of $3.50 per hour for each hour for which payment has been made for each Operating Engineer and Oiler employed by the Employer.  Effective May 1, 2002, $4.25 per hour.  Effective May 1, 2010, $4.65 per hour. Effective May 1, 2011, $5.00 per hour.  Effective May 1, 2017, $6.00 per hour.  Apprentice Annuity Contribution amounts are to be paid in accordance with Apprentice rates located in 5 County Heavy & Highway and Building Wage Schedules.

**Section 5A - Annuity Fund - 29 County Heavy & Highway**

Effective May 1, 2000, each Employer shall pay into an Annuity Fund a sum in the amount of $3.50 per hour for each hour for which payment has been made for each Operating Engineer and Oiler employed by the Employer.  Effective May 1, 2002, $4.25 per hour.  Effective May 1, 2010, $4.65 per hour.  Effective May 1, 2011, $5.00 per hour.  Effective May 1, 2017, $6.00 per hour.  Apprentice Annuity Contribution amounts are to be paid in accordance with Apprentice rates located in 29 County Heavy & Highway Wage Schedules.

**Section 5B - Annuity Fund - 29 County Building**

Effective May 1, 2000, each Employer shall pay into an Annuity Fund a sum in the amount of $3.50 per hour for each hour for which payment has been made for each Operating Engineer and Oiler employed by the Employer.  Effective May 1, 2002, $4.25 per hour.  Effective May 1, 2010, $4.65 per hour.  Effective May 1, 2011, $5.00 per hour.  Effective May 1, 2017, $6.00 per hour.  Apprentice Annuity Contribution amounts are to be paid in accordance with Apprentice rates located in the 29 County Building Wage Schedule.

**Section 5C - Annuity Fund - State of Delaware**

Effective May 1, 1999, each Employer shall pay into an Annuity Fund a sum in the amount of $3.50 per hour for each hour for which payment has been made for each Operating Engineer and Oiler employed by the Employer.  Effective May 1, 2000, $4.00.  Effective May 1, 2002, $4.25 per hour.  Effective May 1, 2010, $4.65 per hour.  Effective May 1, 2011, $5.00 per hour.  Effective May 1, 2017, $6.00 per hour.  Apprentice Annuity Contribution amounts are to be paid in accordance with Apprentice rates located in the State of Delaware Wage Schedules.

**Section 6 - Industry Advancement Fund - 5 County Heavy, Highway and 29 County Heavy & Highway**

Effective May 1, 1994, each Employer shall pay into an Industry Advancement Fund a sum in the amount of $0.15 per hour for each hour for which payment has been made for each Operating Engineer, Oiler, and Apprentice Engineer employed by the Employer.

**Section 6B - Industry Advancement Fund – 5 County Building**

Effective May 1, 2014, each Employer who is an associated member of the General Building Contractors Association (GBCA) shall pay into the GBCA Industry Advancement Fund a sum in the amount of $0.15 per hour for each hour for which payment has been made for each Operating Engineer, Oiler, and Apprentice Engineer employed by the Employer.

**Section 7 - Penalty Clause - Delinquency Procedure - Liquidated Damage Policy**

(1)   ALL FRINGE BENEFITS FUNDS ("JOINT FUNDS"). All remittance reports and contributions are due no later than the twenty-fifth (25th) day of the month following the month for which they are attributable.  A required contribution will be considered delinquent if not received in the Office of the Joint Funds by the twenty-fifth (25th).

(2)   If a delinquent contribution is not paid by the last day of the month in which it is due, interest shall start to accrue on the delinquent amounts at the rate of ten percent (10%) per annum from the 1st day of the next month.

(3)   If the delinquent contribution is not paid by the end of the month in which it is due, the Trustees, through the Office of the Joint Funds, will send written notice to the delinquent Employer advising the Employer that its contributions to the Plan are delinquent and that it is subject to interest on the delinquent contributions at the rate of ten percent (10%) per annum and to sue for collection thereof.

(4)   If such delinquent contributions and interest are not, in fact, received within sixty (60) days of the date of the written reminder notice to the delinquent Employer, the matter shall be referred to Counsel or the Joint Funds with instructions to proceed to collect same, unless prior arrangements for collection of contributions and interest has been agreed to by the Joint Funds Collection Manager, with the approval of Joint Funds' Counsel.  If the matter is referred to Counsel for collection, Counsel will send written notice to the delinquent Employer of the Joint Funds' intent to sue.

(5)   Should a lawsuit be filed, the delinquent Employer will be liable to the Joint Funds for the principal amount due plus interest at the rate set forth in Paragraph 2 hereof, plus ten percent (10%) liquidated damages, plus counsel fees and costs of the litigation plus audit fees, if necessary.  Should the Employer who received the written notice from Joint Funds' Counsel then remit the contributions before a complaint is filed, it will nevertheless be liable for ten percent (10%) per annum interest and Joint Funds' Counsel fees and costs of litigation as aforesaid.

(6)   In case of a delinquency becoming known as a result of a Fund audit, hour complaint or Union awareness, the delinquent amount will accrue interest from the 1st day of the month following the due date of the contribution.  The interest rate shall be the rate of ten percent (10%) per annum.

(7)   Upon completion of audit, the Trustees, through the Office of the Joint Funds, will send written audit notice to the delinquent Employer of the delinquent amount plus the interest charges in the amount of ten percent (10%) per annum.

(8)   The delinquent Employer shall be notified that if such delinquent contributions and interest are not paid within thirty (30) days after the date of written audit notice, the matter shall be referred to Counsel or the Joint Funds with instructions to proceed to collect the delinquent amount plus the ten percent (10%) interest thereon plus liquidated damages of ten percent (10%).

(9)   The liquidated damages shall be ten percent (10%) if suit is filed for the delinquent contributions.  Should the delinquent Employer remit the contributions before suit is actually filed, it will, nevertheless, be liable for interest charges in the amount of ten (10%) per annum plus Joint Funds' Counsel fees.

(10)  If the audit reveals an underreporting of funds by ten percent (10%) or more for the period encompassed by the audit, the audited Employer shall be required to pay the Joint Funds' cost of auditing, irrespective of whether suit is filed.

(11)  If the delinquent contribution and/or interest thereon, and/or audit fees and expenses, if any, are not paid into the Joint Funds by the date set forth, the matter shall be referred to the Joint Funds' Counsel with instructions to file suit, unless prior arrangements for collection of contributions and interest has been agreed to by the Joint Funds Collection Manager, with the approval of Joint Funds' Counsel.  In the event a complaint is filed, the delinquent Employer shall pay the delinquent amount due, plus ten percent (10%) per annum interest thereon, plus ten percent (10%) liquidated damages, plus audit fees and expenses, plus Joint Funds' Counsel fees, court costs and expenses incurred.

Should an Employer continue delinquent in its reports and payments as hereinabove mentioned, the Union will have the right to withhold Employees covered by this Agreement from the Employer, and the Employer will, nevertheless, be obliged to continue the Employees wages at the guaranteed rate until such time as the delinquent reports and payments have been made in accordance with the above Sections, the no-strike clause notwithstanding, provided however that:

(1)  No Employees shall be withheld from an Employer under this Section where the Employer has posted a bond and/or cash to secure its obligations to make reports and payments to the Joint Funds as hereinabove mentioned; provided that the amount of the bond so posted and/or cash deposited as security is sufficient to satisfy all debts, arrearages, delinquencies due the Joint Funds.

(2)  No Employees shall be withheld from an Employer under this Section until (1) the Office of the Joint Funds shall have first communicated with the said Employer apprising it of the delinquency or arrearage, and (2) in the event that the said Employer fails to satisfy all of its obligations to the Joint Funds after receiving notification from the Office of the Joint Funds the Collection Manager of the Joint Funds shall contact the Employer and make arrangements for the immediate payment of all monies due the Joint Funds.  In the event that the delinquent Employer shall not have satisfied his or her obligation, debts, arrearages or delinquencies to the Joint Funds after having been contacted by the Office of the Joint Funds and the Collection Manager of the Joint Funds as hereinabove provided, the Union shall have the right to withhold its Employees as is more fully set forth in the first sentence of this paragraph.

(3)  In addition to the preceding, the Trustees and/or Administrator of the Joint Funds reserve the right to require a delinquent Employer to post a bond in the amount of $50,000.00 and/or make its contributions on a weekly basis.

## Section 8 - Check-Off

The Employer shall deduct from the wages of all Employees who are covered by this Agreement and who have signed and delivered to the Employer proper legal authorizations for such deductions, supplemental union membership dues in the sum of 3.9% of wages.  Said sum shall be payable to the Local Union as supplemental dues on behalf of the members of Local 542 and supplemental service charges on behalf of non-members, and reported on forms provided for that purpose.  Reports shall be submitted in accordance with Section 1 above.

Any Employer who fails to report or make payments as provided for herein shall be subject to the same terms and conditions as provided for in this Article V, Section 7.

**BOOK TWO**

**5 COUNTY HEAVY & HIGHWAY AND BUILDING AGREEMENT**

## ARTICLE VI

### CONSTRUCTION DEFINITIONS

#### Section 1 - Heavy Construction - 5 County

Heavy Construction shall include bridges and viaducts, airports, subways, tunnels, caverns and shafts, railroad and railways, reservoirs, dams, water supply and irrigation projects, reclamation and flood control projects, water power and hydro-electric projects, sewage disposal and filtration and water treatment plants, bulkheads and retaining walls, swimming pools, athletic fields, site work, playgrounds, cross-country transmission lines, underground conduits, substations, clean-up work following a disaster, and all work connected therewith and any other construction not defined as building construction or highway construction and the excavation for and demolition required in connection with all of the foregoing and snow removal during construction.

In further connection with hydro-electric projects, the superstructure of the power plant shall be building construction.  The substructure under this power plant superstructure shall be building construction unless the substructure is any part of the dam, reservoir, storage tank or sluiceway.

#### Section 2 - Highway Construction - 5 County

Highway Construction shall include sewers, culverts, roads, streets, water pipes, conduit and duct lines, curbs, gutters, sidewalks and pipe lines, except pipe lines or water lines within the area of a refinery or some other plant installation, and the excavations for all of the foregoing, and snow removal on or from the same, during construction or on completed work.  Demolition of any structure required in connection with highway construction and not defined in Section 1 above shall be performed under the Highway Agreement.  Demolition of structures defined in Section 1 above required to be performed in connection with Highway Construction shall be performed under the Agreement relating thereto.  The Highway contract shall apply to all work performed at the job site in conjunction with home building (up to and including two and one-half ($2^{1/2}$) story garden-type apartments).

#### Section 3 - Building Construction - 5 County

Building Construction shall include office buildings, manufacturing plants, generating plants, including heating plants, refineries, warehouses, hospitals, theaters and auditoriums of all kinds, sport stadiums, race tracks, department stores, schools, churches, hotels, apartment houses, building accessory to public utilities, such as railroad stations, round-houses, repair shops, telephone exchanges, bus terminals and the like, post offices, courthouses and other municipal and governmental buildings of all kinds and character, and the excavations for and demolition of all of the foregoing, and snow removal during construction.

The Building Rate shall apply to all work performed on the building job site and to any temporary off-site plants servicing the building job site.  Where the temporary off-site plant services more than one (1) job and majority of the work performed by the said off-site plant is for building construction work (within the definitions herein set forth) then the building rate shall apply to all work performed at the said off-site plant; however, if the majority of work performed at any such temporary off-site plant is for heavy construction or highway construction (within the definitions herein set forth) then the appropriate heavy construction or highway construction rate of pay shall be applicable.

## ARTICLE VII

## WAGES AND WORKING CONDITIONS APPLICABLE TO CONSTRUCTION

### Section 1 - Wage Scale - 5 County Heavy & Highway and Building

All classifications and wage rates as covered by this Agreement, are set forth in the Schedules attached hereto covering the appropriate type of construction and area.

### Section 2 - Overtime Rates

Heavy Construction - 5 County - Overtime pay (except for Sundays which shall be paid at the double time rate), shall be computed on the basis of time and a half, provided however, that in any case when actually working directly with other trades which are allowed double time, the double time rate shall be allowed also to such Engineers and Apprentices as are actually working directly with such trades.  Holidays shall be compensated for as outlined in Article VII, Section 8.

Highway Construction - 5 County - Overtime Pay (except Sundays which shall be paid at the double time rate), shall be computed on the basis of time and a half.  Holidays shall be compensated for as outlined in Article VII, Section 8.

Building Construction - 5 County - The first two (2) hours of overtime each day and the first eight (8) hours on Saturday shall be paid at time and one-half of the regular wage rate, provided however, that in any case when actually working directly with other trades which are allowed double time, the double time rate shall be allowed also to such Engineers and Apprentices as are actually working directly with such trades.  All other overtime shall be paid at the double time rate.

### Section 3 - Steward Premium Pay - 5 County Heavy & Highway

(a)  An Operating Engineer designated as Steward from among those employed on the job by the Union shall receive an additional fifty cents ($.50) over his or her wage group rate classification for each hour paid when there are eight (8) or more Operating Engineers on a shift.

(b) In the event there is a second shift and there are more than sixteen (16) Operating Engineers on the project, then the Employer will pay an Operating Engineer designated as Steward from among those employed on the job by the Union on the second shift an additional fifty cents ($.50) over his or her wage group rate classification for each hour paid.

### Section 4 - Lead Engineer/Assistant Lead Engineer - 5 County Building

When seven (7) or more Engineers covered by this Agreement are employed on any one (1) project by the Employer, a Lead Engineer shall be employed.

When rented equipment is used on a project with the Operator on the equipment owner's or lessee's payroll, the Operator must be counted in the total number of Employees employed on the project towards the hiring of a Lead Engineer/Assistant Lead Engineer.

An Assistant Lead Engineer shall be employed after twenty-five (25) Employees and for each multiple of twenty-five (25).

The Lead Engineer shall under the direction of management, supervise and assist in the operation, maintenance and repair of all equipment coming under the jurisdiction of the Operating Engineers.  He shall also make minor repairs to equipment not requiring the services of an Engineer.

The wage rate for the Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis by the Employer on the same project.  Assistant Lead Engineer, when employed shall be paid ninety cents ($.90) per

34

hour above the highest rate of pay of any Engineer employed on a weekly basis by the Employer on the same project.

### Section 4A - Lead Engineer/Assistant Lead Engineer - 5 County Heavy & Highway

When ten (10) or more Engineers are employed on any one (1) project by the Employer, a Lead Engineer shall be employed.  The Lead Engineer will be paid one dollar ($1.00) per hour over the highest paid Operating Engineer on the project exclusive of the premium mentioned in Section 3.

When rented equipment is used on a project with the Operator on the owner's or lessee's payroll, the Operator must be counted in the total number of Engineers employed on a project toward hiring a Lead Engineer/Assistant Lead Engineer.

The Lead Engineer shall, under the direction of management, supervise and assist in the operation, maintenance and repair of all equipment coming under the jurisdiction of the Operating Engineers.  He shall also make minor repairs to equipment not requiring the services of an Engineer.

An Assistant Lead Engineer shall be employed where twenty-five (25) or more Employees are employed on any one (1) project of an Employer and for each multiple of twenty-five (25).  There shall be no restrictions upon duties to be performed by him or her as a mechanic.  He or she shall not be required to operate equipment.  The Assistant Lead Engineer will be paid seventy-five cents ($.75) per hour over the highest paid Operating Engineer on the project.

### Section 4B - Lead Engineer - Definition

The terms "Lead Engineer" and "Assistant Lead Engineer" as used in this Agreement refer to the positions previously referred to as "Master Mechanic" and "Assistant Master Mechanic".  This constitutes merely a change in name.

### Section 5 - Weekly Pay - 5 County Heavy & Highway and Building

When Employees covered by this Agreement report for starting work, they shall be entitled to work until the end of his or her job and shall not be replaced before the conclusion of their job except for just cause.  If their job continues for more than five (5) days, said Employees shall be on forty (40) hour weekly guarantee basis at the weekly rate for the elapsed working days while their job lasts.  If re-hired before the expiration of one (1) week they shall be compensated for time lost.

### Section 6 - Employment on a Daily Basis - 5 County Heavy & Highway and Building

Employees covered by this Agreement employed on a daily basis, shall, unless notified at or before the termination of the preceding period, report for work at the regular period.  If not started work within one (1) hour of the scheduled starting time, he shall be dismissed for the period and shall receive four (4) hours pay.  If started to work, he shall receive eight (8) hours pay.

### Section 6A - Wage Increase on a Daily Basis - 5 County Heavy & Highway and Building

The hourly rate for all classifications listed on the daily basis shall be twenty-five cents ($.25) per hour in addition to the hourly rate on the weekly basis.

### Section 7 - Saturday - 5 County Heavy & Highway and Building

Employees covered by this Agreement who are required to report on Saturdays shall receive two (2) hours pay at the applicable overtime rate, and if required to start work shall receive four (4) hours at the applicable overtime rate, and if required to work more than four (4) hours shall receive eight (8) hours pay at the overtime rate.

### Section 8 - Sunday and Holiday - 5 County Heavy & Highway and Building

The Holidays adopted are New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day or days celebrated as such. Work performed on Holidays shall be paid for at the double time rate, which includes Holiday pay. Only in case of emergency shall work be performed on Labor Day. Employees covered by this Agreement on a weekly basis shall be paid for Holidays falling during the scheduled work week, provided such Employees worked the scheduled work day previous to the Holiday and the scheduled work day following the Holiday.

Employees covered by this Agreement reporting on the above Holidays or on Sundays shall receive twelve (12) hours pay, but if started to work shall receive sixteen (16) hours pay.

If not started to work on the above mentioned days within one (1) hour of the scheduled starting time, he or she shall be dismissed for the period and receive twelve (12) hours pay at his or her regular straight time rate. A Holiday falling on Saturday shall be recognized as a paid Holiday and celebrated on Friday. Holidays falling on Sunday shall be recognized as a paid Holiday and celebrated on Monday.

### Section 9 - Wage Payment - 5 County Heavy & Highway and Building

Employees covered by this Agreement shall be paid in cash or check, with a detachable pay stub containing all pertinent information, at the option of the Union each week at or before quitting time on the regular payday. The Employer shall not be permitted to retain more than three (3) days pay. Such Employees not paid promptly on the regular payday or when dismissed shall be paid waiting time until paid, except where the delay is for reasons beyond the Employer's control. Such waiting time shall not exceed eight (8) hours.

### Section 9A - Toxic Hazardous Waste Payment - 5 County Heavy & Highway and Building

All Toxic/Hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies.

On hazardous waste removal work, **or** on a state or federally designated hazardous waste site, where the Operating Engineer is in direct contract with hazardous material and when personal protective equipment is required for respiratory, skin, and eye protection, the Operating Engineer shall receive the hourly wage plus an additional twenty percent (20%) of that wage.

### Section 10 - Shifting Employees - 5 County Heavy & Highway and Building

Employees covered by this Agreement may be shifted only twice during a day (Example A-B-C or A-B-A). The Employee shall receive the higher rate of pay for the day.

### Section 11 - Compressors - 5 County Heavy & Highway and Building

An Operating Engineer will be required on Compressors over 185 cubic feet. With respect to Compressors 185 cu. ft. and under, it is hereby agreed the Employer may operate three (3) such units in all cases without the employment of an Engineer. Whenever four (4) or more Compressors are used by the Employer on any project, then an Engineer must be employed.

### Section 11A - 5 County Heavy & Highway

One (1) Engineer may operate three (3) additional Compressors provided they are not more than 800' apart. With respect to compressors 185 cu. ft. and under, one (1) additional Operating Engineer will be employed for the eighth (8th) and every four (4) thereafter.

### Section 11B - 5 County Building

One (1) Engineer may operate three (3) additional Compressors provided they are not more than 450' apart.  With respect to compressors 185 cu. ft. and under, one (1) additional Operating Engineer will be employed for the eighth (8th) and every four (4) thereafter.

### Section 12 - Welding Equipment - 5 County Heavy & Highway and Building

An Operating Engineer will be required on welding equipment larger than 300 amp.  With respect to welding equipment under 300 amp, it is hereby agreed the Employer may operate three (3) such pieces without the employment of an Operating Engineer.  Whenever four (4) or more pieces of welding equipment are used on the same day by the same Contractor on the same job site, then an Operating Engineer must be employed.  One (1) additional Operating Engineer shall be employed for the eighth (8th) such machine and every four (4) thereafter.

However, on 5 COUNTY HIGHWAY one (1) Operating Engineer may operate five (5) welding machines over 300 amp provided they are located within a space which can be enclosed by a 450 foot diameter circle.  When any combination of welders and compressors exceeds three (3) on the same day by the same Contractor on the same job site, then an Operating Engineer shall be employed.

### Section 13 - Pumps - 5 County Heavy & Highway and Building

Up to a five (5) inch size pump may be operated without the services of an Operating Engineer. A combination of eight (8) inches of total volume (gas or diesel pumps) may be operated without the services of an Operating Engineer.  Three (3), three (3) inch electric pumps, up to a combination of  nine (9) inches of total volume (not to exceed a five (5) inch singular pump) may be used without the services of an Operating Engineer.  Submersible electric pumps will be manned only during productive work hours.  Pumps not requiring an Operating Engineer will be serviced by an Apprentice Engineer or an Operator on the job.

### Section 14 - Generators - 5 County Heavy & Highway and Building

Four (4) electric generators or four (4) pieces of similar equipment may be operated without the use of an Operating Engineer, provided the rating of each such generator or equipment does not exceed five thousand (5,000) watts. The operation of electric generators will remain the jurisdiction of the Operating Engineers.

### Section 15 - Space Heaters - 5 County Heavy & Highway and Building

Space Heaters over 500,000 BTU will require the services of an Operating Engineer.  If more than one (1) heater **of any size** is operated on the same day by the same Contractor on the same job site, an Engineer will be required for each multiple of five (5) such units so operated. The operation of space heaters will remain within the jurisdiction of the Operating Engineers.

### Section 16 - Miscellaneous Equipment Requirements - 5 County Heavy & Highway and Building

Any five (5) pieces of equipment outlined in Article I, Section 3 not requiring the services of an Operating Engineer singularly, shall require the services of an Operating Engineer, provided however, one (1) additional Operating Engineer shall be employed for the tenth (10th) such machine and every five (5) thereafter.

### Section 17 - Single Shift Work - 5 County Heavy & Highway and Building

The work day, including Saturdays, Sundays, and Holidays, shall start at 8:00 a.m. and end at 4:30 p.m., with one-half hour for lunch from 12:00 Noon to 12:30 p.m.  The regular work week shall consist of eight (8) hours per day, forty (40) hours per week of five (5) consecutive days Monday thru Friday inclusive, including Holidays or days celebrated as such occurring in said

week.  The work day may be changed up to one (1) hour earlier or later by the Employer, and overtime hours will be adjusted accordingly, however, for 5 County Heavy/Highway only during Daylight Savings Time, the workday may begin, at the option of the Employer, at 6:00 a.m. **This provision may also apply to Building, provided that all the Operators/Apprentices agree to the starting change per project.**  All work performed additional to, before, or after such periods shall be called overtime and shall be paid for at the applicable overtime rate.  If work shift is other than the regular work day and begins before 8:00 a.m., or terminates after 4:30 p.m., pay shall be at the applicable overtime rate.

### Section 17A - Single Special Shift Work - 5 County Highway and Building

If a shift is employed after 4:30 p.m., and prior to 8:00 a.m. pay shall be at the straight time rate plus ten percent (10%) additional per hour for each hour worked. Special shift work started on Friday shall continue at the single special shift rate of pay to complete the regular eight (8) hours shift.

Should the majority of Trades working with the Engineer be compensated for such shift work at the agreed upon overtime rates for such Trades, the Engineer shall be compensated for such hours worked with the majority of such Trades at the overtime rates provided herein.

### Section 18 - Multiple Shift Work - 5 County Heavy & Highway and Building

When more than a single shift is employed, the first shift shall start at the option of the Employer, the second shift shall follow the first and the third shift shall follow the second.  All work from midnight Friday to midnight Sunday shall be at the overtime rate.  For pay purposes the shift closest to the normal day shift shall be paid for at the straight time rate and each other shift shall receive 10% additional for each hour paid.  On any shift work of less than five (5) days duration, the Union shall be notified.  There shall be a one-half hour lunch period on each shift. But under no circumstances shall there be more than eight (8) hours work without overtime pay or the lunch period be other than between the third and fifth hour of work.

### Section 19 - Safety and Element Protection -5 County Heavy & Highway and Building

A.  Employees shall be properly protected from material and the elements.

B. The parties have a mutual responsibility to cooperate in developing mutually satisfactory means of achieving continuing improvements in the safety conditions in the industry.  Members of the Union and the Employer shall comply with all safety measures required under City, County, State, and Federal Safety Rules and Regulations.

C. The Employer and the Union will develop and keep up to date a written safety program. This safety program will include a Joint Safety Committee which will meet regularly. All safety equipment required by this program shall be furnished by the Employer.

### Section 20 - Winter Heat - 5 County Heavy & Highway and Building

Operators of electric, gas, diesel, or skeleton machines during winter weather shall be provided with heat.

### Section 21 - Minor Repair Work - 5 County Heavy & Highway and Building

Operator shall do minor repair work on the machine he is operating as required by the Employer provided this shall not be used for the purpose of reducing the number of Maintenance Engineers who would ordinarily be employed on the job.

Repair work done on overtime shall be paid for at the applicable overtime rate. Maintenance Engineers shall be required to furnish tools.

**Section 22 - Shovels and Cranes - 5 County Heavy & Highway and Building**

A.  All shovels and cranes, including cherry picker type machinery and equipment **80 tons and over,** and backhoes and truck mounted rigs shall require an Operating Engineer and an Apprentice Engineer/Oiler. **All crane Operators, backhoe, and truck mounted rig Operators including drilling equipment shall be paid the Group I(A) or II(A) rate of pay as per the Agreement except where indicated in Section 22C.**

B.   It is agreed that an Apprentice Engineer/Oiler will be required on the following machinery and equipment:

(1)  Crawler backhoes and crawler gradalls over **four (4)** cubic yard factory rating; and

(2)  A single person operation truck crane **80** tons and over; and

(3)  Hydraulic backhoes over **four (4)** cubic yard factory rating; and

(4)  Cherry picker type machinery and equipment **80** tons and over,

**The transport and erection of all crane attachments such as booms, jibs, counter weights, blocks, etc. shall be the work of the Operating Engineer Parent Body/Apprentice.**

C.  On equipment listed in Section 22A and B hereof, the Employer will compensate the Operating Engineer of such equipment with Wage Group I(A) or II(A); provided however, that Wage Group I(A) and II(A) does not apply to the following equipment:

(1)  Pippin type or other hydraulic backhoes of one (1) cubic yard and under; and

(2)  Cherry picker less than fifteen (15) ton factory rating;

(Normal maintenance will be done during the regular work day).

Should a second person be required/**needed** on a machine, it will be within the Operating Engineers jurisdiction.

The Apprentice Engineer or Oiler shall be under the direct supervision of the Engineer to whom he is assigned.  His or her duties at the discretion of the Employer may include, but are not limited to cleaning, oiling, greasing, hook mats, spot trucks, change cables, change booms, signal crane, or any other non-jurisdictional work directly involved with his or her piece of equipment.  He may service his or her piece of equipment during the lunch period without premium pay, if permitted to take an equivalent period immediately before or after the scheduled lunch period.  With the exception of the lunch period, at no time can a machine requiring an Apprentice Engineer/Oiler or machines falling under Wage Group I(A) and Wage Group II(A) work or travel under own power or be repaired without a full crew.  Grease truck personnel may work other than the regular shift at the shift differential rate.

Apprentices on Building projects can be used intermittently throughout the day to perform any task that will further their skills as an Operating Engineer.  At no time is an Apprentice to be used to circumvent the hiring of a Parent Body Operating Engineer.  All Apprentices will be compensated at the rate commensurate with his/her years in the Apprenticeship program.

D.  **Concrete Pumps** - **5 County Building Only**

Provision for an Oiler/Apprentice to be waived, on concrete pumps as follows:

(a)  For boom used in a stationary position.

(b) For boom type concrete truck that has **196** feet **(61 meters)** of boom length or less that is involved in a **350** yard of concrete pour or less per eight (8) hour work day.

1.  Should a second person be required/**needed**, the work will be assigned to an Operating Engineer as that of an Oiler/Apprentice.

2.  Should the boom not be in the sight of the Operator, then the Employer will engage an Oiler/Apprentice.

3.  **All Boom Pump Operators** will be paid Wage Group I(A)

E.  **Pile Driving Rigs** - **5 County Heavy & Highway and Building**

Two (2) Operators at top rate **(Group IA)** to operate crane or machine and to cover compressor or power pack when used as a source of power to the hammer.

## Section 23 - Tower Type Cranes - 5 County Heavy & Highway and Building

All tower type cranes shall require two (2) Operating Engineers.  The erecting, dismantling, jumping and jacking shall be done by the crew of Engineers employed on a tower crane; if additional Operating Engineers are needed, they shall be hired from the Union's Referral List in accordance with the referral system under this Agreement.  The crane crew will remain on the job for the applicable shift, **and receive the I(A) Wage Group of pay.**

## Section 24 - Boom Pay and Manning - 5 County Heavy & Highway

On all machines with booms, jibs, masts, and leads, including tower cranes, 100 feet and over, thirty-five cents ($.35) per hour additional will be paid for each increment of 25' over 100'. On cranes with booms (including jibs, masts, and leads) 200 feet and over, two (2) Operators will be required.  When two (2) Operators are employed, no Oiler will be required.  Boom is to be measured from the ground, to the heel, to the tip of the boom.

When two (2) Operators are employed, no Oiler will be required.  All derricks shall require an Apprentice Engineer or Oiler. One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

## Section 24A - Boom Pay and Manning - 5 County Building

All machines with booms, jibs, masts, and leads, 100 feet and over, fifty cents ($.50) per hour additional will be paid for each increment of 25 feet over 100 feet, measured from the ground up.

On cranes with booms including jibs 200 feet and over, two (2) Operators shall be required. No Oiler will be required.

All derricks shall require an Apprentice Engineer or Oiler.  One (1) Apprentice or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

## Section 25 - Conveyors - 5 County Heavy & Highway

One (1) building conveyor may be operated without an Engineer. If more than one (1) conveyor is operated on the same day by the Employer on the same job site, an Engineer shall be required.

## Section 25A - Conveyors - 5 County Building

One (1) building conveyor 40 feet or less may be operated without an Engineer, however, if the conveyor is longer than 40 feet or more than one (1) conveyor of any size is used by the same Contractor on the same day on the same job site, an Operating Engineer shall be employed.  One (1) Engineer may operate up to three (3) conveyors.  At all times, the jurisdiction of conveyors will remain with the Operating Engineers.  The General Contractor is responsible for compliance with this Section.

### Section 26 – Dual-Purpose Machines - 5 County Heavy & Highway and Building

Dual-purpose machines shall carry the Group II rate of pay. Any conflict as to what is a dual-purpose machine shall be subject to grievance and arbitration. Dual-purpose machine means when one (1) machine plus any attachment is capable of and is operated to perform two (2) functions or more at the same time or on the same day.

### Section 27 - Outside Power - 5 County Heavy & Highway and Building

When the Employer obtains power from a permanent or temporary plant, i.e., steam, compressed air, hydraulic, or other power, for the operating of any machine or automatic tools, or for the purpose of furnishing temporary heat for heating materials or to buildings under course of construction or used in the construction of new buildings, additions, alterations, or repairs thereto; Employees covered hereunder shall man and operate such permanent or temporary plant from which source of power is supplied. In the event that the Employer is unable to arrange this, Engineers shall man all valves or other outlets of such source of power as is used by the Employer and shall be paid the rate of wages applicable to the classification of work in which he is employed subject to Article VII, Section 1. The General Contractor will assume responsibility for manning the source of power for himself and his or her Sub-Contractors. In the case of heat, regardless of source, for construction purposes, it is agreed that manning for comfort heat will be required only when men are working. If twenty-four (24) hour, seven (7) day heat coverage is required for construction purposes, a four (4) man - six (6) hour shift schedule may be used to minimize overtime. Overtime will be paid for all hours worked over forty (40) hours per week on the four (4) man – six (6) hour schedule only. Manning shall be required when building is under construction but shall be discontinued when interior construction is substantially complete.

### Section 28 - Power Boats - 5 County Heavy & Highway and Building

On all power boats or water crafts used in conjunction with construction, the work performed by the Captain and Maintenance Engineer shall be assigned to Employees covered by this Agreement.

### Section 29 - Hoists and Elevators - 5 County Heavy & Highway and Building

An Engineer shall be employed on all elevators or hoists (freight or passenger) where used for handling of freight, including building materials, furniture, office equipment, and all tools or equipment of any other craft, subject to Article IV, Section 1.

The General Contractor shall either furnish or require the hiring of a hoist Operator (elevator Operator) when used by the General Contractor or by the Sub-Contractor.

Elevator Operators for "New Construction" will be classified in Wage Group III.

Elevator Operators for "Renovation" will be classified in Wage Group V.

The term "Renovation" will be defined to be the renovation of an existing building. It will not include the construction of a new building or the fitting work of a building that is not complete or in the process of construction.

If it is proven that an Employee of another AFL-CIO Union, other than a Building Trades Union, has been permanently assigned to the elevator in question it will not be manned by an Operating Engineer.

If this clause is violated, a penalty consisting of triple time (3x) pay for a maximum period of ten (10) working days occurring prior to the date of notice of the violation will be paid to Employees designated by the Union in lieu of the opportunity not provided as per Article II, Section 9.

**Section 30 - Portable Rock Crushers - 5 County Heavy & Highway and Building**

On all portable rock crushers, an Operating Engineer and an Apprentice shall be employed.

**Section 31 - Caisson Work - 5 County Building**

On caissons larger than eight (8) inches or deeper than ten (10) feet, an Operating Engineer and an Oiler will be employed.

**ADDENDUM TO THE COLLECTIVE BARGAINING AGREEMENT**

**BETWEEN**

**OPERATING ENGINEERS LOCAL 542**

**AND THE**

**CONTRACTORS ASSOCIATION OF**

**EASTERN PENNSYLVANIA**

The parties do hereby agree that the following shall be affixed as an addendum to the current Collective Bargaining Agreement between Local 542 and the Contractors Association effective May 1, 2017 through April 30, 2022.

No Oilers - 5 County Area - except on truck cranes when any of the following is exceeded.

(i)     Three (3) moves of the crane per day.

(ii)    Any move of the crane of more than 400 feet.

(iii)   Any move of the crane where the Operator must remain in the crane cab for safety reasons. (i.e. a load on the hook).

(iv)   If a second person is needed, he or she will be an Operating Engineer.

(v)    Compensation for the Operator will be as provided for in Article VII, Section 22.  The benefit herein provided is allowed in lieu of an Apprentice/Oiler.

INTERNATIONAL UNION OF                    CONTRACTORS ASSOCIATION OF
OPERATING ENGINEERS - LOCAL 542          EASTERN PENNSYLVANIA


_____          _____

ROBERT T. HEENAN, GENERAL VICE PRESIDENT/     JOSEPH M. MARTOSELLA
BUSINESS MANAGER


_____

JAMES R. DAVIS
GENERAL MANAGER

**5 COUNTY BUILDING/HEAVY/HIGHWAY**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP I Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2020/2021 Rates Heavy/Hwy Only | | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
| HOURLY RATE | | | $44.87 | | $46.41 | | $47.95 | | $49.50 | | $51.04 |
| H & W | 0.160 | *$6.93 | $14.10 | *$6.93 | $14.36 | *$6.93 | $14.60 | *$6.93 | $14.85 | *$6.93 | $15.10 |
| PENSION | 0.105 | | $4.71 | | $4.87 | | $5.04 | | $5.20 | | $5.36 |
| APPR. TR. | 0.010 | $0.80 | $1.25 | $0.80 | $1.26 | $0.80 | $1.28 | $0.80 | $1.29 | $0.80 | $1.31 |
| S.U.B. | 0.020 | $0.18 | $1.08 | $0.18 | $1.11 | $0.18 | $1.14 | $0.18 | $1.17 | $0.18 | $1.20 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $73.01 | $7.91 | $75.01 | $7.91 | $77.01 | $7.91 | $79.01 | $7.91 | $81.01 |

| | |
|---|---|
| Handling Steel And Stone In Connection With Erection | Helicopter |
| Cranes Doing Hook Work | Concrete Pumps (Building) |
| Any Machines Handling Machinery | High Rail/Burro Crane |
| Cable Spinning Machine | Rail Loader (Winch Boom Type) |
| | Spider/Mini Crane |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP I(A) Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2020/2021 Rates Heavy/Hwy Only | | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
| HOURLY RATE | | | $47.86 | | $49.41 | | $50.96 | | $52.50 | | $54.05 |
| H & W | 0.160 | *$6.93 | $14.59 | *$6.93 | $14.84 | *$6.93 | $15.08 | *$6.93 | $15.33 | *$6.93 | $15.57 |
| PENSION | 0.105 | | $5.03 | | $5.19 | | $5.35 | | $5.51 | | $5.68 |
| APPR. TR. | 0.010 | $0.80 | $1.28 | $0.80 | $1.29 | $0.80 | $1.31 | $0.80 | $1.33 | $0.80 | $1.34 |
| S.U.B. | 0.020 | $0.18 | $1.14 | $0.18 | $1.17 | $0.18 | $1.20 | $0.18 | $1.23 | $0.18 | $1.26 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $76.90 | $7.91 | $78.90 | $7.91 | $80.90 | $7.91 | $82.90 | $7.91 | $84.90 |

| | |
|---|---|
| Handling Steel And Stone In Connection With Erection | Concrete Pump Truck (Building) |
| Cranes Doing Hook Work | High Rail/Burro Crane |
| Any Machines Handling Machinery | Rail Loader (Winch Boom Type) |
| | Crane Coordinator/Signalman |

**Single Person Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group I(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 5 COUNTY BUILDING/HEAVY/HIGHWAY
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP II Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2020/2021 Rates Heavy/Hwy Only | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $44.62 | | $46.16 | | $47.70 | | $49.25 | | $50.80 |
| H & W | 0.160 | *$6.93 | $14.07 | *$6.93 | $14.32 | *$6.93 | $14.57 | *$6.93 | $14.81 | *$6.93 | $15.05 |
| PENSION | 0.105 | | $4.68 | | $4.85 | | $5.01 | | $5.17 | | $5.33 |
| APPR. TR. | 0.010 | $0.80 | $1.25 | $0.80 | $1.26 | $0.80 | $1.28 | $0.80 | $1.29 | $0.80 | $1.31 |
| S.U.B. | 0.020 | $0.18 | $1.07 | $0.18 | $1.10 | $0.18 | $1.13 | $0.18 | $1.17 | $0.18 | $1.20 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $72.69 | $7.91 | $74.69 | $7.91 | $76.69 | $7.91 | $78.69 | $7.91 | $80.69 |

| | |
|---|---|
| All Types Of Cranes | Guard Rail Post Driver |
| All Types Of Backhoes | Gradalls |
| Cableways | Front-End Loaders |
| Conveyor Loaders | Boat Captain/Safety Boat Operator |
| (Euclid-Type Wheel) | Keystones |
| Drag Lines | Tandem Scrapers |
| All Types Of Shovels | Tower Type Crane Operation, Erecting, |
| Derricks | Dismantling, Jumping,Or Jacking |
| Pavers 21E And Over | Drills Self-Contained (Drillmaster Type) |
| Trench Shovels | Forklifts (20 Feet And Over) |
| Trenching Machines | Motor Patrols (Fine Grade) |
| Pippin Type Backhoes | Batch Plant With Mixer |
| Hoist With Two Towers | Carryalls, Scrapers And Tournapulls |
| Goldhofer Type/Transporter | Ross Carrier |
| Building Hoists - Double Drum (Unless | Rollers (High Grade Finishing) |
| Used As A Single Drum) | Spreaders (Asphalt) |
| Milling Machine | Bulldozers And Tractors |
| Mucking Machines In Tunnel | Mechanic - Welder |
| Bobcat | Concrete Pumps (Heavy, Highway) |
| Side Boom | Hydro-Blast Pump |
| Bundle Puller - Extractors(Tubular Type) | Production Switch Tamper |
| Directional Boring Machines | Ballast Regulators |
| Vermeer Saw Type Machine | Tie Replacer |
| (Other Than Hand Held) | Rail/Road Loader |
| Tractor Mounted Hydro Axe | Power Jack Liner |
| Chipper With Boom | Portable Rock Crusher |
| All Autograde And Concrete Finishing | Utility Operator |
| Machines | Hydro Vac Truck/Excavator/Vacuum Trucks |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 5 COUNTY BUILDING/HEAVY/HIGHWAY
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP II(A) Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2020/2021 Rates Heavy/Hwy Only | | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | | $47.61 | | $49.16 | | $50.71 | | $52.26 | $53.81 |
| H & W | 0.160 | *$6.93 | $14.56 | *$6.93 | $14.81 | *$6.93 | $15.05 | *$6.93 | $15.28 | *$6.93 | $15.52 |
| PENSION | 0.105 | | $5.00 | | $5.16 | | $5.32 | | $5.49 | $5.65 |
| APPR. TR. | 0.010 | $0.80 | $1.28 | $0.80 | $1.29 | $0.80 | $1.31 | $0.80 | $1.32 | $0.80 | $1.34 |
| S.U.B. | 0.020 | $0.18 | $1.13 | $0.18 | $1.16 | $0.18 | $1.19 | $0.18 | $1.23 | $0.18 | $1.26 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | $1.00 |
| TOTAL | 0.295 | $7.91 | $76.58 | $7.91 | $78.58 | $7.91 | $80.58 | $7.91 | $82.58 | $7.91 | $84.58 |

**Single Person Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc. Cranes Doing Hook Work Will Be Paid Wage Group I(A).**

**Crawler Backhoes And Crawler Gradalls Over One(1)Cubic Yard Factory Rating, Hydraulic Backhoes Over One(1) Cubic Yard Factory Rating Will Be Paid Wage Group II(A).**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group II(A)Including Concrete Pumps(Heavy/Highway).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP III Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2020/2021 Rates Heavy/Hwy Only | | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | | $40.53 | | $42.07 | | $43.62 | | $45.17 | $46.71 |
| H & W | 0.160 | *$6.93 | $13.41 | *$6.93 | $13.67 | *$6.93 | $13.91 | *$6.93 | $14.16 | *$6.93 | $14.41 |
| PENSION | 0.105 | | $4.26 | | $4.42 | | $4.58 | | $4.74 | $4.90 |
| APPR. TR. | 0.010 | $0.80 | $1.21 | $0.80 | $1.22 | $0.80 | $1.24 | $0.80 | $1.25 | $0.80 | $1.27 |
| S.U.B. | 0.020 | $0.18 | $0.99 | $0.18 | $1.02 | $0.18 | $1.05 | $0.18 | $1.08 | $0.18 | $1.11 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | $1.00 |
| TOTAL | 0.295 | $7.91 | $67.40 | $7.91 | $69.40 | $7.91 | $71.40 | $7.91 | $73.40 | $7.91 | $75.40 |

Conveyors (Except Building Conveyors)     Motor Patrols
Building Hoists (Single Drum)             Concrete Breaking Machines (Guillotine Only)
Well Drillers                             Rollers
Asphalt Plant Engineers                   Fine Grade Machines
Forklift Trucks Of All Types              Stump Grinder
Ditch Witch (Small Trencher)              High Or Low Pressure Boilers
Elevator Operator (New Construction)

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 5 COUNTY BUILDING/HEAVY/HIGHWAY
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP IV Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2020/2021 Rates Heavy/Hwy Only | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $40.24 | | $41.78 | | $43.32 | | $44.86 | | $46.41 |
| H & W | 0.160 | *$6.93 | $13.37 | *$6.93 | $13.60 | *$6.93 | $13.86 | *$6.93 | $14.11 | *$6.93 | $14.36 |
| PENSION | 0.105 | | $4.22 | | $4.39 | | $4.55 | | $4.71 | | $4.87 |
| APPR. TR. | 0.010 | $0.80 | $1.20 | $0.80 | $1.22 | $0.80 | $1.23 | $0.80 | $1.25 | $0.80 | $1.26 |
| S.U.B. | 0.020 | $0.18 | $0.98 | $0.18 | $1.02 | $0.18 | $1.05 | $0.18 | $1.08 | $0.18 | $1.11 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $67.01 | $7.91 | $69.01 | $7.91 | $71.01 | $7.91 | $73.01 | $7.91 | $75.01 |

| | |
|---|---|
| Seamen Pulverizing Mixer | Concrete Spreaders (Heavy, Highway) |
| Form Line Graders | Grease Truck |
| Farm Tractors | Power Broom (Self-Contained) |
| Road Finishing Machines | Seed Spreader |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP V Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2020/2021 Rates Heavy/Hwy Only | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $38.51 | | $40.05 | | $41.60 | | $43.14 | | $44.69 |
| H & W | 0.160 | *$6.93 | $13.09 | *$6.93 | $13.34 | *$6.93 | $13.58 | *$6.93 | $13.84 | *$6.93 | $14.08 |
| PENSION | 0.105 | | $4.04 | | $4.21 | | $4.37 | | $4.53 | | $4.69 |
| APPR. TR. | 0.010 | $0.80 | $1.19 | $0.80 | $1.20 | $0.80 | $1.22 | $0.80 | $1.23 | $0.80 | $1.25 |
| S.U.B. | 0.020 | $0.18 | $0.95 | $0.18 | $0.98 | $0.18 | $1.01 | $0.18 | $1.04 | $0.18 | $1.07 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $64.78 | $7.91 | $66.78 | $7.91 | $68.78 | $7.91 | $70.78 | $7.91 | $72.78 |

| | |
|---|---|
| Conveyors (Building) | Miscellaneous Equipment Operator |
| Welding Machines | Tireman, Power Equipment |
| Heaters | Maintenance Engineers (Power Boats) |
| Well Point Pumps | Elevator Operator (Renovations) |
| Compressors | House Car |
| Pumps | |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**5 COUNTY BUILDING/HEAVY/HIGHWAY**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP VI Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **2020/2021 Rates Heavy/Hwy Only** | | | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | | $37.52 | | $39.07 | | $40.61 | | $42.16 | $43.70 |
| H & W | 0.160 *$6.93 | | $12.93 | *$6.93 | $13.18 | *$6.93 | $13.43 | *$6.93 | $13.67 | *$6.93 $13.92 |
| PENSION | 0.105 | | $3.94 | | $4.10 | | $4.26 | | $4.43 | $4.59 |
| APPR. TR. | 0.010 $0.80 | | $1.18 | $0.80 | $1.19 | $0.80 | $1.21 | $0.80 | $1.22 | $0.80 $1.24 |
| S.U.B. | 0.020 $0.18 | | $0.93 | $0.18 | $0.96 | $0.18 | $0.99 | $0.18 | $1.02 | $0.18 $1.05 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | $1.00 |
| TOTAL | 0.295 $7.91 | | $63.50 | $7.91 | $65.50 | $7.91 | $67.50 | $7.91 | $69.50 | $7.91 $71.50 |

Dingo Type Machinery/Walk Behind Equipment
Fireman
Oilers and Deck Hands (Personnel Boats)/Grease Truck Helper
Bombardier/Marsh Buggy/Morooka
Truck Driver (Equipment and Parts Transport such as: Booms,
    Jibs, Counterweights, Blocks, and all attachments etc.)
Hydro Vac Helper

**Machines similar to above including remote, robotic, or laser control equipment**

---

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

---

* Articulated End Dump/Rear Dump to be paid at the 2nd Year Apprentice Rate

---

| WAGE GROUP VII(A) Eff. Date | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| TOXIC/HAZARDOUS WASTE REMOVAL | | | | | | | | | | |
| | | | | | | **2020/2021 Rates Heavy/Hwy Only** | | | | |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | | $54.14 | | $55.99 | | $57.84 | | $59.70 | $61.55 |
| H & W | 0.160 *$8.32 | | $16.99 | *$8.32 | $17.28 | *$8.32 | $17.59 | *$8.32 | $17.87 | *$8.32 $18.17 |
| PENSION | 0.105 | | $5.68 | | $5.88 | | $6.07 | | $6.27 | $6.46 |
| APPR. TR. | 0.010 $0.96 | | $1.50 | $0.96 | $1.52 | $0.96 | $1.54 | $0.96 | $1.56 | $0.96 $1.58 |
| S.U.B. | 0.020 $0.22 | | $1.30 | $0.22 | $1.34 | $0.22 | $1.37 | $0.22 | $1.41 | $0.22 $1.45 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | $1.00 |
| TOTAL | 0.295 $9.50 | | $86.61 | $9.50 | $89.01 | $9.50 | $91.41 | $9.50 | $93.81 | $9.50 $96.21 |

Handling Steel And Stone In   Any Machines Handling Machinery   Helicopters
 Connection With Erection      Cable Spinning Machine           Concrete Pumps(Building)
Cranes Doing Hook Work         Rail Loader (Winch Boom Type)    High Rail/Burro Crane

**Machines similar to above including remote, robotic, or laser control equipment**

---

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

---

## 5 COUNTY BUILDING/HEAVY/HIGHWAY
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP VII(B) Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| TOXIC/HAZARDOUS WASTE REMOVAL | | | | | | | | | | |
| | | | | | | | | | | 2020/2021 Rates Heavy/Hwy Only |
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $53.84 | | $55.70 | | $57.55 | | $59.40 | | $61.26 |
| H & W | 0.160 | *$8.32 | $16.95 | *$8.32 | $17.23 | *$8.32 | $17.53 | *$8.32 | $17.84 | *$8.32 | $18.13 |
| PENSION | 0.105 | | $5.65 | | $5.85 | | $6.04 | | $6.24 | | $6.43 |
| APPR. TR. | 0.010 | $0.96 | $1.50 | $0.96 | $1.52 | $0.96 | $1.54 | $0.96 | $1.55 | $0.96 | $1.57 |
| S.U.B. | 0.020 | $0.22 | $1.29 | $0.22 | $1.33 | $0.22 | $1.37 | $0.22 | $1.40 | $0.22 | $1.44 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $9.50 | $86.23 | $9.50 | $88.63 | $9.50 | $91.03 | $9.50 | $93.43 | $9.50 | $95.83 |

All Types Of Cranes
All Types Of Backhoes
Cableways
Conveyor Loader (Euclid-
 Type Wheel)
Drag Lines
Keystones
All Types Of Shovels
Derricks
Pavers 21E And Over
Trench Shovels
Trenching Machines
Gradalls
Front-End Loaders
Boat Captain
Hoist With Two Towers
Concrete Pumps(Heavy,
 Highway)
Building Hoists-Double Drum
(Unless Used As A Single Drum)

Milling Machine
Mucking Machines In Tunnel
Pippin Type Backhoes
Bobcat
Tandem Scrapers
Side Boom
Tower Type Crane -
 Operation, Erecting,
 Dismantling, Jumping, Or
 Jacking
Directional Boring Machines
Vermeer Saw Type Machine
 (Other Than Hand Held)
Drills Self-Contained
 (Drillmaster Type)
Forklifts (20 Feet And Over)
Tractor Mounted Hydro Axe
Motor Patrols (Fine Grade)

Chipper With Boom
Batch Plant With Mixer
All Autograde And Concrete
 Finishing Machines
Carryalls, Scrapers And
 Tournapulls
Rollers (High Grade
 Finishing)
Bundle Pullers/Extractors
 (Tubular)
Spreaders (Asphalt)
Bulldozers And Tractors
Mechanic - Welders
Production Switch Tamper
Ballast Regulators
Tie Replacer
Rail/Road Loader
Power Jack Liner

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

# 5 COUNTY BUILDING/HEAVY/HIGHWAY
## OPERATING ENGINEERS - LOCAL 542

| APPRENTICE RATES Eff. Date | 05/01/17 | 05/01/18 | 05/01/19 | 05/01/20 | 05/01/21 |
|---|---|---|---|---|---|

**FOURTH YEAR APPRENTICE**　　　　　　　　　　　　2020/2021 Rates Heavy/Hwy Only

| | Rate | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $34.65 | | $35.03 | | $35.80 | | $36.58 | | $37.35 |
| H & W | 0.160 | *$6.93 | $12.47 | *$6.93 | $12.54 | *$6.93 | $12.66 | *$6.93 | $12.78 | *$6.93 | $12.91 |
| PENSION | 0.105 | | $3.64 | | $3.68 | | $3.76 | | $3.84 | | $3.92 |
| APPR. TR. | 0.010 | $0.80 | $1.15 | $0.80 | $1.15 | $0.80 | $1.16 | $0.80 | $1.17 | $0.80 | $1.17 |
| S.U.B. | 0.020 | $0.18 | $0.87 | $0.18 | $0.88 | $0.18 | $0.90 | $0.18 | $0.91 | $0.18 | $0.93 |
| ANNUITY | | | $5.50 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $59.28 | $7.91 | $60.28 | $7.91 | $61.28 | $7.91 | $62.28 | $7.91 | $63.28 |

| APPRENTICE RATES Eff. Date | 05/01/17 | 05/01/18 | 05/01/19 | 05/01/20 | 05/01/21 |
|---|---|---|---|---|---|

**THIRD YEAR APPRENTICE**　　　　　　　　　　　　2020/2021 Rates Heavy/Hwy Only

| | Rate | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $33.94 | | $34.33 | | $35.10 | | $35.88 | | $36.64 |
| H & W | 0.160 | *$6.93 | $12.38 | *$6.93 | $12.44 | *$6.93 | $12.56 | *$6.93 | $12.67 | *$6.93 | $12.81 |
| PENSION | 0.105 | | $3.56 | | $3.60 | | $3.69 | | $3.77 | | $3.85 |
| APPR. TR. | 0.010 | $0.80 | $1.14 | $0.80 | $1.14 | $0.80 | $1.15 | $0.80 | $1.16 | $0.80 | $1.17 |
| S.U.B. | 0.020 | $0.18 | $0.86 | $0.18 | $0.87 | $0.18 | $0.88 | $0.18 | $0.90 | $0.18 | $0.91 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $57.38 | $7.91 | $58.38 | $7.91 | $59.38 | $7.91 | $60.38 | $7.91 | $61.38 |

| APPRENTICE RATES Eff. Date | 05/01/17 | 05/01/18 | 05/01/19 | 05/01/20 | 05/01/21 |
|---|---|---|---|---|---|

**SECOND YEAR APPRENTICE**　　　　　　　　　　　　2020/2021 Rates Heavy/Hwy Only

| | Rate | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $32.48 | | $32.87 | | $33.64 | | $34.41 | | $35.19 |
| H & W | 0.160 | *$6.93 | $12.14 | *$6.93 | $12.19 | *$6.93 | $12.32 | *$6.93 | $12.45 | *$6.93 | $12.57 |
| PENSION | 0.105 | | $3.41 | | $3.45 | | $3.53 | | $3.61 | | $3.69 |
| APPR. TR. | 0.010 | $0.80 | $1.12 | $0.80 | $1.13 | $0.80 | $1.14 | $0.80 | $1.14 | $0.80 | $1.15 |
| S.U.B. | 0.020 | $0.18 | $0.83 | $0.18 | $0.84 | $0.18 | $0.85 | $0.18 | $0.87 | $0.18 | $0.88 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $55.48 | $7.91 | $56.48 | $7.91 | $57.48 | $7.91 | $58.48 | $7.91 | $59.48 |

* Articulated End Dump/Rear Dump to be paid at 2nd Year Apprentice Rate

| APPRENTICE RATES Eff. Date | 05/01/17 | 05/01/18 | 05/01/19 | 05/01/20 | 05/01/21 |
|---|---|---|---|---|---|

**FIRST YEAR APPRENTICE**　　　　　　　　　　　　2020/2021 Rates Heavy/Hwy Only

| | Rate | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $31.02 | | $31.40 | | $32.18 | | $32.95 | | $33.73 |
| H & W | 0.160 | *$6.93 | $11.89 | *$6.93 | $11.96 | *$6.93 | $12.08 | *$6.93 | $12.20 | *$6.93 | $12.32 |
| PENSION | 0.105 | | $3.26 | | $3.30 | | $3.38 | | $3.46 | | $3.54 |
| APPR. TR. | 0.010 | $0.80 | $1.11 | $0.80 | $1.11 | $0.80 | $1.12 | $0.80 | $1.13 | $0.80 | $1.14 |
| S.U.B. | 0.020 | $0.18 | $0.80 | $0.18 | $0.81 | $0.18 | $0.82 | $0.18 | $0.84 | $0.18 | $0.85 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.91 | $53.58 | $7.91 | $54.58 | $7.91 | $55.58 | $7.91 | $56.58 | $7.91 | $57.58 |

*Surcharge

**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**5 COUNTY BUILDING CONSTRUCTION**

**LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS**
_____

The hourly rates on the daily basis shall be twenty-five cents ($.25) per hour in addition to the hourly rate on the weekly basis listed for each classification.

The rate of wages for a Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis for the same Employer on the same project.  The Assistant Lead Engineer, when employed, shall be paid ninety cents ($.90) per hour above the highest wage of pay of any Engineer employed on a weekly basis by the Employer on the same project.

On all machines with booms, jibs, masts, and leads, including tower cranes, 100 feet from ground up, fifty cents ($.50) per hour additional will be paid for each increment of 25 feet over 100 feet.  On cranes with booms (including jibs, masts, and leads) 200 feet and over, two (2) Operators will be required.  When two (2) Operators are employed, no Oiler will be required. Boom is to be measured from the ground, to the heel, to the tip of the boom.

Tower cranes calculated from ground up and out for purpose of boom pay.

## 5 COUNTY HEAVY & HIGHWAY CONSTRUCTION

## LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS

The hourly rate for all classifications listed on the daily basis shall be twenty-five cents ($.25) per hour in addition to the hourly rate on the weekly basis.

The rate of wages for a Lead Engineer shall be one dollar ($1.00) per hour above the highest rate of pay of any Engineer employed on a weekly basis by the Employer on the same project.  Assistant Lead Engineer, when employed, shall be paid seventy-five cents ($.75) per hour above the highest rate of pay of any Engineer employed on a weekly basis by the Employer on the same project.

When there are eight (8) or more Operating Engineers on a shift, one (1) of those Operating Engineers designated as Steward by the Union from among those employed on the job shall receive an additional fifty cents ($.50) over his or her wage group rate classification.

All mixers under 21E with power loading skip shall be operated by an Apprentice Engineer or Oiler.

On all machines with booms, jibs, masts, and leads, including tower cranes, 100 feet and over, thirty-five cents ($.35) per hour additional will be paid for each increment of 25 feet over 100 feet.  On cranes with booms (including jibs, masts, and leads) 200 feet and over, two (2) Operators will be required. When two (2) Operators are employed, no Oiler will be required. Boom is to be measured from the ground, to the heel, to the tip of the boom.

All derricks shall require an Apprentice Engineer or Oiler.  One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

**BOOK THREE**

**ARTICLE VIII**

**29 COUNTY CONSTRUCTION DEFINITIONS**

### Section 1 - 29 County Building Construction

Building Construction shall include office buildings, manufacturing plants, generating plants, including heating plants, refineries, warehouses, hospitals, theaters and auditoriums of all kinds, sport stadiums, race tracks, department stores, schools, churches, hotels, apartment houses, buildings accessory to public utilities, such as railroad stations, round-houses, repair shops, telephone exchanges, bus terminals and the like, post offices, courthouses and other municipal and governmental buildings of all kinds and character, and the excavations for and demolition of all of the foregoing, and snow removal during construction.

The Building Rate shall apply to all work performed on the building job site and to any temporary off-site plants servicing the building job site. Where the temporary off-site plant services more than one (1) job and majority of the work performed by the said off-site plant is for building construction work (within the definitions herein set forth) then the building rate shall apply to all work performed at the said off-site plant; however, if the majority of work performed at any such temporary off-site plant is for heavy construction or highway construction (within the definitions herein set forth) then the appropriate heavy construction or highway construction rate of pay shall be applicable.

### Section 2 - 29 County Heavy Construction

Heavy Construction shall include bridges and viaducts, airports, subways, tunnels, caverns and shafts, railroad and railways, reservoirs, dams, water supply and irrigation projects, reclamation and flood control projects, water power and hydro-electric projects, sewage disposal and filtration and water treatment plants, bulkheads and retaining walls, swimming pools, athletic fields, site work, playgrounds cross-country transmission lines, underground conduits, substations, clean-up work following a disaster, and all work connected therewith and any other construction not defined as building construction or highway construction and the excavation for and demolition required in connection with all of the foregoing and snow removal during construction.

In further connection with hydro-electric projects, the superstructure of the power plant shall be building construction. The substructure under this power plant superstructure shall be building construction unless the substructure is any part of the dam, reservoir, storage tank, or sluiceway.

### Section 3 - 29 County Highway Construction

Highway Construction shall include all roads, streets, culverts, sewers, water lines, duct lines, fiber optic cable, curbs, gutters, sidewalks, pipelines, bridges, (except steel superstructure), viaducts, (except steel superstructure), demolition and the excavation for all of the above and offsite plants operated primarily for the job by the Contractor or his or her Sub-Contractor. The Highway Agreement shall also apply to strip mining for coal.

"Contractor" where used in this Agreement, means any Contractor engaged in "Highway Construction" as defined herein.

**29 COUNTY BUILDING & HEAVY CONSTRUCTION**

## ARTICLE IX

**WAGES AND WORKING CONDITIONS**

### Section 1 - Wage Scale - 29 County Building & Heavy

All classifications and wage rates as covered by this Agreement, are set forth in the schedules attached hereto covering the appropriate type of construction and area.

### Section 2 - Overtime Rates - 29 County Building & Heavy

Overtime Pay (except Sundays which shall be paid at the double time rate), shall be computed on the basis of time and a half; provided however, that in any case when actually working directly with other trades which are allowed double time, the double time rate shall be allowed also to such Engineers and Apprentices working directly with such trades.  Holidays shall be compensated for as outlined in Article IX, Section 8.

### Section 3 - Toxic/Hazardous Waste Removal Rates - 29 County Building & Heavy

All Toxic/Hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies.

On hazardous waste removal work, **or** on a state or federally designated hazardous waste site, where the Operating Engineer is in direct contact with hazardous material and when personal protective equipment is required for respiratory, skin and eye protection, the Operating Engineer shall receive the hourly wage plus an additional twenty percent (20%) of that wage.

### Section 4 - Lead Engineer/Assistant Lead Engineer - 29 County Building & Heavy

When seven (7) or more Engineers covered by this Agreement are employed on any one (1) project by the Employer, a Lead Engineer shall be employed.

When rented equipment is used on a project with the Operator on the equipment owner's or lessee's payroll, the Operator must be counted in the total number of Engineers employed on the project towards the hiring of a Lead Engineer and Assistant Lead Engineer.

An Assistant Lead Engineer shall be employed after twenty-five (25) Employees and for each multiple of twenty-five (25).

The Lead Engineer shall, under the direction of management, supervise and assist in the operation, maintenance, and repair of all equipment coming under the jurisdiction of the Operating Engineers.

The rates of wages for a Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis for the same Employer on the same project.  The Assistant Lead Engineer, when employed, shall be paid ninety cents ($0.90) per hour above the highest rate of pay of any Engineer on a weekly basis by the Employer on the same project.

### Section 4A - Lead Engineer - Definition

The terms "Lead Engineer" and "Assistant Lead Engineer" as used in this Agreement, refer to the positions previously referred to as "Master Mechanic" and "Assistant Master Mechanic". This constitutes merely a change in name.

### Section 4B – Steward Premium Pay

An Operating Engineer designated as Steward from among those employed on the job by the Union shall receive an additional fifty cents ($.50) over his/her wage group rate classification for each hour paid when there are eight (8) or more Operating Engineers on a shift.

### Section 5 - Weekly Pay - 29 County Building & Heavy

When Employees covered by this Agreement report for starting work, they shall be entitled to work until the end of his or her job and shall not be replaced before the conclusion of their job except for just cause. If their job continues for more than five (5) days, said Employees shall be on forty hour (40) weekly guarantee basis at the weekly rate for the elapsed working days while their job lasts. If re-hired before the expiration of one (1) week they shall be compensated for time lost.

### Section 6 - Employment on a Daily Basis - 29 County Building & Heavy

Employees covered by this Agreement employed on the daily basis shall, unless notified at or before the termination of the preceding period, report for work at the regular period. If not started work within one (1) hour of the scheduled starting time, he shall be dismissed for the period and shall receive four (4) hours pay. If started to work, he shall receive eight (8) hours pay.

### Section 7 - Saturday - 29 County Building & Heavy

Employees covered by this Agreement who are required to report on Saturdays shall receive two (2) hours pay at the applicable overtime rate, and if required to start work shall receive four (4) hours at the applicable overtime rate, and if required to work more than four (4) hours shall receive eight (8) hours pay at the overtime rate.

### Section 8 - Sunday and Holiday Pay - 29 County Building & Heavy

The Holidays adopted are New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day or Days celebrated as such. Veteran's Day is a paid Holiday for the following 7 Counties; Lackawanna, Luzerne, Monroe, Pike, Susquehanna, Wayne, Wyoming. Work performed on Holidays shall be paid for at the double time rate, which includes Holiday pay. Only in case of emergency shall work be performed on Labor Day. Employees covered by this Agreement shall be paid for Holidays falling during the scheduled work week, provided such Employees worked the scheduled work day previous to the Holiday and the scheduled work day following the Holiday.

Employees covered by this Agreement reporting on the above Holidays or on Sundays shall receive twelve (12) hours pay, but if started to work shall receive sixteen (16) hours pay. If not started to work on the above mentioned days within one (1) hour of the scheduled starting time, he or she shall be dismissed for the period and receive twelve (12) hours pay at his or her regular straight time rate. Holidays falling on Saturday shall be recognized as a paid Holiday and celebrated on Friday. Holidays falling on Sunday shall be recognized as a paid Holiday and celebrated on Monday.

### Section 9 - Wage Payments - 29 County Building & Heavy

Employees covered by this Agreement shall be paid in cash or by check, with a detachable pay stub containing all pertinent information, at the option of the Local Union each week at or before quitting time on the regular payday.  The Employer shall not be permitted to retain more than three (3) days pay.  Such Employees not paid promptly on the regular pay day or when dismissed shall be paid waiting time until paid, except where the delay is for reasons beyond the Employer's control.  Such waiting time shall not exceed eight (8) hours.  Upon layoff, Employees check may be mailed if postmarked within 24 hours of layoff.

### Section 10 - Shifting Employees - 29 County Building & Heavy

Employees covered by this Agreement may be shifted only twice during a day (Example A-B-C or A-B-A).  The Employee shall receive the higher rate of pay for the day.

a) - **29 County Heavy -** In case there is a job or operation extending into two (2) zones and/or job sites, the rate of pay for the entire day shall be that of the zone and/or job sites commanding the highest wage scale.

### Section 11 - Pumps - 29 County Building

One (1) three (3) inch factory specification pump or its equivalent may be operated without an Engineer.  If more than one (1) pump of any size or larger than three (3) inches is operated on the same day by the same Employer on the same job site, an Engineer shall be required; provided however, that the operation of all pumps will remain within the jurisdiction of the Operating Engineers. Pumps not requiring an Operating Engineer will be serviced by an Apprentice or an Operating Engineer on the job.  Submersible electric pumps will be manned only during productive work hours.

### Section 11A - Pumps - 29 County Heavy

Up to a five (5) inch size pump may be operated without the services of an Operating Engineer.  A combination of eight (8) inches of total volume (gas or diesel pumps) may be operated without the services of an Operating Engineer.  Three (3) three (3) inch electric pumps up to a combination of nine (9) inches of total volume (not to exceed a five (5) inch singular pump) may be used without the services of an Operating Engineer.

Submersible electric pumps will be manned only during productive work hours. Pumps not requiring an Operating Engineer will be serviced by an Apprentice Engineer or an Operator on the job.

### Section 12 - Compressors - 29 County Building

An Operating Engineer will be required on compressors over 125 cubic feet.  With respect to compressors 125 cubic feet and under, it is hereby agreed the Employer may operate two (2) such units in all cases without the employment of an Engineer.  Whenever three (3) or more compressors are used by the Employer on any one (1) project, then an Engineer must be employed.

One (1) Engineer may operate three (3) compressors provided they are not more than 450 feet apart.

### Section 12A - Compressors - 29 County Heavy

An Operating Engineer will be required on compressors over 185 cubic feet.  With respect to compressors 185 cu. ft. and under, it is hereby agreed the Employer may operate three (3) such units in all cases without the employment of an Engineer.  Whenever four (4) or more Compressors are used by the Employer on any project, then an Engineer must be employed.

### Section 13 - Welding Equipment - 29 County Building

One (1) 300 amp or less piece of welding equipment may be operated without an Engineer. If more than one (1) piece of welding equipment of any size or larger than 300 amp is operated on the same day by the Contractor on the same job site, an Engineer shall be required.  One (1) additional Engineer shall be employed for the fourth (4th) such machine and every three (3) thereafter.

However, when one (1) compressor 125 cubic feet and under and one (1) piece of welding equipment 300 amp or less, are used on the same day by the same Contractor on the same job site, an Engineer shall be required.  One (1) additional Engineer shall be employed for the fourth (4th) such machine and every three (3) thereafter.

### Section 13A - Welding Equipment - 29 County Heavy

An Operating Engineer will be required on welding equipment larger than 300 amp.  With respect to welding equipment under 300 amp, it is hereby agreed the Employer may operate three (3) such pieces without the employment of an Operating Engineer.  Whenever four (4) or more pieces of welding equipment are used on the same day by the same Contractor on the same job site, then an Operating Engineer must be employed.  One (1) additional Operating Engineer shall be employed for the eighth (8th) such machine and every four (4) thereafter.  When any combination of welders and compressors exceeds three (3) on the same day by the same Contractor on the same job site, then an Operating Engineer shall be employed.

### Section 14 - Miscellaneous Equipment Requirements - 29 County Building

Any three (3) pieces of equipment outlined in Article I, Section 3, not requiring the services of an Engineer singularly, shall require the service of an Engineer, provided however, one (1) additional Engineer shall be employed for the fourth (4th) such machine and every three (3) thereafter.

### Section 14A - Miscellaneous Equipment Requirements - 29 County Heavy

Any five (5) pieces of equipment outlined in Article I, Section 3, not requiring the services of an Operating Engineer singularly, shall require the services of an Operating Engineer, provided however, one (1) additional Operating Engineer shall be employed for the tenth (10th) such machine and every five (5) thereafter.

### Section 15 - Single Shift Work - 29 County Building & Heavy

The work day, including Saturdays, Sundays, and Holidays, shall start at 8:00 a.m. and end at 4:30 p.m., with one-half hour for lunch, 12:00 noon to 12:30 p.m. The regular work week shall consist of eight (8) hours per day, forty (40) hours per week of five (5) consecutive days Monday through Friday inclusive, including Holidays or days celebrated as such occurring in said week.  The work day may be changed up to one (1) hour earlier or later by the Employer, and overtime hours will be adjusted accordingly.  All work performed additional to, before, or after such periods shall be called overtime and shall be paid for at the applicable overtime rate. If work shift is other than the regular work day and begins before 8:00 a.m. or terminates after 4:30 p.m., pay shall be at the applicable overtime rate.

### Section 16 - Multiple Shift Work - 29 County Building

When more than a single shift is employed, the first shift shall start at the option of the Employer, the second shift shall follow the first and the third shift shall follow the second.  All work from midnight Friday to midnight Sunday shall be at the overtime rate.  For pay purposes the shift closest to the normal day shift shall be paid for at the straight time rate and each other shift shall receive ten percent (10%) additional for each hour paid. On any shift work of less than five (5) days duration, the Union shall be notified.  There shall be a one-half hour lunch period

on each shift.   But under no circumstances shall there be more than eight (8) hours work without overtime pay or the lunch period be other than between the third and fifth hour of work.

### Section 16A - Multiple Shift Work - 29 County Heavy

When more than a single shift is employed, the first shift shall start at the option of the Employer, the second shift shall follow the first and the third shift shall follow the second.   All work from midnight Friday to midnight Sunday shall be at the overtime rate.   For pay purposes the shift closest to the normal day shift shall be paid for at the straight time rate and each other shift shall receive ten percent (10%) additional for each hour paid.   On any shift work of less than five (5) days duration, the Union shall be notified.   There shall be a one-half hour lunch period on each shift.  But under no circumstances shall there be more than eight (8) hours work without overtime pay or the lunch period be other than between the third and fifth hour of work.

### Section 17 - Safety and Element Protection - 29 County Building & Heavy

A.   Employees shall be properly protected from material and the elements.

B.  The parties have a mutual responsibility to cooperate in developing mutually satisfactory means of achieving continuing improvement in the safety conditions in the industry. Members of the Union and the Employer shall comply with all safety measures required under City, County, State, and Federal Safety Rules and Regulations.

C.  The Employer and the Union will develop and keep up to date a written safety program. This safety program will include a Joint Safety Committee which will meet regularly.   All safety equipment required by this program shall be furnished by the Employer.

### Section 18 - Winter Heat - 29 County Building & Heavy

Operators of electric, gas, diesel, or skeleton machines during winter shall be provided with heat.

### Section 19 - Minor Repair Work - 29 County Building & Heavy

Operators shall do minor repair work on the machine he or she is operating as required by the Employer provided this shall not be used for the purpose of reducing the number of Maintenance Engineers who would ordinarily be employed on the job.

Repair work done on overtime shall be paid for at the applicable overtime rate.

### Section 20 - Shovels, Cranes and Concrete Pumps - 29 County Building

All shovels and cranes, including cherry picker type cranes **eighty (80) ton and over**, and backhoes and truck mounted rigs shall require an Engineer and Apprentice Engineer, provided that crawler backhoes and crawler gradalls of **4 cubic yards and less factory rating capacity one (1) man operation truck cranes less than eighty (80) ton, shall not require an Apprentice Engineer.  All crane Operators, backhoes and truck mounted rig Operators shall be paid the Group I(A) or II(A) rate of pay as per the Agreement excluding crawler backhoes and crawler gradalls of less than one and a half (1½) cubic yard factory rating and one (1) man operation truck cranes fifteen (15) ton and less shall be paid as per Group I and Group II as per the Agreement.** Cable type machines 5/8 cubic yard and over shall require an Apprentice Engineer or Oiler.

On all machines with booms, jibs, masts, and leads 100 feet from ground up, fifty cents ($0.50) per hour additional will be paid for each increment of 25 feet over 100 feet.   On machines with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operators shall be required, no Oiler shall be required.   Seventy-five cents ($.75) per hour additional shall be paid for each increment of 25 feet over 200 feet.   Booms to be measured from the ground up.

Pippin type and other hydraulic type backhoes of **4 cubic yards and less factory rating capacity** shall not require an Apprentice Engineer.  Rigs over **4 cubic yards factory rating capacity** will require an Oiler.

**Concrete Pumps.   29 County Building & Heavy and Highway** - Provision for an Oiler/Apprentice to be waived, on concrete pumps as follows:

(a) For boom used in a stationary position.

(b) For boom type concrete truck that has **196 feet (61 meters) of boom length or less** that is involved in a **350 yard of concrete pour, or less**, per eight (8) hour work day.

1.  Should a second person be required/**needed,** the work will be assigned to an Operating Engineer as that of an Oiler/Apprentice.

2.  Should the boom not be in the sight of the Operator, then the Employer will engage an Oiler/Apprentice.

3.  **All Boom Pump Operators will be paid Wage Group I(A).**  Any time spent in excess of eight (8) hours will be paid at the applicable overtime rate.

### Section 20A - Shovels and Cranes - 29 County Heavy

A.  All shovels and cranes, including cherry picker type machinery and equipment **80 tons and over** and backhoes and truck mounted rigs shall require an Operating Engineer and an Apprentice Engineer. **All crane Operators, backhoe and truck mounted rig Operators shall be paid the Group I(A) or II(A) rate of pay as per the Agreement except where indicated in Section 20C.**

B.  It is agreed that an Apprentice Engineer will be required on the following machinery and equipment:

(1)  Crawler backhoes and crawler gradalls over **four (4) cubic yard** factory rating; and

(2)  A single person operation truck crane **80 tons and over**

(3)  Hydraulic backhoes over **four (4) cubic yard** factory rating; and

(4)  Cherry picker type machinery and equipment **80 tons and over**

C. On equipment listed in Section 20A, Paragraph B, hereof, the Employer will compensate the Operating Engineer of such equipment with Wage Group I(A) or II(A),  provided however, that Wage Group I(A) and II(A) does not apply to the following equipment:

(1)  Pippin type or other hydraulic backhoes of one (1) cubic yard or less; and

(2)  Cherry picker less than 15 ton factory rating;

(Normal maintenance will be done during the regular work day.)

Should a second person be required**/needed** on a machine, it will be within the Operating Engineers jurisdiction.

On all machines with booms, jibs, masts, and leads 100 feet from ground up, fifty cents ($0.50) per hour additional will be paid for each increment of 25 feet over 100 feet.  On machines with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operators shall be required, no Oiler shall be required.  Seventy-five cents ($.75) per hour additional shall be paid for each increment of 25 feet over 200 feet.  Boom is to be measured from the ground, to the heel, to the tip of the boom.

## Section 21 - Apprentice Engineer/Oiler - 29 County Building & Heavy

The Apprentice Engineer or Oiler shall be under the direct supervision of the Engineer to whom he or she is assigned. His or her duties at the discretion of the Employer may include, but are not limited to, cleaning, oiling, greasing, hook mats, spot trucks, change cables, change booms, signal crane or any other non-jurisdictional work directly involved with his or her piece of equipment. He or she may service his or her piece of equipment during the lunch period without premium pay, if permitted to take an equivalent period immediately before or after the scheduled lunch period.

With the exception of the lunch period, at no time can a machine requiring an Apprentice Engineer/Oiler or machines falling under Wage Group I(A) and Wage Group II(A) work or travel under own power or be repaired without a full crew. Grease truck personnel may work other than the regular shift at the shift differential rate.

All mixers under 21E with power loading skip shall be operated by an Apprentice or Oiler.

All derricks shall require an Apprentice Engineer or Oiler. One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

## Section 22 - Tower Type Cranes - 29 County Building & Heavy

All tower type cranes shall require two (2) Operating Engineers. The erecting, dismantling, jumping and jacking shall be done by the crew of Engineers and Oilers employed on a tower crane; if additional Operating Engineers are needed, they shall be hired from the Union's Referral List in accordance with the referral system under this Agreement. Crane crews must remain on the job for the duration of their individual shifts. Tower Cranes calculated from ground up and out for purpose of boom pay, **and receive the I(A) Wage Group of pay.**

## Section 23 - Conveyors - 29 County Building

One (1) building conveyor forty (40) feet or less may be operated without an Engineer; however, if conveyor is longer than forty (40) feet or more than one (1) conveyor of any size is used by the same Contractor on the same day on the same job site, an Operating Engineer shall be employed. One (1) Engineer may operate up to three (3) conveyors. At all times, the jurisdiction of conveyors will remain with the Operating Engineers. The General Contractor is responsible for compliance with this Section.

## Section 23A - Conveyors - 29 County Heavy

One (1) building conveyor may be operated without an Engineer. If more than one (1) conveyor is operated on the same day by the Employer on the same job site, an Engineer shall be required.

## Section 24 - Generators - 29 County Building

One (1) electric generator or one (1) piece of similar equipment may be operated without the use of an Engineer, provided the rating of such generator or equipment does not exceed five thousand (5,000) watts. The operation of electric generators will remain within the jurisdiction of the Operating Engineers.

## Section 24A - Generators - 29 County Heavy

Four (4) electric generators or four (4) pieces of similar equipment may be operated without the use of an Operating Engineer, provided the rating of each such generator or equipment does not exceed five thousand (5,000) watts. The operation of electric generators will remain the jurisdiction of the Operating Engineers.

### Section 25 - Space Heaters - 29 County Building

One (1) space heater of 500,000 BTU or less may be operated without an Engineer.  If more than one (1) heater **of any size** is operated on the same day by the same Contractor on the same job site, an Engineer shall be required for each multiple of five (5) such units so operated.  The operation of space heaters will remain within the jurisdiction of the Operating Engineers.

### Section 25A - Space Heaters - 29 County Heavy

Space heaters over 500,000 BTU will require the services of an Operating Engineer.  If more than one (1) heater **of any size** is operated on the same day by the same Contractor on the same job site, an Engineer will be required for each multiple of five (5) such units so operated.  The operation of space heaters will remain within the jurisdiction of the Operating Engineers.

### Section 26 - Dual-Purpose Machines - 29 County Building & Heavy

Dual-purpose machines shall carry the shovel rate of pay.  Any conflict as to what is a dual-purpose machine shall be subject to grievance and arbitration.  Dual-purpose machine means when one (1) machine plus any attachments is capable of and is operated to perform two (2) functions or more at the same time or on the same day.

### Section 27 - Outside Power - 29 County Building & Heavy

When the Employer obtains power from a permanent or temporary plant, i.e., steam, compressed air, hydraulic or other power, for the operating of any machine or automatic tools, or for the purpose of furnishing temporary heat for heating materials or to buildings under course of construction or used in the construction of new buildings, additions, alterations, or repairs thereto; Employees covered hereunder shall man and operate such permanent or temporary plant from which source of power is supplied.  In the event that the Employer is unable to arrange this, Engineers shall man all valves or other outlets or such source of power as is used by the Employer and shall be paid the rate of wages applicable to the classification of work in which he is employed subject to Article IX, Section 1.  The General Contractor will assume responsibility for manning the source of power for himself and his Sub-Contractors.  In the case of heat, regardless of source, for construction purposes, it is agreed that manning for comfort heat will be required only when men are working.  If twenty-four (24) hours, seven (7) day heat coverage is required for construction purposes, a four (4) man - six (6) hour shift schedule may be used to minimize overtime.  Overtime will be paid for all hours worked over forty (40) hours per week on the four (4) man – six (6) hour schedule only.  Manning shall be required when building is under construction but shall be discontinued when interior construction is substantially complete.

### Section 28 - Power Boats - 29 County Building & Heavy

On all power boats or water crafts used in conjunction with construction, the work performed by the Captain and Maintenance Engineer shall be assigned to Employees covered by this Agreement.

### Section 29 - Hoists and Elevators - 29 County Building

An Engineer shall be employed on all elevators or hoists (freight or passenger) where used for handling of freight, including building materials, furniture, office equipment, and all tools or equipment of any other craft, subject to Article IV, Section 1.

The General Contractor shall either furnish or require the hiring of a hoist Operator (elevator Operator) when used by the General Contractor of/by the Sub-Contractor.

**29 COUNTY BUILDING CONSTRUCTION ADDENDUM TO MASTER AGREEMENT**

**ON ALL BUILDING JOBS UP TO 5 MILLION DOLLARS**

**GENERAL CONTRACTOR BID (EXCLUDING MECHANICAL & ELECTRICAL)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.  Contractors may use highway conditions.

2.  No Oilers on all hydraulic cranes under 80 ton.

3.  No Oilers on track hoes 4 cubic yard and under.

4.  Contractors may institute a four (4) day work week of ten (10) hours per work day without incurring overtime where such work week is not prohibited by the Federal Contract Work Hours and Safety Standards Act or any other federal or state laws or regulations or job contract conditions.  In such event, time and one-half ($1^{1/2}$) will be paid for all work in excess of ten (10) hours per day and forty (40) hours per work week.  Where due to conditions on a job arising out of inclement weather, forty (40) hours have not been worked in the week (exclusive of overtime) then time worked on Friday as make-up time shall be on straight time basis.  In the event make-up time is to be worked, not less than an eight (8) hour day shall be scheduled.  Any work performed on Saturday will be paid at the applicable overtime rate.

(a)  Any Employee hired on any day of the week Monday through Thursday, and who does not lose any time from the day of his or her initial hire until Friday shall receive time and one-half ($1^{1/2}$) the regular rate of wages for Friday if the job is working more than the forty (40) hour schedule on that day, and time and one-half ($1^{1/2}$) is being paid.

(b)  Holidays occurring on any day of the week from Monday through Thursday shall be considered as a day worked.

(c)  Any Employee who on his own accord is absent from work on any day of the week from Monday through Thursday, then such Employee if he works on Friday of the week during which the absence occurs, shall be paid at straight time wages; provided however, that any work in excess of ten (10) hours on Friday shall be paid at time and one-half ($1^{1/2}$) the regular rate of wages in any event.

(d)  The Contractor shall give notice of not less than five (5) working days when reverting to eight (8) hours per day and forty (40) hours per week.

(e)  For all time worked on Sundays and those Holidays listed in the Collective Bargaining Agreement, the Employees shall be paid the rate as provided in the Agreement.

# 29 COUNTY BUILDING
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP I | Eff. Date | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $35.24 | | $36.78 | | $38.32 | | $39.87 | | $41.41 |
| H & W | 0.160 | *$6.40 | $12.04 | *$6.40 | $12.28 | *$6.40 | $12.54 | *$6.40 | $12.77 | *$6.40 | $13.03 |
| PENSION | 0.105 | | $3.70 | | $3.86 | | $4.02 | | $4.19 | | $4.35 |
| APPR. TR. | 0.010 | $0.60 | $0.95 | $0.60 | $0.97 | $0.60 | $0.98 | $0.60 | $1.00 | $0.60 | $1.01 |
| S.U.B. | 0.020 | $0.18 | $0.88 | $0.18 | $0.92 | $0.18 | $0.95 | $0.18 | $0.98 | $0.18 | $1.01 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $59.81 | $7.18 | $61.81 | $7.18 | $63.81 | $7.18 | $65.81 | $7.18 | $67.81 |

Machines Doing Hook Work
Any Machine Handling Machinery
Cable Spinning Machines
Helicopters
All Types Of Cranes
Cableways
Spider/Mini Crane

Boom Trucks
Drag Lines
Derricks
All Types Of Overhead Cranes
High Rail/Burro Crane
Rail Loader (Winch Boom Type)

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP I(A) | Eff. Date | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $37.49 | | $39.03 | | $40.57 | | $42.12 | | $43.66 |
| H & W | 0.160 | *$6.40 | $12.39 | *$6.40 | $12.64 | *$6.40 | $12.89 | *$6.40 | $13.14 | *$6.40 | $13.39 |
| PENSION | 0.105 | | $3.94 | | $4.10 | | $4.26 | | $4.42 | | $4.58 |
| APPR. TR. | 0.010 | $0.60 | $0.97 | $0.60 | $0.99 | $0.60 | $1.01 | $0.60 | $1.02 | $0.60 | $1.04 |
| S.U.B. | 0.020 | $0.18 | $0.93 | $0.18 | $0.96 | $0.18 | $0.99 | $0.18 | $1.02 | $0.18 | $1.05 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $62.72 | $7.18 | $64.72 | $7.18 | $66.72 | $7.18 | $68.72 | $7.18 | $70.72 |

Machines Doing Hook Work
Any Machine Handling Machinery
All Types Of Cranes
Rail Loader (Winch Boom Type)
High Rail/Burro Crane
Concrete Pumps

Tower Cranes
Cableways
Drag Lines
Derricks
All Types Of Overhead Cranes

**Single Person Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group I(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 29 COUNTY BUILDING
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP II Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $34.96 | | $36.50 | | $38.05 | | $39.59 | | $41.13 |
| H & W | 0.160 | *$6.40 | $12.00 | *$6.40 | $12.26 | *$6.40 | $12.49 | *$6.40 | $12.73 | *$6.40 | $12.99 |
| PENSION | 0.105 | | $3.67 | | $3.83 | | $3.99 | | $4.16 | | $4.32 |
| APPR. TR. | 0.010 | $0.60 | $0.95 | $0.60 | $0.96 | $0.60 | $0.98 | $0.60 | $1.00 | $0.60 | $1.01 |
| S.U.B. | 0.020 | $0.18 | $0.86 | $0.18 | $0.89 | $0.18 | $0.93 | $0.18 | $0.96 | $0.18 | $0.99 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $59.44 | $7.18 | $61.44 | $7.18 | $63.44 | $7.18 | $65.44 | $7.18 | $67.44 |

Keystones
All Types Of Shovels
All Types Of Backhoes
Trench Shovels
Trenching Machines
Hoists With Two Towers
All Pavers
  (Blacktop And Concrete)
Building Hoists (Double Drum)
Gradalls
Mucking Machines In Tunnel
All Front-End Loaders
Tandem Scrapers
Pippin Type Backhoes
Hydro Ax
Boat Captains
Milling Machines
Hydro Vac Truck/Excavator

Batch Plant Operators
  (Concrete)
Bobcat Type (All Attachments)
All Autograde And Concrete
Finishing Machines
(Excluding Trowel Machines)
Drills, Self-Contained
  Rotary Drills
Forklifts (20 Feet And Over)
Bundle Puller Extractors
  (Tubular Type)
Scrapers And Tournapulls
Spreaders
Tree Spade
Bulldozers And Tractors
Vermeer Saw
Side Boom
Mechanic - Welders

Rollers (High Grade
  Finishing)
Chipper With Boom
Motor Patrols
Concrete Breaking
  Machines
Concrete Pumps
Fine Grade Machines
Grease Trucks
Directional Boring
  Machines
Production Switch Tamper
Ballast Regulators
Tie Replacer
Rail/Road Loader
Power Jack Liner
Crushers

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP II(A) Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $37.21 | | $38.75 | | $40.30 | | $41.84 | | $43.38 |
| H & W | 0.160 | *$6.40 | $12.35 | *$6.40 | $12.60 | *$6.40 | $12.84 | *$6.40 | $13.09 | *$6.40 | $13.35 |
| PENSION | 0.105 | | $3.91 | | $4.07 | | $4.23 | | $4.39 | | $4.55 |
| APPR. TR. | 0.010 | $0.60 | $0.97 | $0.60 | $0.99 | $0.60 | $1.00 | $0.60 | $1.02 | $0.60 | $1.03 |
| S.U.B. | 0.020 | $0.18 | $0.92 | $0.18 | $0.95 | $0.18 | $0.99 | $0.18 | $1.02 | $0.18 | $1.05 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $62.36 | $7.18 | $64.36 | $7.18 | $66.36 | $7.18 | $68.36 | $7.18 | $70.36 |

**Crawler Backhoes And Crawler Gradalls Over One (1) Cubic Yard Factory Rating And Hydraulic Backhoes Over One (1) Cubic Yard Factory Rating And Equipment 15 Ton And Over Factory Rating Etc.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group II(A) Including Concrete Pumps.**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**29 COUNTY BUILDING**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP III Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $32.23 | | $33.78 | | $35.32 | | $36.86 | | $38.41 |
| H & W | 0.160 | *$6.40 | $11.57 | *$6.40 | $11.80 | *$6.40 | $12.06 | *$6.40 | $12.31 | *$6.40 | $12.56 |
| PENSION | 0.105 | | $3.38 | | $3.55 | | $3.71 | | $3.87 | | $4.03 |
| APPR. TR. | 0.010 | $0.60 | $0.92 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 | $0.60 | $0.98 |
| S.U.B. | 0.020 | $0.18 | $0.81 | $0.18 | $0.84 | $0.18 | $0.87 | $0.18 | $0.90 | $0.18 | $0.93 |
| ANNUITY | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $55.91 | $7.18 | $57.91 | $7.18 | $59.91 | $7.18 | $61.91 | $7.18 | $63.91 |

| | |
|---|---|
| Conveyors | Core Drill Operator |
| Building Hoists (Single Drum) | Second Class Drill, Self-Contained Rotary Drills |
| High Or Low Pressure Boilers | Forklift Trucks (Under 20 Feet Lift) |
| Well Drillers | Stump Grinders |
| Asphalt Plant Engineers | Miscellaneous Equipment Operator |
| Ditch Witch Type Trenchers | Tireman (For Power Equipment) |
| High Pressure Pumps | |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP IV Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $31.09 | | $32.63 | | $34.17 | | $35.73 | | $37.26 |
| H & W | 0.160 | *$6.40 | $11.38 | *$6.40 | $11.62 | *$6.40 | $11.88 | *$6.40 | $12.11 | *$6.40 | $12.38 |
| PENSION | 0.105 | | $3.26 | | $3.43 | | $3.59 | | $3.75 | | $3.91 |
| APPR. TR. | 0.010 | $0.60 | $0.91 | $0.60 | $0.93 | $0.60 | $0.94 | $0.60 | $0.96 | $0.60 | $0.97 |
| S.U.B. | 0.020 | $0.18 | $0.80 | $0.18 | $0.83 | $0.18 | $0.86 | $0.18 | $0.89 | $0.18 | $0.92 |
| ANNUITY | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $54.44 | $7.18 | $56.44 | $7.18 | $58.44 | $7.18 | $60.44 | $7.18 | $62.44 |

| | |
|---|---|
| Welding Machines | Concrete Breaking Machines (Guillotine Type) |
| Well Points | Rollers |
| Compressors | Seaman Pulverizing Mixer |
| Pumps | Grout Pump |
| Heaters | Power Broom |
| Farm Tractors | Forced Air Propane Heater |
| Form Line Graders | Seeding Spreader |
| Road Finishing Machines | Silt Sock (Truck or Truck Mounted) |
| Articulated End/Rear Dump | |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**29 COUNTY BUILDING**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP V Eff. Date | | 05/01/17 | Surcharge 17 | 05/01/18 | Surcharge 18 | 05/01/19 | Surcharge 19 | 05/01/20 | Surcharge 20 | 05/01/21 | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $30.64 | | $32.18 | | $33.73 | | $35.28 | | $36.82 |
| H & W | 0.160 | *$6.40 | $11.30 | *$6.40 | $11.56 | *$6.40 | $11.80 | *$6.40 | $12.04 | *$6.40 | $12.28 |
| PENSION | 0.105 | | $3.22 | | $3.38 | | $3.54 | | $3.70 | | $3.87 |
| APPR. TR. | 0.010 | $0.60 | $0.91 | $0.60 | $0.92 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 |
| S.U.B. | 0.020 | $0.18 | $0.79 | $0.18 | $0.82 | $0.18 | $0.85 | $0.18 | $0.89 | $0.18 | $0.92 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $53.86 | $7.18 | $55.86 | $7.18 | $57.86 | $7.18 | $59.86 | $7.18 | $61.86 |

Fireman

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP VI Eff. Date | | 05/01/17 | Surcharge 17 | 05/01/18 | Surcharge 18 | 05/01/19 | Surcharge 19 | 05/01/20 | Surcharge 20 | 05/01/21 | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $29.77 | | $31.31 | | $32.86 | | $34.40 | | $35.95 |
| H & W | 0.160 | *$6.40 | $11.15 | *$6.40 | $11.41 | *$6.40 | $11.65 | *$6.40 | $11.91 | *$6.40 | $12.15 |
| PENSION | 0.105 | | $3.13 | | $3.29 | | $3.45 | | $3.61 | | $3.77 |
| APPR. TR. | 0.010 | $0.60 | $0.90 | $0.60 | $0.91 | $0.60 | $0.93 | $0.60 | $0.94 | $0.60 | $0.96 |
| S.U.B. | 0.020 | $0.18 | $0.77 | $0.18 | $0.80 | $0.18 | $0.83 | $0.18 | $0.86 | $0.18 | $0.89 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $52.72 | $7.18 | $54.72 | $7.18 | $56.72 | $7.18 | $58.72 | $7.18 | $60.72 |

Oilers and Deck Hands (Personnel Boats)      Core Drill Helper 2nd Class
Hydro Vac Helper

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

* Dingo Type Machinery/Walk Behind Equipment to be paid at 4th Year Apprentice Rate

# 29 COUNTY BUILDING
## OPERATING ENGINEERS - LOCAL 542

---

**WAGE GROUP VII(A) Eff. Date  05/01/17          05/01/18          05/01/19          05/01/20          05/01/21**
**TOXIC/HAZARDOUS WASTE REMOVAL**

| | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $42.44 | | $44.29 | | $46.15 | | $48.00 | | $49.86 |
| H & W | 0.160 | *$7.68 | $14.47 | *$7.68 | $14.77 | *$7.68 | $15.06 | *$7.68 | $15.36 | *$7.68 | $15.65 |
| PENSION | 0.105 | | $4.46 | | $4.65 | | $4.85 | | $5.04 | | $5.23 |
| APPR. TR. | 0.010 | $0.72 | $1.14 | $0.72 | $1.16 | $0.72 | $1.18 | $0.72 | $1.20 | $0.72 | $1.22 |
| S.U.B. | 0.020 | $0.22 | $1.06 | $0.22 | $1.10 | $0.22 | $1.13 | $0.22 | $1.17 | $0.22 | $1.21 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $8.62 | $70.57 | $8.62 | $72.97 | $8.62 | $75.37 | $8.62 | $77.77 | $8.62 | $80.17 |

| | | |
|---|---|---|
| Machines Doing Hook Work | All Types Of Cranes | All Types Of Overhead Cranes |
| Any Machine Handling Machinery | Cableways | High Rail/Burro Crane |
| Cable Spinning Machines | Drag Lines | Rail Loader (Winch Boom Type) |
| Helicopters | Derricks | |

**Machines similar to above including remote, robotic, or laser control equipment**

---

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

---

**WAGE GROUP VII(B) Eff. Date  05/01/17          05/01/18          05/01/19          05/01/20          05/01/21**
**TOXIC/HAZARDOUS WASTE REMOVAL**

| | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $42.09 | | $43.95 | | $45.80 | | $47.65 | | $49.51 |
| H & W | 0.160 | *$7.68 | $14.42 | *$7.68 | $14.71 | *$7.68 | $15.00 | *$7.68 | $15.31 | *$7.68 | $15.59 |
| PENSION | 0.105 | | $4.42 | | $4.61 | | $4.81 | | $5.00 | | $5.20 |
| APPR. TR. | 0.010 | $0.72 | $1.14 | $0.72 | $1.16 | $0.72 | $1.18 | $0.72 | $1.20 | $0.72 | $1.22 |
| S.U.B. | 0.020 | $0.22 | $1.05 | $0.22 | $1.09 | $0.22 | $1.13 | $0.22 | $1.16 | $0.22 | $1.20 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $8.62 | $70.12 | $8.62 | $72.52 | $8.62 | $74.92 | $8.62 | $77.32 | $8.62 | $79.72 |

| | | |
|---|---|---|
| Keystones | Scrapers And Tournapulls | Hydro Ax |
| All Types Of Shovels | Spreaders | Boat Captains |
| All Types Of Backhoes | Tree Spade | Chipper With Boom |
| Trench Shovels | Bulldozers And Tractors | Motor Patrols |
| Trenching Machines | Side Boom | Concrete Breaking Machines |
| Hoists With Two Towers | Rollers | Milling Machines |
| All Pavers (Blacktop And | (High Grade Finishing) | Fine Grade Machines |
| Concrete) | Vermeer Saw | Concrete Pumps |
| All Autograde And Concrete | Mechanic - Welders | Grease Trucks |
| Finishing Machines | Building Hoists | Bobcat Type |
| (Excluding Trowel Machines) | (Double Drum) | (All Attachments) |
| Batch Plant Operators | Gradalls | Power Jack Liner |
| (Concrete) | Mucking Machines In Tunnel | Tie Replacer |
| Drills, Self-Contained Rotary | All Front-End Loaders | Rail/Road Loader |
| Drills | Tandem Scrapers | Production Switch Tamper |
| Forklifts (20 Feet And Over) | Directional Boring Machines | Ballast Regulators |
| Bundle Puller Extractors | Pippin Type Backhoes | |
| (Tubular Type) | | |

**Machines similar to above including remote, robotic, or laser control equipment**

---

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

---

## 29 COUNTY BUILDING
## OPERATING ENGINEERS – LOCAL 542

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### FOURTH YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $28.17 | | $28.57 | | $29.33 | | $30.11 | | $30.88 |
| H & W | 0.160 | *$6.40 | $10.92 | *$6.40 | $10.96 | *$6.40 | $11.10 | *$6.40 | $11.22 | *$6.40 | $11.34 |
| PENSION | 0.105 | | $2.96 | | $3.00 | | $3.08 | | $3.16 | | $3.24 |
| APPR. TR. | 0.010 | $0.60 | $0.88 | $0.60 | $0.89 | $0.60 | $0.89 | $0.60 | $0.90 | $0.60 | $0.91 |
| S.U.B. | 0.020 | $0.18 | $0.74 | $0.18 | $0.75 | $0.18 | $0.77 | $0.18 | $0.78 | $0.18 | $0.80 |
| ANNUITY | | | $5.50 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $50.17 | $7.18 | $51.17 | $7.18 | $52.17 | $7.18 | $53.17 | $7.18 | $54.17 |

\* Dingo Type Machinery/Walk Behind Equipment to be paid at 4th Year Apprentice Rate

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### THIRD YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $27.49 | | $27.87 | | $28.65 | | $29.42 | | $30.19 |
| H & W | 0.160 | *$6.40 | $10.80 | *$6.40 | $10.86 | *$6.40 | $10.98 | *$6.40 | $11.11 | *$6.40 | $11.24 |
| PENSION | 0.105 | | $2.89 | | $2.93 | | $3.01 | | $3.09 | | $3.17 |
| APPR. TR. | 0.010 | $0.60 | $0.87 | $0.60 | $0.88 | $0.60 | $0.89 | $0.60 | $0.89 | $0.60 | $0.90 |
| S.U.B. | 0.020 | $0.18 | $0.73 | $0.18 | $0.74 | $0.18 | $0.75 | $0.18 | $0.77 | $0.18 | $0.78 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $48.28 | $7.18 | $49.28 | $7.18 | $50.28 | $7.18 | $51.28 | $7.18 | $52.28 |

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SECOND YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $26.01 | | $26.40 | | $27.17 | | $27.95 | | $28.72 |
| H & W | 0.160 | *$6.40 | $10.57 | *$6.40 | $10.63 | *$6.40 | $10.76 | *$6.40 | $10.87 | *$6.40 | $10.99 |
| PENSION | 0.105 | | $2.73 | | $2.77 | | $2.85 | | $2.93 | | $3.02 |
| APPR. TR. | 0.010 | $0.60 | $0.86 | $0.60 | $0.86 | $0.60 | $0.87 | $0.60 | $0.88 | $0.60 | $0.89 |
| S.U.B. | 0.020 | $0.18 | $0.69 | $0.18 | $0.70 | $0.18 | $0.71 | $0.18 | $0.73 | $0.18 | $0.74 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $46.36 | $7.18 | $47.36 | $7.18 | $48.36 | $7.18 | $49.36 | $7.18 | $50.36 |

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### FIRST YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $24.56 | | $24.94 | | $25.71 | | $26.48 | | $27.26 |
| H & W | 0.160 | *$6.40 | $10.33 | *$6.40 | $10.40 | *$6.40 | $10.52 | *$6.40 | $10.66 | *$6.40 | $10.77 |
| PENSION | 0.105 | | $2.58 | | $2.62 | | $2.70 | | $2.78 | | $2.86 |
| APPR. TR. | 0.010 | $0.60 | $0.85 | $0.60 | $0.85 | $0.60 | $0.86 | $0.60 | $0.86 | $0.60 | $0.87 |
| S.U.B. | 0.020 | $0.18 | $0.66 | $0.18 | $0.67 | $0.18 | $0.69 | $0.18 | $0.70 | $0.18 | $0.72 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $44.48 | $7.18 | $45.48 | $7.18 | $46.48 | $7.18 | $47.48 | $7.18 | $48.48 |

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**29 COUNTY BUILDING CONSTRUCTION**

## LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS

The rates of wages for a Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis for the same Employer on the same project. The Assistant Lead Engineer, when employed, shall be paid ninety cents ($0.90) per hour above the highest wage of pay of any Engineer on a weekly basis by the Employer on the same project.

All mixers under 21E with power loading skip shall be operated by an Apprentice Engineer or Oiler.

On all machines with booms, jibs, masts, and leads 100 feet from ground up, fifty cents ($0.50) per hour additional will be paid for each increment of 25 feet over 100 feet. On cranes with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operators shall be required, no Oilers will be required, with seventy-five cents ($0.75) in increments of 25 feet. Boom is to be measured from the ground, to the heel, to the tip of the boom.

Tower cranes calculated from ground up and out for purpose of boom pay.

All derricks shall require an Apprentice Engineer or Oiler. One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

## HAZARDOUS WASTE

All Toxic/Hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies.

On hazardous waste removal work, **or** on a state or federally designated hazardous waste site, where the Operating Engineer is in direct contact with hazardous material and when personal protective equipment is required for respiratory, skin and eye protection, the Operating Engineer shall receive the hourly wage plus an additional twenty percent (20%) of that wage. Fringe benefits will be paid at the contractual hourly wage.

## 29 COUNTY HEAVY CONSTRUCTION
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP I Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $33.80 | | $35.35 | | $36.90 | | $38.44 | | $39.98 |
| H & W | 0.160 | *$6.40 | $11.82 | *$6.40 | $12.07 | *$6.40 | $12.31 | *$6.40 | $12.56 | *$6.40 | $12.81 |
| PENSION | 0.105 | | $3.55 | | $3.71 | | $3.87 | | $4.04 | | $4.20 |
| APPR. TR. | 0.010 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 | $0.60 | $0.98 | $0.60 | $1.00 |
| S.U.B. | 0.020 | $0.18 | $0.85 | $0.18 | $0.88 | $0.18 | $0.91 | $0.18 | $0.94 | $0.18 | $0.97 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $57.96 | $7.18 | $59.96 | $7.18 | $61.96 | $7.18 | $63.96 | $7.18 | $65.96 |

| Machines Doing Hook Work | Cableways |
|---|---|
| Any Machine Handling Machinery | Drag Lines |
| Cable Spinning Machines | Derricks |
| Helicopters | High Rail/Burro Crane |
| All Types Of Cranes | Rail Loader (Winch Boom Type) |
| Spider/Mini Crane | Boom Trucks |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP I(A) Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $36.05 | | $37.60 | | $39.14 | | $40.69 | | $42.24 |
| H & W | 0.160 | *$6.40 | $12.17 | *$6.40 | $12.41 | *$6.40 | $12.67 | *$6.40 | $12.91 | *$6.40 | $13.16 |
| PENSION | 0.105 | | $3.79 | | $3.95 | | $4.11 | | $4.27 | | $4.43 |
| APPR. TR. | 0.010 | $0.60 | $0.96 | $0.60 | $0.98 | $0.60 | $0.99 | $0.60 | $1.01 | $0.60 | $1.02 |
| S.U.B. | 0.020 | $0.18 | $0.90 | $0.18 | $0.93 | $0.18 | $0.96 | $0.18 | $0.99 | $0.18 | $1.02 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $60.87 | $7.18 | $62.87 | $7.18 | $64.87 | $7.18 | $66.87 | $7.18 | $68.87 |

| Machines Doing Hook Work | Cableways |
|---|---|
| Any Machine Handling Machinery | Drag Lines |
| All Types Of Cranes | Derricks |
| High Rail/Burro Crane | Rail Loader (Winch Boom Type) |

**Single Person Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group I(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 29 COUNTY HEAVY CONSTRUCTION
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP II | Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
| HOURLY RATE | | | $33.52 | | $35.07 | | $36.61 | | $38.16 | | $39.70 |
| H & W | 0.160 | *$6.40 | $11.76 | *$6.40 | $12.01 | *$6.40 | $12.26 | *$6.40 | $12.50 | *$6.40 | $12.75 |
| PENSION | 0.105 | | $3.52 | | $3.68 | | $3.84 | | $4.01 | | $4.17 |
| APPR. TR. | 0.010 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 | $0.60 | $0.98 | $0.60 | $1.00 |
| S.U.B. | 0.020 | $0.18 | $0.85 | $0.18 | $0.88 | $0.18 | $0.91 | $0.18 | $0.94 | $0.18 | $0.97 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $57.59 | $7.18 | $59.59 | $7.18 | $61.59 | $7.18 | $63.59 | $7.18 | $65.59 |

Keystones
All Types Of Shovels
All Types Of Backhoes
Trench Shovels
Trenching Machines
Hoists With Two Towers
All Pavers (Blacktop And Concrete)
All Types Of Overhead Cranes
Building Hoists (Double Drum)
Concrete Breaking Machines
Gradalls
All Autograde And Concrete
 Finishing Machines
Mucking Machines In Tunnel
All Front-End Loaders
Bundle Puller Extractors (Tubular)
Tandem Scrapers
Pippin Type Backhoes
Rollers (High Grade Finishing)
Boat Captains
Mechanic-Welder
Batch Plant Operators (Concrete)
Crushers

Motor Patrols
Drills, Self-Contained Rotary Drills
Concrete Pumps
Forklifts (20 Feet And Over)
Grease Truck
Scrapers And Tournapulls
Side Boom
Spreaders
Bobcat Type (All Attachments)
Bulldozers And Tractors
Vermeer Saw
Boring Machines Including
 Directional Boring Machines
Tree Spade
Hydro Ax
Chipper With Boom
Production Switch Tamper
Ballast Regulators
Tie Replacer
Rail/Road Loader
Power Jack Liner
Hydro Vac Truck/Excavator

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 29 COUNTY HEAVY CONSTRUCTION
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP II(A) | Eff. Date | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $35.78 | | $37.32 | | $38.87 | | $40.41 | | $41.95 |
| H & W | 0.160 | *$6.40 | $12.11 | *$6.40 | $12.37 | *$6.40 | $12.61 | *$6.40 | $12.87 | *$6.40 | $13.11 |
| PENSION | 0.105 | | $3.76 | | $3.92 | | $4.08 | | $4.24 | | $4.41 |
| APPR. TR. | 0.010 | $0.60 | $0.96 | $0.60 | $0.97 | $0.60 | $0.99 | $0.60 | $1.00 | $0.60 | $1.02 |
| S.U.B. | 0.020 | $0.18 | $0.90 | $0.18 | $0.93 | $0.18 | $0.96 | $0.18 | $0.99 | $0.18 | $1.02 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $60.51 | $7.18 | $62.51 | $7.18 | $64.51 | $7.18 | $66.51 | $7.18 | $68.51 |

**Single Person Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc. Cranes Doing Hook Work Will Be Paid Wage Group I(A).**

**Crawler Backhoes And Crawler Gradalls Over One (1) Cubic Yard Factory Rating And Hydraulic Backhoes Over One (1) Cubic Yard Factory Rating.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group II(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

---

\*Surcharge
\*\*Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

---

| WAGE GROUP III | Eff. Date | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $30.60 | | $32.15 | | $33.69 | | $35.23 | | $36.78 |
| H & W | 0.160 | *$6.40 | $11.32 | *$6.40 | $11.56 | *$6.40 | $11.80 | *$6.40 | $12.06 | *$6.40 | $12.30 |
| PENSION | 0.105 | | $3.21 | | $3.38 | | $3.54 | | $3.70 | | $3.86 |
| APPR. TR. | 0.010 | $0.60 | $0.91 | $0.60 | $0.92 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 |
| S.U.B. | 0.020 | $0.18 | $0.77 | $0.18 | $0.80 | $0.18 | $0.84 | $0.18 | $0.87 | $0.18 | $0.90 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $53.81 | $7.18 | $55.81 | $7.18 | $57.81 | $7.18 | $59.81 | $7.18 | $61.81 |

Conveyors
Building Hoists (Single Drum)
High Or Low Pressure Boilers
Well Drillers
Asphalt Plant Engineers
Ditch Witch Type Trenchers
Core Drill Operator

Forklift Trucks (Under 20 Feet Lift)
Second Class Driller
Self-Contained Rotary Drills
Fine Grade Machines
Stump Grinder
Tireman (For Power Equipment)
High Pressure Pumps

**Machines similar to above including remote, robotic, or laser control equipment**

---

\*Surcharge
\*\*Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

---

**29 COUNTY HEAVY CONSTRUCTION**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP IV Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $29.47 | | $31.01 | | $32.55 | | $34.10 | | $35.64 |
| H & W | 0.160 | *$6.40 | $11.13 | *$6.40 | $11.36 | *$6.40 | $11.61 | *$6.40 | $11.86 | *$6.40 | $12.11 |
| PENSION | 0.105 | | $3.09 | | $3.26 | | $3.42 | | $3.58 | | $3.74 |
| APPR. TR. | 0.010 | $0.60 | $0.89 | $0.60 | $0.91 | $0.60 | $0.93 | $0.60 | $0.94 | $0.60 | $0.96 |
| S.U.B. | 0.020 | $0.18 | $0.76 | $0.18 | $0.80 | $0.18 | $0.83 | $0.18 | $0.86 | $0.18 | $0.89 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $52.34 | $7.18 | $54.34 | $7.18 | $56.34 | $7.18 | $58.34 | $7.18 | $60.34 |

Welding Machines
Well Points
Compressors
Pumps
Heaters
Farm Tractors
Form Line Graders
Silt Sock (Truck or Truck Mounted)
Road Finishing Machines
Concrete Breaking Machines (Guillotine Type)
Rollers
Seaman Pulverizing Mixer
Power Broom
Miscellaneous Equipment Operator
Seeding Spreader

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP V Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $29.02 | | $30.56 | | $32.11 | | $33.65 | | $35.20 |
| H & W | 0.160 | *$6.40 | $11.04 | *$6.40 | $11.29 | *$6.40 | $11.54 | *$6.40 | $11.79 | *$6.40 | $12.03 |
| PENSION | 0.105 | | $3.05 | | $3.21 | | $3.37 | | $3.53 | | $3.70 |
| APPR. TR. | 0.010 | $0.60 | $0.89 | $0.60 | $0.91 | $0.60 | $0.92 | $0.60 | $0.94 | $0.60 | $0.95 |
| S.U.B. | 0.020 | $0.18 | $0.76 | $0.18 | $0.79 | $0.18 | $0.82 | $0.18 | $0.85 | $0.18 | $0.88 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $51.76 | $7.18 | $53.76 | $7.18 | $55.76 | $7.18 | $57.76 | $7.18 | $59.76 |

Fireman

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP VI Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $28.14 | | $29.68 | | $31.22 | | $32.78 | | $34.31 |
| H & W | 0.160 | *$6.40 | $10.92 | *$6.40 | $11.16 | *$6.40 | $11.42 | *$6.40 | $11.64 | *$6.40 | $11.91 |
| PENSION | 0.105 | | $2.95 | | $3.12 | | $3.28 | | $3.44 | | $3.60 |
| APPR. TR. | 0.010 | $0.60 | $0.88 | $0.60 | $0.90 | $0.60 | $0.91 | $0.60 | $0.93 | $0.60 | $0.94 |
| S.U.B. | 0.020 | $0.18 | $0.73 | $0.18 | $0.76 | $0.18 | $0.79 | $0.18 | $0.83 | $0.18 | $0.86 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $50.62 | $7.18 | $52.62 | $7.18 | $54.62 | $7.18 | $56.62 | $7.18 | $58.62 |

Oilers and Deck Hands (Personnel Boats)
Hydro Vac Helper
Core Drill Helper 2nd Class

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

* Dingo Type Machinery/Walk Behind Equipment to be paid at 4th Year Apprentice Rate
* Articulated End Dump/Rear Dump to be paid at the 4th Year Apprentice Rate

## 29 COUNTY HEAVY CONSTRUCTION
## OPERATING ENGINEERS - LOCAL 542

**WAGE GROUP VII(A) Eff. Date 05/01/17          05/01/18          05/01/19          05/01/20          05/01/21**
**TOXIC/HAZARDOUS WASTE REMOVAL**

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $40.73 | | $42.58 | | $44.43 | | $46.28 | | $48.14 |
| H & W | 0.160 | *$7.68 | $14.19 | *$7.68 | $14.49 | *$7.68 | $14.79 | *$7.68 | $15.09 | *$7.68 | $15.39 |
| PENSION | 0.105 | | $4.28 | | $4.47 | | $4.67 | | $4.86 | | $5.05 |
| APPR. TR. | 0.010 | $0.72 | $1.13 | $0.72 | $1.15 | $0.72 | $1.16 | $0.72 | $1.18 | $0.72 | $1.20 |
| S.U.B. | 0.020 | $0.22 | $1.03 | $0.22 | $1.07 | $0.22 | $1.11 | $0.22 | $1.15 | $0.22 | $1.18 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $8.62 | $68.36 | $8.62 | $70.76 | $8.62 | $73.16 | $8.62 | $75.56 | $8.62 | $77.96 |

| | |
|---|---|
| Machines Doing Hook Work | Cableways |
| Any Machine Handling Machinery | Drag Lines |
| Cable Spinning Machines | Derricks |
| Helicopters | High Rail/Burro Crane |
| All Types Of Cranes | Rail Loader (Winch Boom Type) |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**WAGE GROUP VII(B) Eff. Date 05/01/17          05/01/18          05/01/19          05/01/20          05/01/21**
**TOXIC/HAZARDOUS WASTE REMOVAL**

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $40.38 | | $42.23 | | $44.09 | | $45.94 | | $47.79 |
| H & W | 0.160 | *$7.68 | $14.14 | *$7.68 | $14.45 | *$7.68 | $14.73 | *$7.68 | $15.03 | *$7.68 | $15.32 |
| PENSION | 0.105 | | $4.24 | | $4.43 | | $4.63 | | $4.82 | | $5.02 |
| APPR. TR. | 0.010 | $0.72 | $1.12 | $0.72 | $1.14 | $0.72 | $1.16 | $0.72 | $1.18 | $0.72 | $1.20 |
| S.U.B. | 0.020 | $0.22 | $1.03 | $0.22 | $1.06 | $0.22 | $1.10 | $0.22 | $1.14 | $0.22 | $1.18 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $8.62 | $67.91 | $8.62 | $70.31 | $8.62 | $72.71 | $8.62 | $75.11 | $8.62 | $77.51 |

| | | |
|---|---|---|
| Keystones | Hydro Ax | Rollers |
| All Types Of Shovels | Boat Captains | (High Grade Finishing) |
| All Types Of Backhoes | All Autograde & Concrete | Vermeer Saw |
| Trench Shovels |  Finishing Machines | Mechanic - Welders |
| Trenching Machines | (Excluding Trowel Machines) | Chipper With Boom |
| Hoists With Two Towers | Batch Plant Operators | Motor Patrols |
| All Pavers | (Concrete) | Concrete Breaking |
| (Blacktop and Concrete) | Drills, Self-Contained |  Machines |
| All Types Of Overhead Cranes |  Rotary Drills | Concrete Pumps |
| Building Hoists (Double Drum) | Forklifts (20 Feet And Over) | Grease Trucks |
| Gradalls | Bundle Puller Extractors | Bobcat Type |
| Mucking Machines In Tunnel | (Tubular Type) | (All Attachments) |
| All Front-End Loaders | Scrapers And Tournapulls | Production Switch Tamper |
| Tandem Scrapers | Spreaders | Ballast Regulators |
| Boring Machines Including | Tree Spade | Tie Replacer |
|  Directional Boring Machines | Bulldozers And Tractors | Rail/Road Loader |
| Pippin Type Backhoes | Side Boom | Power Jack Liner |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 29 COUNTY HEAVY CONSTRUCTION
## OPERATING ENGINEERS – LOCAL 542

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### FOURTH YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $26.56 | | $26.94 | | $27.72 | | $28.49 | $29.26 |
| H & W | 0.160 | *$6.40 | $10.64 | *$6.40 | $10.71 | *$6.40 | $10.83 | *$6.40 | $10.96 | *$6.40 | $11.08 |
| PENSION | 0.105 | | $2.79 | | $2.83 | | $2.91 | | $2.99 | | $3.07 |
| APPR. TR. | 0.010 | $0.60 | $0.87 | $0.60 | $0.87 | $0.60 | $0.88 | $0.60 | $0.88 | $0.60 | $0.89 |
| S.U.B. | 0.020 | $0.18 | $0.71 | $0.18 | $0.72 | $0.18 | $0.73 | $0.18 | $0.75 | $0.18 | $0.77 |
| ANNUITY | | | $5.50 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $48.07 | $7.18 | $49.07 | $7.18 | $50.07 | $7.18 | $51.07 | $7.18 | $52.07 |

\* Dingo Type Machinery/Walk Behind Equipment to be paid at 4th Year Apprentice Rate
\* Articulated End Dump/Rear Dump to be paid at 4th Year Apprentice Rate

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### THIRD YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $25.87 | | $26.26 | | $27.02 | | $27.80 | | $28.57 |
| H & W | 0.160 | *$6.40 | $10.53 | *$6.40 | $10.59 | *$6.40 | $10.73 | *$6.40 | $10.84 | *$6.40 | $10.97 |
| PENSION | 0.105 | | $2.72 | | $2.76 | | $2.84 | | $2.92 | | $3.00 |
| APPR. TR. | 0.010 | $0.60 | $0.86 | $0.60 | $0.86 | $0.60 | $0.87 | $0.60 | $0.88 | $0.60 | $0.89 |
| S.U.B. | 0.020 | $0.18 | $0.70 | $0.18 | $0.71 | $0.18 | $0.72 | $0.18 | $0.74 | $0.18 | $0.75 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $46.18 | $7.18 | $47.18 | $7.18 | $48.18 | $7.18 | $49.18 | $7.18 | $50.18 |

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### SECOND YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $24.39 | | $24.78 | | $25.55 | | $26.32 | | $27.10 |
| H & W | 0.160 | *$6.40 | $10.31 | *$6.40 | $10.36 | *$6.40 | $10.49 | *$6.40 | $10.62 | *$6.40 | $10.73 |
| PENSION | 0.105 | | $2.56 | | $2.60 | | $2.68 | | $2.76 | | $2.85 |
| APPR. TR. | 0.010 | $0.60 | $0.84 | $0.60 | $0.85 | $0.60 | $0.86 | $0.60 | $0.86 | $0.60 | $0.87 |
| S.U.B. | 0.020 | $0.18 | $0.66 | $0.18 | $0.67 | $0.18 | $0.68 | $0.18 | $0.70 | $0.18 | $0.71 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $44.26 | $7.18 | $45.26 | $7.18 | $46.26 | $7.18 | $47.26 | $7.18 | $48.26 |

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### FIRST YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $22.94 | | $23.33 | | $24.10 | | $24.88 | | $25.64 |
| H & W | 0.160 | *$6.40 | $10.07 | *$6.40 | $10.13 | *$6.40 | $10.26 | *$6.40 | $10.37 | *$6.40 | $10.51 |
| PENSION | 0.105 | | $2.41 | | $2.45 | | $2.53 | | $2.61 | | $2.69 |
| APPR. TR. | 0.010 | $0.60 | $0.83 | $0.60 | $0.83 | $0.60 | $0.84 | $0.60 | $0.85 | $0.60 | $0.86 |
| S.U.B. | 0.020 | $0.18 | $0.63 | $0.18 | $0.64 | $0.18 | $0.65 | $0.18 | $0.67 | $0.18 | $0.68 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $42.38 | $7.18 | $43.38 | $7.18 | $44.38 | $7.18 | $45.38 | $7.18 | $46.38 |

\*Surcharge
\*\*Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 29 COUNTY HEAVY CONSTRUCTION

## LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS

The hourly rates on the daily basis shall be twenty-five cents ($0.25) per hour in addition to the hourly rate on the weekly basis listed for each classification.

The rates of wages for a Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis for the same Employer on the same project.  The Assistant Lead Engineer, when employed, shall be paid ninety cents ($0.90) per hour above the highest wage of pay of any Engineer on a weekly basis by the Employer on the same project.

All mixers under 21E with power loading skip shall be operated by an Apprentice Engineer or Oiler.

On all machines with booms, jibs, masts, and leads 100 feet from ground up, fifty cents ($0.50) per hour additional will be paid for each increment of 25 feet over 100 feet.  On cranes with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operators shall be required, no Oilers will be required, with seventy-five cents ($0.75) in increments of 25 feet. Boom is to be measured from the ground, to the heel, to the tip of the boom.

Tower cranes calculated from ground up and out for purpose of boom pay.

All derricks shall require an Apprentice Engineer or Oiler.  One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

### HAZARDOUS WASTE

All Toxic/Hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies.

On hazardous waste removal work, **or** on a state or federally designated hazardous waste site, where the Operating Engineer is in direct contact with hazardous material and when personal protective equipment is required for respiratory, skin and eye protection, the Operating Engineer shall receive the hourly wage plus an additional twenty percent (20%) of that wage. Fringe benefits will be paid at the contractual hourly wage.

## ARTICLE X

## WAGES AND CONDITIONS APPLICABLE TO HIGHWAY CONSTRUCTION ONLY

## 29 COUNTY AREA

### Section 1 - 29 County Highway Construction Definition

Highway Construction shall include all roads, streets, culverts, sewers, water lines, duct lines, fiber optic cable, curbs, gutters, sidewalks, pipelines, bridges (except steel superstructure), viaducts (except steel superstructure), demolition and the excavation for all of the above and offsite plants operated primarily for the job by the Contractor or his or her Sub-Contractor.  The Highway Agreement shall also apply to strip mining for coal.

"Contractor" where used in this Agreement, means any Contractor engaged in "Highway Construction" as defined herein.

### Section 2 - General Provisions - 29 County Highway

A.  The Contractors Association of Eastern Pennsylvania will make available to all union plan holders, the Competitive Adjustments for all 29 County Highway projects (site work including earth and stone work). Any Contractor signatory to this Collective Bargaining Agreement may call the Association office for a copy of the current Competitive Adjustments. A copy of the Competitive Adjustments will also be available from any of the Unions signatory to this Agreement.

B.  All Operating Engineers employed under this Article shall be classified in accordance with schedule of labor and any other classification of an Engineer will be settled by the Contractor and the Union Representatives, and if they are unable to reach a mutual decision, the matter shall be referred to the grievance procedures as is hereinafter outlined.  The Contractor may classify such workmen pending the final decision of the grievance procedures.

C.  This Article is not to apply to any operations or business in which any Contractor engages, except work defined herein.

D.  Employees shall not include Engineering, Clerical Employees, Timekeepers, Guards, Superintendents, Mechanical Superintendents and Assistant Superintendents, but shall include Lead Engineers and Assistant Lead Engineers.

E.  The number of Employees to be employed is at the sole discretion of the Contractor, and the fact that certain classifications and rates are established does not mean that the Contractor must employ Employees for any one (1) or all such classifications or to man any particular piece of plant that happens to be on the work unless required by this Article. However, this does not relieve the Contractor from the responsibility of properly manning any piece of equipment that is placed in operation.

It is understood that no liability shall arise on the part of either Contractor or the Union, by reason of any authorized act by any Employee of said Contractors or Union, unless and until such unauthorized act is brought to the attention of the party affected and that party is given a reasonable opportunity to correct said act or ratify same.

F.  It is understood that if the Union enters into any Collective Bargaining Agreement with any Contractor engaged in Highway Construction within the area designated herein upon more favorable terms to such other Contractor than are embodied in this Agreement, this Agreement shall be amended so as to afford the party to this contract the same terms.

G.  This Article XI covers the entire understanding between the parties hereto, except as mutually agreed to by the Association and the Union.  No oral or written rule, regulation, or understanding which is not mentioned or referred to herein or in the schedules of labor made a part hereof will be of any force or effect upon any party hereto.  It is understood, however, that Article I in its entirety, Article II, Sections 1, 2, 3, 4, 5, 6, 7, 8, 9A, 10, 11 & 12, Article III in its entirety, Article IV in its entirety and Article V, Sections 1, 2, 3, 4, 5A, 6, 7, 8, shall be applicable to 29 County Area Highway.

### Section 3 - Union Authority - 29 County Highway

The Union is the sole bargaining representative for all Operating Engineers employed on the work covered by this Agreement.

The authorized representatives of the Union may visit jobs during working hours, but must not hinder or interfere with the progress of the work.  The Business Representative of the Union shall have the right to select from the Employees employed on the job, a working Shop Steward.

The Steward shall be allowed sufficient time to perform his or her duties.

A Steward shall have absolutely no authority to call or cause a work stoppage.

### Section 4 - Wage Scale - 29 County Highway

All classifications and wage rates as covered by this Agreement are set forth in the Schedules attached hereto covering the appropriate type of construction and area.

### Section 5 - Wage Rates - 29 County Highway

The wage rates in 29 County Highway Wage Schedule shall be in force during the period of this Agreement between the Employer and the Union and is made a part hereof.

### Section 6 - Public Work Wage Lag - 29 County Highway

On any public jobs it is agreed that on any jobs bid with wage rates in the specifications, such wage rates shall continue in effect for one (1) year after the Agreement termination date of the wage rate listed; on each subsequent anniversary date (May 1) after one (1) year carryover, the increase granted for the preceding year shall be placed in effect on the job.

Where no wage rates are specified, the wage rates listed for the various classifications in this Agreement for the date of the bid shall continue in effect for one (1) year after the Agreement termination date of the wage rated listed; on each subsequent anniversary date (May 1) after one (1) year carryover, the increase granted for the preceding year shall be placed in effect on the job.

Notwithstanding the foregoing, nothing in this Article shall be deemed to affect the obligation to pay benefits as provided in Article V, Sections 1, 2, 3, 4, 5A, 6, 7, 8.

### Section 7 - Wage Payment - 29 County Highway

Employees covered by this Agreement shall be paid in cash or check, with a detachable pay stub containing all pertinent information, at the option of the Union each week at or before quitting time on the regular pay day.  The Employer shall not be permitted to retain more than three (3) days pay.  Such Employees not paid promptly on the regular payday or when dismissed shall be paid waiting time until paid, except where the delay is for reasons beyond the Employer's control.  Such waiting time shall not exceed eight (8) hours.

All wages shall be paid weekly to Employees.

If an Employee is terminated he/she must be paid at the time of termination and shall be paid straight time for any time he/she is required to wait.  This shall be construed to apply to normal working hours.

If an Employee quits of his/her own accord he/she shall wait for his/her pay until next regular pay day.

No payment is to be made for time not worked except as provided under Article II, Section 9A and Article V, Section 7.

### Section 8 - Normal Work Day - 29 County Highway

On all work, other than that sponsored by a Governmental Agency, wherein the hours of work are specified, the normal work day shall consist of eight (8) continuous hours, exclusive of lunch time, during any twenty- four (24) hour period, and the normal work week shall consist of forty (40) hours.

### Section 9 - Overtime - 29 County Highway

All work performed by an Employee after eight (8) hours in one (1) day and/or forty (40) hours in any one (1) week, shall be paid at the rate of time and one-half.  On snow removal, all work in excess of eight (8) hours per day shall be paid at the rate of time and one-half except of those days listed in Section 12.

### Section 10 - Employment on a Daily Basis - 29 County Highway

Operators, Mechanics, Firemen, Oilers, and helpers on all machines shall be given employment for a full day, and be paid, therefore on every regular work day that they report for work, unless they have been notified before the completion of the previous work day that there would be no work for the following day.  **(A mutual agreement with respect to notification may be negotiated between District Office of Local 542 and Employer).**

In case of inclement weather, if they report they shall be given no less than four (4) hours employment within the jurisdiction of the Operating Engineers under reasonable working conditions and be paid therefore at their regular rate.  However, if regular job operations can be started within two (2) hours of regular starting time and the men are put to work, they shall receive a minimum of four (4) hours employment for that day.  If more than four (4) hours are worked, Employees shall receive eight (8) hours pay for that day.

### Section 11 - Saturday - 29 County Highway

Employees covered by this Agreement who are required to report on Saturdays shall receive two (2) hours pay at the applicable overtime rate,  and if required to start work shall receive four (4) hours at the applicable overtime rate, and if required to work more than four (4) hours shall receive eight (8) hours pay at the overtime rate.

### Section 12 - Sunday and Holiday Pay - 29 County Highway

All work performed on Sundays and the following Holidays:  Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, and New Year's Day shall be paid for at the rate of double time.  Holidays falling on Saturday shall be recognized as a Holiday and celebrated on Friday.  Holidays falling on Sunday shall be recognized as a Holiday and celebrated on Monday.  Any Holiday that falls during the week shall be considered a day worked.

No work on Labor Day unless to protect property and life and in such cases the rate shall be paid for at double time.  Time lost on Holidays may not be made up at the straight time rate on Saturdays or over eight (8) hours Monday through Friday.

No Employee shall be refused sufficient time off from his or her work on National and State Election Days in order that he may exercise his right to vote.  This shall in no way act to the prejudice of such Employee.

### Section 13 - Toxic Hazardous Waste Payment - 29 County Highway

All Toxic/Hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies.

On hazardous waste removal work, **or** on a state or federally designated hazardous waste site, where the Operating Engineer is in direct contact with hazardous material and when personal protective equipment is required for respiratory, skin and eye protection, the Operating Engineer shall receive the hourly wage plus an additional twenty per cent (20%) of that wage.

### Section 14 - Zone Pay - 29 County Highway

In case there is a job or operation extending into two (2) zones and/or job sites, the rate of pay for the entire day shall be that of the zone and/or job sites commanding the highest wage scale.

When an Operating Engineer is shifted among machines, and/or job sites, the Operating Engineer shall be paid the higher rate of pay for the day.

### Section 15 – Dual-Purpose Pay - 29 County Highway

Dual-purpose machines shall carry the shovel rate of pay.  Any conflict as to what is a dual-purpose machine shall be subject to grievance and arbitration.  Dual-purpose machine means when one (1) machine plus any attachment is capable of and is operated to perform two (2) functions or more at the same time or on the same day.

### Section 16 - Multiple Shift Work - 29 County Highway

When more than a single shift is employed, the first shift shall start at the option of the Contractor and shall be paid for at the straight time rate, the second shift shall follow the first, and be paid for at the straight time rate plus five percent (5%) for each hour worked, the third shift shall then follow the second and be paid for at the straight time rate and five percent (5%) per hour for each hour worked, provided however, the Contractor may elect to pay for the second shift, eight hours pay for 7 $^{1/2}$ hours worked and for the third shift eight (8) hours pay for seven (7) hours worked.

For pay purposes, the shift nearest 8:00 a.m. to 4:00 p.m. shall be the first shift, nearest 4:00 p.m. to 12:00 Midnight shall be the second shift, and the shift nearest 12:00 Midnight to 8:00 a.m. shall be the third shift.

### Section 17 - Lead Engineer/Assistant Lead Engineer

Lead Engineer shall be employed when ten (10) or more Operators are employed excluding Oilers/Apprentices by any Employer on any one (1) project.

Major pieces of equipment shall include all those pieces of equipment included in the top three (3) classifications of the 29 County Highway Wage Schedule set forth in this Article except concrete breaking machines (guillotine type) and concrete pumps.

The rate of wages for a Lead Engineer shall be one dollar ($1.00) per hour above the highest rate of pay of any Engineer employed by the Employer on the same project.

It is the intent of the Union to have a working Assistant Lead Engineer under the 29 County Highway Agreement his or her duties as a mechanic or any other appropriate work will be discussed at the pre-job or pre-bid conference for each job.

An Assistant Lead Engineer shall be employed after twenty-five (25) Employees and for each multiple of twenty-five (25) covered by this Agreement.  The rate of wages for the Assistant Lead Engineer shall be ten cents ($.10) per hour less than the Lead Engineer.

**Section 17A – Steward Premium Pay**

An Operating Engineer designated as Steward from among those employed on the job by the Union shall receive an additional fifty cents ($.50) over his/her wage group rate classification for each hour paid when there are eight (8) or more Operating Engineers on a shift.

**Section 18 - Safety and Element Protection - 29 County Highway**

Employees shall be protected from material and the elements.

The parties have a mutual responsibility to cooperate in developing mutually satisfactory means of achieving continuing improvements in the safety conditions in the industry. Members of the Union and the Employer shall comply with all safety measures required under City, County, State, and Federal Safety Rules and Regulations.

The Employer and the Union will develop and keep up to date a written safety program. This safety program will include a Joint Safety Committee which will meet regularly. All safety equipment required by this program shall be furnished by the Employer.

**Section 19 - Winter Heat - 29 County Highway**

Operators of electric, gas, diesel, or skeleton machines during winter weather shall be provided with heat.

**Section 20 - Pumps and Compressors - 29 County Highway**

A single pump having less than a four (4) inch discharge, or two (2) diaphragm pumps having less than a four (4) inch discharge may be operated without the services of an Engineer; provided however, at all times, jurisdiction over all pumps remains within the Operating Engineers Union. One (1) Engineer may operate as many pumps and compressors on any one (1) job as he/she can conveniently service. One (1) Engineer may cover as many compressors as he/she can conveniently service.

**Section 21 - Miscellaneous Small Equipment - 29 County Highway**

One (1) Engineer may operate as many heaters, light plants, generators, and welding machines on any one (1) job as he/she can conveniently service. At all times, jurisdiction over all heaters, light plants, generators, and welding machines remains within the Operating Engineers Union.

**Section 22 - Transportation/Small Equipment Operator - 29 County Highway**

Transportation will be furnished to the Engineer covering this equipment whenever there are over three (3) pumps and compressors or any combination of the equipment listed in Section 20 and 21 above, if the equipment is over 1500 feet apart.

**Section 23 - Conveyors - 29 County Highway**

One (1) building conveyor forty (40) feet or less may be operated without an Engineer; however, if conveyor is longer than forty (40) feet or more than one (1) conveyor of any size is used by the same Employer on the same day on the same job site, an Operating Engineer shall be employed. One (1) Engineer may operate up to three (3) conveyors. At all times, the jurisdiction of conveyors will remain with the Operating Engineers. The General Contractor is responsible for compliance with this Section.

**Section 24 - Minor Repair Work - 29 County Highway**

Operator shall do minor repair work on the machine he is operating as required by the Employer provided this shall not be used for the purpose of reducing the number of Maintenance Engineers who would ordinarily be employed on the job.

Repair work done on overtime shall be paid for at the applicable overtime rate. Maintenance Engineers shall be required to furnish tools.

### Section 25 - Tower Type Cranes - 29 County Highway

All tower type cranes shall require two (2) Operating Engineers.  The erecting, dismantling, jumping and jacking shall be done by the crew of Engineers employed on a tower crane; if additional Operating Engineers are needed, they shall be hired from the Union's Referral List in accordance with the referral system under this Agreement.  The crane crew will remain on the job for the applicable shift.

### Section 26 - Outside Power - 29 County Highway

When the Employer obtains power from a  permanent or temporary plant, i.e., steam, compressed air, hydraulic, or other power, for the operating of any machine or automatic tools, or for the purpose of furnishing temporary heat for heating materials or to buildings under course of construction or used in the construction of new buildings, additions, alterations, or repairs thereto; Employees covered hereunder shall man and operate such permanent or temporary plant from which source of power is supplied.  In the event that the Employer is unable to arrange this, Engineers shall man all valves or other outlets of such source of power as is used by the Employer and shall be paid the rate of wages applicable to the classification of work in which he is employed subject to Article XI, Section 4.

The General Contractor will assume responsibility for manning the source of power for himself and his or her Sub-Contractors.  In the case of heat, regardless of source, for construction purposes, it is agreed that manning for comfort heat will be required only when men are working.  If twenty-four (24) hour, seven (7) day heat coverage is required for construction purposes, a four (4) man – six (6) hour shift schedule may be used to minimize overtime.  Overtime will be paid for all hours worked over forty (40) hours per week on the four (4) – six (6) hour schedule only.  Manning shall be required when building is under construction but shall be discontinued when interior construction is substantially complete.

### Section 27 - Power Boats - 29 County Highway

On all power boats or water crafts used in conjunction with construction, the work performed by the Captain and Maintenance Engineer shall be assigned to Employees covered by this Agreement.

### Section 28 - Shovels and Cranes - 29 County Highway

A. All shovels and cranes, including cherry picker type machinery and equipment **80 tons and over,** and backhoes and truck mounted rigs shall require an Operating Engineer and an Apprentice Engineer. **All crane Operators, backhoe and truck mounted rig Operators shall be paid the Group I(A) or II(A) rate of pay as per the Agreement except where indicated in Section 28C.**

B. It is agreed that an Apprentice Engineer will be required on the following machinery and equipment:

(1) Crawler backhoes and crawler gradalls over **four (4) cubic yard** factory rating; and

(2) A single person operation truck crane over **80 tons and over** and

(3) Hydraulic backhoes over **four (4) cubic yard**; and

(4) Cherry picker type machinery and equipment **80 tons and over.**

**The transport and erection of all crane attachments such as booms, jibs, counter weights, blocks, etc. shall be the work of the Operating Engineer Parent Body/Apprentice.**

82

C.   On equipment listed in Section 28A and B, hereof, the Employer will compensate the Operating Engineer of such equipment Wage Group I(A) or VI(A), provided however, that Wage Group I(A) and VI(A) does not apply to the following equipment:

(1)  Pippin type or hydraulic backhoes of one (1) cubic yard or less; and

(2)  Cherry picker less than fifteen (15) ton factory rating;

Should a second person be required **/needed** on a machine, it will be within the Operating Engineers jurisdiction.

On all machines with booms, jibs, masts, and leads 100 feet and over, twenty-five cents ($0.25) per hour additional will be paid for each increment of 25 feet over 100 feet.  On machines with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operating Engineers shall be required.  Boom is to be measured from the ground, to the heel, to the tip of the boom.

**Concrete Pumps.  29 County Highway** - Provision for an Oiler/Apprentice to be waived, on concrete pumps as follows:

(a) For boom used in a stationary position.

(b) For boom type concrete truck that has **196 feet (61 meters) of boom length or less** that is involved in a **350 yard of concrete pour, or less**, per eight (8) hour work day.

1.  Should a second person be required/**needed,** the work will be assigned to an Operating Engineer as that of an Oiler/Apprentice.

2.  Should the boom not be in the sight of the Operator, then the Employer will engage an Oiler/Apprentice.

3.  **All Boom Pump Operators will be paid Wage Group I(A).** Any time spent in excess of eight (8) hours will be paid at the applicable overtime rate.

**Section 29 - Oiler/Apprentice - 29 County Highway**

The Apprentice Engineer or Oiler shall be under the direct supervision of the Engineer to whom he is assigned.  His duties at the discretion of the Employer may include, but are not limited to, cleaning, oiling, greasing, hook mats, spot trucks, change cables, change booms, signal crane, or any other non-jurisdictional work directly involved with his piece of equipment. He may service his piece of equipment during the lunch period without premium pay, if permitted to take an equivalent period immediately before or after the scheduled lunch period. With the exception of the lunch period, at no time can a machine requiring an Apprentice Engineer/Oiler or machines falling under Wage Group I(A) and Wage Group II(A)  work or travel under own power or be repaired without a full crew.  Grease truck personnel may work other than the regular shift at the shift differential rate.

All mixers under 21E with power loading skip shall be operated by an Apprentice Engineer or Oiler.

All derricks shall require an Apprentice Engineer or Oiler.  One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

## 29 COUNTY HIGHWAY CONSTRUCTION
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP I | Eff. Date | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $32.93 | | $34.47 | | $36.02 | | $37.56 | | $39.10 |
| H & W | 0.160 | *$6.40 | $11.65 | *$6.40 | $11.91 | *$6.40 | $12.15 | *$6.40 | $12.40 | *$6.40 | $12.65 |
| PENSION | 0.105 | | $3.46 | | $3.62 | | $3.78 | | $3.94 | | $4.11 |
| APPR. TR. | 0.010 | $0.60 | $0.93 | $0.60 | $0.94 | $0.60 | $0.96 | $0.60 | $0.98 | $0.60 | $0.99 |
| S.U.B. | 0.020 | $0.18 | $0.83 | $0.18 | $0.86 | $0.18 | $0.89 | $0.18 | $0.92 | $0.18 | $0.95 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $56.80 | $7.18 | $58.80 | $7.18 | $60.80 | $7.18 | $62.80 | $7.18 | $64.80 |

Pile Drivers Or Engineers
 Working With Dock Builders
 And Pile Drivers
All Types Of Cranes
All Types Of Backhoes
Drag Line
Keystones
All Types Of Shovels
Derricks
Trench Shovels
Trenching Machines
All Pavers (Blacktop And Concrete)
Gradalls
All Front End Loaders
Tandem Scrapers
Pippin Type Backhoes
Boat Captains
Batch Plant With Mixer
Drill Self-Contained (Drillmaster Type)
CMI Type Autograde
Milling Machine
Vermeer Saw
Conveyor Loader (Euclid Type)
Hydro Vac Truck/Excavator
Spider/Mini Crane
Crushers

Scrapers And Tournapulls
Bulldozers And Tractors
Concrete Pumps
Log Skidder
Motor Patrols
Chipper With Boom
Mechanic Welders
Hydro Ax
Side Boom
Tree Spade
Bob Cat Type (With Attachments)
Boring Machines Including
 Directional Boring Machines
All Autograde And Concrete Finishing
 Machines (Excluding Trowel Machines)
Concrete Breaking Machines
High Rail/Burro Crane
Rail Loader (Winch Boom Type)
Production Switch Tamper
Ballast Regulators
Tie Replacer
Rail/Road Loader
Power Jack Liner
High Pressure Pumps
Boom Trucks

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**29 COUNTY HIGHWAY CONSTRUCTION**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP I(A) Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $35.18 | | $36.72 | | $38.27 | | $39.81 | | $41.35 |
| H & W | 0.160 | *$6.40 | $12.03 | *$6.40 | $12.27 | *$6.40 | $12.51 | *$6.40 | $12.76 | *$6.40 | $13.02 |
| PENSION | 0.105 | | $3.69 | | $3.86 | | $4.02 | | $4.18 | | $4.34 |
| APPR. TR. | 0.010 | $0.60 | $0.95 | $0.60 | $0.97 | $0.60 | $0.98 | $0.60 | $1.00 | $0.60 | $1.01 |
| S.U.B. | 0.020 | $0.18 | $0.88 | $0.18 | $0.91 | $0.18 | $0.95 | $0.18 | $0.98 | $0.18 | $1.01 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $59.73 | $7.18 | $61.73 | $7.18 | $63.73 | $7.18 | $65.73 | $7.18 | $67.73 |

**Single Person Operation Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc.**
**Crawler Backhoes And Crawler Gradalls Over One (1) Cubic Yard Factory Rating, Hydraulic Backhoes Over One (1) Cubic Yard Factory Rating.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group I(A) Including Concrete Pumps.**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP II Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $31.75 | | $33.30 | | $34.84 | | $36.38 | | $37.93 |
| H & W | 0.160 | *$6.40 | $11.49 | *$6.40 | $11.71 | *$6.40 | $11.97 | *$6.40 | $12.22 | *$6.40 | $12.47 |
| PENSION | 0.105 | | $3.33 | | $3.50 | | $3.66 | | $3.82 | | $3.98 |
| APPR. TR. | 0.010 | $0.60 | $0.90 | $0.60 | $0.92 | $0.60 | $0.93 | $0.60 | $0.95 | $0.60 | $0.96 |
| S.U.B. | 0.020 | $0.18 | $0.81 | $0.18 | $0.85 | $0.18 | $0.88 | $0.18 | $0.91 | $0.18 | $0.94 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $55.28 | $7.18 | $57.28 | $7.18 | $59.28 | $7.18 | $61.28 | $7.18 | $63.28 |

Spreaders                                Stump Grinder
Asphalt Plant Engineers                  Grease Truck
Rollers(High Grade Finishing)            Forklifts (20 Feet And Over)

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**29 COUNTY HIGHWAY CONSTRUCTION**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP III Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $31.06 | | $32.59 | | $34.14 | | $35.69 | | $37.23 |
| H & W | 0.160 | *$6.40 | $11.35 | *$6.40 | $11.61 | *$6.40 | $11.86 | *$6.40 | $12.09 | *$6.40 | $12.35 |
| PENSION | 0.105 | | $3.26 | | $3.42 | | $3.58 | | $3.75 | | $3.91 |
| APPR. TR. | 0.010 | $0.60 | $0.91 | $0.60 | $0.93 | $0.60 | $0.94 | $0.60 | $0.96 | $0.60 | $0.97 |
| S.U.B. | 0.020 | $0.18 | $0.80 | $0.18 | $0.83 | $0.18 | $0.86 | $0.18 | $0.89 | $0.18 | $0.92 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $54.38 | $7.18 | $56.38 | $7.18 | $58.38 | $7.18 | $60.38 | $7.18 | $62.38 |

| | |
|---|---|
| Welding Machines | Rollers |
| Well Points | Miscellaneous Equipment Operator |
| Compressors | Seaman Pulverizing Mixer |
| Pumps | Tireman (For Power Equipment) |
| Heaters | Power Broom |
| Farm Tractors | Conveyor Loaders Other Than Euclid Type |
| Form Line Graders | Seeding Spreader |
| Ditch Witch Type Trencher | Conveyors |
| Road Finishing Machines | Driller Second Class |
| Concrete Breaking Machines (Guillotine Type) | Forklifts (Under 20 Feet) |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP IV Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $30.60 | | $32.14 | | $33.68 | | $35.23 | | $36.77 |
| H & W | 0.160 | *$6.40 | $11.29 | *$6.40 | $11.55 | *$6.40 | $11.79 | *$6.40 | $12.04 | *$6.40 | $12.29 |
| PENSION | 0.105 | | $3.21 | | $3.37 | | $3.54 | | $3.70 | | $3.86 |
| APPR. TR. | 0.010 | $0.60 | $0.91 | $0.60 | $0.92 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 |
| S.U.B. | 0.020 | $0.18 | $0.79 | $0.18 | $0.82 | $0.18 | $0.85 | $0.18 | $0.88 | $0.18 | $0.91 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $53.80 | $7.18 | $55.80 | $7.18 | $57.80 | $7.18 | $59.80 | $7.18 | $61.80 |

Fireman

* Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP V Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $30.08 | | $31.63 | | $33.18 | | $34.72 | | $36.26 |
| H & W | 0.160 | *$6.40 | $11.22 | *$6.40 | $11.46 | *$6.40 | $11.71 | *$6.40 | $11.95 | *$6.40 | $12.20 |
| PENSION | 0.105 | | $3.16 | | $3.32 | | $3.48 | | $3.65 | | $3.81 |
| APPR. TR. | 0.010 | $0.60 | $0.90 | $0.60 | $0.92 | $0.60 | $0.93 | $0.60 | $0.95 | $0.60 | $0.96 |
| S.U.B. | 0.020 | $0.18 | $0.78 | $0.18 | $0.81 | $0.18 | $0.84 | $0.18 | $0.87 | $0.18 | $0.91 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $53.14 | $7.18 | $55.14 | $7.18 | $57.14 | $7.18 | $59.14 | $7.18 | $61.14 |

| | |
|---|---|
| Oilers and Deck Hands (Personnel Boats) | Hydro Vac Helper |

* Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**29 COUNTY HIGHWAY CONSTRUCTION**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP VI Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $33.17 | | $34.71 | | $36.25 | | $37.79 | | $39.33 |
| H & W | 0.160 | *$6.40 $11.69 | *$6.40 | $11.94 | *$6.40 | $12.19 | *$6.40 | $12.44 | *$6.40 | $12.70 |
| PENSION | 0.105 | $3.48 | | $3.64 | | $3.81 | | $3.97 | | $4.13 |
| APPR. TR. | 0.010 | $0.60 $0.93 | $0.60 | $0.95 | $0.60 | $0.96 | $0.60 | $0.98 | $0.60 | $0.99 |
| S.U.B. | 0.020 | $0.18 $0.83 | $0.18 | $0.86 | $0.18 | $0.89 | $0.18 | $0.92 | $0.18 | $0.95 |
| ANNUITY | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 $57.10 | $7.18 | $59.10 | $7.18 | $61.10 | $7.18 | $63.10 | $7.18 | $65.10 |

On all machines with booms (including jibs, masts, leads, etc.) 100 feet

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP VI(A) Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $35.42 | | $36.96 | | $38.50 | | $40.04 | | $41.58 |
| H & W | 0.160 | *$6.40 $12.05 | *$6.40 | $12.30 | *$6.40 | $12.56 | *$6.40 | $12.81 | *$6.40 | $13.05 |
| PENSION | 0.105 | $3.72 | | $3.88 | | $4.04 | | $4.20 | | $4.37 |
| APPR. TR. | 0.010 | $0.60 $0.95 | $0.60 | $0.97 | $0.60 | $0.98 | $0.60 | $1.00 | $0.60 | $1.02 |
| S.U.B. | 0.020 | $0.18 $0.87 | $0.18 | $0.90 | $0.18 | $0.93 | $0.18 | $0.96 | $0.18 | $0.99 |
| ANNUITY | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 $60.01 | $7.18 | $62.01 | $7.18 | $64.01 | $7.18 | $66.01 | $7.18 | $68.01 |

On all machines with booms (including jibs, masts, leads, etc.) 100 feet

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group VI(A).**

**Equipment In This Wage Group That Does Not Require An Oiler.**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

* Articulated End Dump/Rear Dump to be paid at the 4th Year Apprentice Rate
* Dingo Type Machinery/Walk Behind Equipment to be paid at 4th Year Apprentice Rate

## 29 COUNTY HIGHWAY CONSTRUCTION
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP VII(A) TOXIC/HAZARDOUS WASTE REMOVAL | Eff. Date | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $39.66 | | $41.52 | | $43.37 | | $45.23 | | $47.08 |
| H & W | 0.160 | *$7.68 | $14.03 | *$7.68 | $14.31 | *$7.68 | $14.63 | *$7.68 | $14.91 | *$7.68 | $15.21 |
| PENSION | 0.105 | | $4.16 | | $4.36 | | $4.55 | | $4.75 | | $4.94 |
| APPR. TR. | 0.010 | $0.72 | $1.12 | $0.72 | $1.14 | $0.72 | $1.15 | $0.72 | $1.17 | $0.72 | $1.19 |
| S.U.B. | 0.020 | $0.22 | $1.00 | $0.22 | $1.04 | $0.22 | $1.07 | $0.22 | $1.11 | $0.22 | $1.15 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $8.62 | $66.97 | $8.62 | $69.37 | $8.62 | $71.77 | $8.62 | $74.17 | $8.62 | $76.57 |

| | |
|---|---|
| Pile Drivers Or Engineers | Boring Machines Including |
| Working With Dock Builders And Pile Drivers | Directional Boring Machine |
| All Types Of Cranes | Conveyor Loader (Euclid Type) |
| All Types Of Backhoes | Bulldozers And Tractors |
| Drag Line | Hydro Ax |
| Keystones | Concrete Pumps |
| All Types Of Shovels | Tree Spade |
| Derricks | Motor Patrols |
| Trench Shovels | All Autograde And Concrete Machines |
| Trenching Machines | (Excluding Trowel Machines) |
| All Pavers (Blacktop And Concrete) | Mechanic Welders |
| Gradalls | Log Skidder |
| All Front End Loaders | Concrete Breaking Machines |
| Tandem Scrapers | Side Boom |
| Pippin Type Backhoes | Bob Cat Type (With Attachments) |
| Boat Captains | High Rail/Burro Crane |
| Batch Plant With Mixer | Rail Loader (Winch Boom Type) |
| Drill Self-Contained (Drillmaster Type) | Production Switch Tamper |
| CMI Type Autograde | Ballast Regulators |
| Milling Machine | Tie Replacer |
| Vermeer Saw | Rail/Road Loader |
| Scrapers And Tournapulls | Power Jack Liner |
| Chipper With Boom | |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP VII(B) TOXIC/HAZARDOUS WASTE REMOVAL | Eff. Date | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $38.25 | | $40.10 | | $41.95 | | $43.81 | | $45.66 |
| H & W | 0.160 | *$7.68 | $13.80 | *$7.68 | $14.10 | *$7.68 | $14.39 | *$7.68 | $14.69 | *$7.68 | $14.99 |
| PENSION | 0.105 | | $4.02 | | $4.21 | | $4.41 | | $4.60 | | $4.79 |
| APPR. TR. | 0.010 | $0.72 | $1.10 | $0.72 | $1.12 | $0.72 | $1.14 | $0.72 | $1.16 | $0.72 | $1.18 |
| S.U.B. | 0.020 | $0.22 | $0.97 | $0.22 | $1.01 | $0.22 | $1.05 | $0.22 | $1.08 | $0.22 | $1.12 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $8.62 | $65.14 | $8.62 | $67.54 | $8.62 | $69.94 | $8.62 | $72.34 | $8.62 | $74.74 |

| | |
|---|---|
| Spreaders | Stump Grinder |
| Asphalt Plant Engineers | Grease Truck |
| Rollers(High Grade Finishing) | Forklifts (20 Feet And Over) |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 29 COUNTY HIGHWAY CONSTRUCTION
## OPERATING ENGINEERS – LOCAL 542

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### FOURTH YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $27.53 | | $27.92 | | $28.70 | | $29.47 | | $30.24 |
| H & W | 0.160 | *$6.40 | $10.81 | *$6.40 | $10.87 | *$6.40 | $10.99 | *$6.40 | $11.12 | *$6.40 | $11.24 |
| PENSION | 0.105 | | $2.89 | | $2.93 | | $3.01 | | $3.09 | | $3.18 |
| APPR. TR. | 0.010 | $0.60 | $0.88 | $0.60 | $0.88 | $0.60 | $0.89 | $0.60 | $0.89 | $0.60 | $0.90 |
| S.U.B. | 0.020 | $0.18 | $0.72 | $0.18 | $0.73 | $0.18 | $0.74 | $0.18 | $0.76 | $0.18 | $0.77 |
| ANNUITY | | | $5.50 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $49.33 | $7.18 | $50.33 | $7.18 | $51.33 | $7.18 | $52.33 | $7.18 | $53.33 |

* Dingo Type Machinery/Walk Behind Equipment to be paid at 4th Year Apprentice Rate
* Articulated End Dump/Rear Dump to be paid at 4th Year Apprentice Rate

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### THIRD YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $26.84 | | $27.23 | | $28.00 | | $28.77 | | $29.55 |
| H & W | 0.160 | *$6.40 | $10.68 | *$6.40 | $10.75 | *$6.40 | $10.87 | *$6.40 | $10.99 | *$6.40 | $11.11 |
| PENSION | 0.105 | | $2.82 | | $2.86 | | $2.94 | | $3.02 | | $3.10 |
| APPR. TR. | 0.010 | $0.60 | $0.87 | $0.60 | $0.87 | $0.60 | $0.88 | $0.60 | $0.89 | $0.60 | $0.90 |
| S.U.B. | 0.020 | $0.18 | $0.72 | $0.18 | $0.72 | $0.18 | $0.74 | $0.18 | $0.76 | $0.18 | $0.77 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $47.43 | $7.18 | $48.43 | $7.18 | $49.43 | $7.18 | $50.43 | $7.18 | $51.43 |

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### SECOND YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $25.37 | | $25.76 | | $26.53 | | $27.30 | | $28.08 |
| H & W | 0.160 | *$6.40 | $10.48 | *$6.40 | $10.53 | *$6.40 | $10.64 | *$6.40 | $10.78 | *$6.40 | $10.89 |
| PENSION | 0.105 | | $2.66 | | $2.70 | | $2.79 | | $2.87 | | $2.95 |
| APPR. TR. | 0.010 | $0.60 | $0.85 | $0.60 | $0.86 | $0.60 | $0.87 | $0.60 | $0.87 | $0.60 | $0.88 |
| S.U.B. | 0.020 | $0.18 | $0.67 | $0.18 | $0.68 | $0.18 | $0.70 | $0.18 | $0.71 | $0.18 | $0.73 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $45.53 | $7.18 | $46.53 | $7.18 | $47.53 | $7.18 | $48.53 | $7.18 | $49.53 |

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### FIRST YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $23.89 | | $24.28 | | $25.05 | | $25.82 | | $26.59 |
| H & W | 0.160 | *$6.40 | $10.22 | *$6.40 | $10.28 | *$6.40 | $10.41 | *$6.40 | $10.53 | *$6.40 | $10.66 |
| PENSION | 0.105 | | $2.51 | | $2.55 | | $2.63 | | $2.71 | | $2.79 |
| APPR. TR. | 0.010 | $0.60 | $0.84 | $0.60 | $0.84 | $0.60 | $0.85 | $0.60 | $0.86 | $0.60 | $0.87 |
| S.U.B. | 0.020 | $0.18 | $0.66 | $0.18 | $0.67 | $0.18 | $0.68 | $0.18 | $0.70 | $0.18 | $0.71 |
| ANNUITY | | | $4.50 | | $5.00 | | $5.00 | | $5.00 | | $5.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.18 | $43.62 | $7.18 | $44.62 | $7.18 | $45.62 | $7.18 | $46.62 | $7.18 | $47.62 |

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## 29 COUNTY HIGHWAY CONSTRUCTION

## LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS

A Lead Engineer shall be employed when ten (10) or more Operators are employed excluding Oilers/Apprentices by any Employer on any one (1) project.

The rate of wages for a Lead Engineer shall be one dollar ($1.00) per hour above the highest rate of pay of any Engineer employed by the Employer on the same project.

An Assistant Lead Engineer shall be employed after twenty-five (25) Employees and for each multiple of twenty-five (25) covered by this Agreement.  The rate of wages for the Assistant Lead Engineer shall be ten cents ($0.10) per hour less than the Lead Engineer.

All mixers under 21E with power loading skip shall be operated by an Apprentice Engineer or Oiler.

On all machines with booms, jibs, masts, and leads 100 feet and over, twenty-five cents ($0.25) per hour additional will be paid for each increment of 25 feet over 100 feet.  On machines with booms (including jibs, masts, and leads, etc,), 200 feet and over, two (2) Operating Engineers shall be required.  Boom is to be measured from the ground, to the heel, to the tip of the boom.

All derricks shall require and Apprentice Engineer or Oiler.  One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

## HAZARDOUS WASTE

All Toxic/Hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies.

On hazardous waste removal work, **or** on a state or federally designated hazardous waste site, where the Operating Engineer is in direct contact with hazardous material and when personal protective equipment is required for respiratory, skin and eye protection, the Operating Engineer shall receive the hourly wage plus an additional twenty percent (20%) of that wage. Fringe benefits will be paid at the contractual hourly wage.

**BOOK FOUR**

**COLLECTIVE BARGAINING AGREEMENT - LOCAL UNION 542**

**STATE OF DELAWARE**

**EFFECTIVE MAY 1, 2017 TO APRIL 30, 2022**

## ARTICLE XII

### CONSTRUCTION DEFINITIONS

**Section 1 - Heavy Construction**

Heavy Construction shall include bridges and viaducts, airports, subways, tunnels, caverns and shafts, railroad and railways, reservoirs, dams, water supply and irrigation projects, reclamation and flood control projects, water power and hydro-electric projects, sewage disposal and filtration and water treatment plants, bulkheads and retaining walls, swimming pools, athletic fields, site work, playgrounds, cross-country transmission lines, underground conduits, substations, clear-up work following a disaster, and all work connected therewith and any other construction not defined as building construction or highway construction and the excavation for and demolition required in connection with all of the foregoing and snow removal during construction.

In further connection with hydro-electric projects, the superstructure of the power plant shall be building construction.  The substructure under this power plant superstructure shall be building construction unless the substructure is any part of the dam, reservoir, storage tank, or sluiceway.

**Section 2 - Building Construction**

Building Construction shall include office buildings, manufacturing plants, generating plants, including heating plants, refineries, warehouses, hospitals, theatres and auditoriums of all kinds, sport stadiums, race tracks, department stores, schools, churches, hotels, apartment houses, building accessory to public utilities, such as railroad stations, round-houses, repair shops, telephone exchanges, bus terminals and the like, post offices, courthouses and other municipal and governmental buildings of all kinds and character, and the excavations for and demolition of all of the foregoing, and snow removal during construction.

The Building Rate shall apply to all work performed on the building job site and to any temporary off-site plants servicing the building job site. Where the temporary off-site plant services more than one (1) job and majority of the work performed by the said off-site plant is for building construction work (within the definitions herein set forth) then the building rate shall apply to all work performed at the said off-site plant; however, if the majority of work performed at any such temporary off-site plant is for heavy construction or highway construction (within the definitions herein set forth) then the appropriate heavy construction or highway construction rate of pay shall be applicable.

**Section 3 - Highway Construction**

Highway construction shall include all roads, streets, culverts, curbs, gutters, sidewalks and sewer and the excavation for all of the above.  All substructures for bridges, grade crossings, causeways, and so forth of 100 feet or less overall length measured from abutment to abutment shall be considered Highway Work.

The Highway Contract shall apply to work performed at the job site in conjunction with home building (up to and including, single family homes and garden-type apartments up to and including four (4) stories).

All other substructures and all superstructures for the aforementioned shall be considered as Heavy Construction. Work formerly done under Utility Construction which includes water lines and duct lines, pipe lines, gas lines, electric lines, and all other lines in conjunction with public utilities, except pipe lines or water lines within the area of a refinery or some other plant installation, and the excavations for all of the foregoing, shall be performed as Heavy Construction in Delaware.

## ARTICLE XIII

### WAGES AND WORKING CONDITIONS APPLICABLE TO CONSTRUCTION

#### Section 1 - Wage Scale

All classifications and wage rates as covered by this Agreement are set forth in the schedule attached hereto covering the appropriate type of construction and area.

#### Section 2 - Overtime Rates

State of Delaware:  All time worked in excess of eight (8) hours but not in excess of ten (10) hours during a work day shall be paid at time and one-half ($1^{1/2}$) the Employee's regular rate.  All time worked in excess of ten (10) hours worked in any work day shall be paid the double time rate.  All hours worked on Saturday not in excess of eight (8) hours shall be paid at the time and one-half ($1^{1/2}$) rate.  All hours in excess of eight (8) hours on Saturday shall be paid at the double time rate, however, that in any case when actually working directly with other trades which are allowed double time, the double time rate shall be allowed also to such Engineers and Apprentice/Oilers as are actually working directly with such trades. Holidays shall be compensated for as outlined in Article XIII, Section 8, 8A. (Sundays will be paid at double time rate).

#### Section 2A - Heavy Construction - State of Delaware:

Overtime pay (except Sundays which shall be paid at the double time rate), shall be computed on the basis of time and one-half, provided however, that in any case when actually working directly with other trades which are allowed double time, the double time rate shall be allowed also to such Engineers and Apprentices as are actually working directly with such trades.  Holidays shall be compensated for as outlined in Article XIII, Section 8, 8A.

#### Section 2B - Highway Construction - State of Delaware

All work performed by an Employee after eight (8) hours in one (1) day and/or forty (40) hours in one (1) week, shall be paid at the rate of time and one-half ($1^{1/2}$).  On snow removal, all work in excess of eight (8) hours per day shall be paid at the rate of time and one-half ($1^{1/2}$) except those days listed in Section 4.  However, when working directly with other trades allowed double time, the double time rate shall be paid to such Engineers and Apprentice/Oilers.

#### Section 3 - Lead Engineer and Assistant Lead Engineer - State of Delaware

The Lead Engineer shall, under the direction of management, supervise the operation, maintenance and repair of all equipment coming under the jurisdiction of the Operating Engineers.

When rented equipment is used on a project with the Operator on the equipment owner's or lessee's payroll, the Operator must be counted in the total number of Employees employed on the project towards the hiring of a Lead Engineer and Assistant Lead Engineer.  An Assistant Lead Engineer shall be employed where twenty-five (25) or more Employees are employed on any one (1) project of an Employer and for each multiple of twenty-five (25).

The rate of wages for a Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis for the same Employer on the same project.

The Assistant Lead Engineer, when employed, shall be paid ninety cents ($0.90) per hour above the highest wage of pay of any Engineer employed on a weekly basis by the Employer on the same project.

93

The Lead Engineer shall be employed for any and all hours that an Operating Engineer under her/his supervision is required to work. This shall not apply to Engineers assigned to small equipment such as pumps, welding machines, compressors, etc.

### Section 3A - Building Construction - Lead Engineer - State of Delaware

When seven (7) or more Engineers covered by this Agreement are employed on any one (1) project by the Employer, a Lead Engineer shall be employed.

### Section 3B - Heavy Construction - Lead Engineer - State of Delaware

When seven (7) or more Engineers covered by this Agreement are employed on any one (1) project by the Employer, a Lead Engineer shall be employed.

### Section 3C - Highway Construction - Lead Engineer - State of Delaware

When seven (7) or more Engineers are employed on any one (1) project by one (1) Employer, a Lead Engineer shall be employed. He may be required to do repairs on equipment until nine (9) Engineers are employed.

### Section 4 - Weekly Pay - Building & Heavy - State of Delaware

When Employees covered by this Agreement report for starting work, they shall be entitled to work until the end of his job and shall not be replaced before the conclusion of their job except for just cause. If their job continues for more than five (5) days, said Employees shall be on a forty (40) hour weekly guarantee basis at the weekly rate for the elapsed working days while their job lasts. If rehired before the expiration of one (1) week, they shall be compensated for time lost.

### Section 4A - Employment on a Daily Basis - Building & Heavy - State of Delaware

Employees covered by this Agreement employed on a daily basis shall, unless notified at or before the termination of the preceding period, report for work at the regular period. If not started work within one (1) hour of the scheduled starting time, he shall be dismissed for the period and shall receive four (4) hours pay. If started to work, he shall receive eight (8) hours pay. If employed on a daily basis, he shall receive an additional twenty-five cents ($0.25) per hour.

### Section 5 - Daily and Weekly Pay - Highway - State of Delaware

Employees covered by this Agreement on jobs of five (5) days or less shall be on a daily basis and shall, unless notified at or before the termination of his preceding period, report for work on his regular period. If not started to work at his scheduled starting time, he shall be dismissed for the period and shall receive pay for two (2) hours. If started to work, he shall receive eight (8) hours pay. If his job continues for more than five (5) days, said Employee shall be on a weekly guarantee basis. If employed on a daily basis, he shall receive an additional twenty-five cents ($0.25) per hour.

On single shift work, the work days shall consist of any eight (8) consecutive hours worked between 6:00 a.m. and 6:00 p.m. The work week shall be Monday through Friday inclusive. Employees covered by this Agreement shall be guaranteed thirty-two (32) hours pay per week. From November 15th to March 15th of each year the guarantee shall be twenty-four (24) hours each week. Overtime shall be paid for all hours over eight (8) in one (1) day and forty (40) hours in one (1) week. All hours worked shall count toward the guaranteed work week.

### Section 6 - Multiple Shift Work - Building & Heavy - State of Delaware

When more than a single shift is employed, the first shift shall start at the option of the Employer, the second shift shall follow the first and the third shift shall follow the second. All work from midnight Friday to midnight Sunday shall be at the overtime rate. For pay purposes, the shift closest to the normal day shift shall be paid for at the straight time rate, and each other

shift shall receive ten percent (10%) additional for each hour paid. Any shift of less than three (3) days duration will be worked at the overtime rate, except with the consent of the Union. There shall be a one-half hour lunch period on each shift. On any shift overlap, overtime shall be paid for the overlap to one (1) shift only. The details of the shifts will be discussed with the Union prior to setting up. But under no circumstances shall there be more than eight (8) hours work without overtime pay or lunch period be other than between the third and fifth hour of work.

### Section 6A - Multiple Shift Work - Highway - State of Delaware

When more than a single shift is employed the first shift shall start at the option of the Contractor and shall be paid for at the straight time rate, the second shift shall follow the first, and be paid for at the straight time rate plus five percent (5%) for each hour worked, the third shift shall then follow the second and be paid for at the straight time rate and five percent (5%) per hour for each hour worked, provided however, the Contractor may elect to pay for the second shift, eight (8) hours pay for the $7^{1/2}$ hours worked and for the third shift eight (8) hours pay for seven (7) hours worked.

For pay purposes, the shift nearest 8:00 a.m. to 4:00 p.m. shall be the first shift, the shift nearest 4:00 p.m. to 12:00 midnight shall be the second shift and the shift nearest to 12:00 midnight to 8:00 a.m. shall be the third shift.

### Section 7 - Saturday - State of Delaware

Employees covered by this Agreement who are required to report on Saturdays shall receive two (2) hours pay at the applicable overtime rate, and if required to start work shall receive four (4) hours at the applicable overtime rate, and if required to work more than four (4) hours shall receive eight (8) hours pay at the overtime rate.

### Section 8 - Sunday and Holiday Pay - Building & Heavy - State of Delaware

The Holidays adopted are New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, or days celebrated as such. Work performed on Holidays shall be paid for at the double time rate, which includes Holiday Pay. Only in case of emergency shall work be performed on Labor Day. Employees covered by this Agreement on a weekly basis shall be paid for Holidays falling during the scheduled work week, provided such Employees worked the scheduled work day previous to the Holiday and the scheduled work day following the Holiday.

Employees covered by this Agreement reporting on the above Holidays or on Sundays shall receive twelve (12) hours pay, but if started to work shall receive sixteen (16) hours pay. If not started to work on the above mentioned days within one (1) hour of the scheduled starting time, he shall be dismissed for the period and receive twelve (12) hours pay at his regular straight time rate. Holidays falling on Saturday shall be recognized as a paid Holiday. In the Delaware Building and Heavy, the day after Thanksgiving will also be recognized as a Holiday. A Holiday falling on Saturday shall be recognized as a paid Holiday and celebrated on Friday. Holidays falling on Sunday shall be celebrated on Monday.

### Section 8A - Sunday and Holiday Pay - Highway - State of Delaware

Work performed on the following Holidays or days on which those Holidays are observed shall be paid for at the double time rate:  New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day, and Sundays. Only in case of an emergency shall work be performed on Labor Day. If any other days are observed as Holidays and work cannot be performed, any time worked on Saturday to make up for such Holidays shall be at the overtime rate. Employees required to work on any of the above Holidays shall receive sixteen (16) hours pay.

### Section 9 - Wage Payment Building & Heavy - State of Delaware

Employees covered by this Agreement shall be paid in cash or by check,  with a detachable pay stub containing all pertinent information, at the option of the Local Union each week at or before quitting time on the regular pay day.  The Employer shall not be permitted to retain more than three (3) days pay. Such Employees not paid promptly on the regular pay day or when dismissed shall be paid waiting time until paid, except where the delay is for reasons beyond the Employer's control.  Such waiting time shall not exceed eight (8) hours.

### Section 9A - Wage Payment - Highway - State of Delaware

Employees covered by this Agreement shall be paid in cash each week. Members of Delaware Contractors Association, may pay by check and can mail final check if unable to deliver at time of layoff.  Payment shall be made at or before quitting time on the regular pay day.  The Employers shall not be permitted to retain more than five (5) days pay.  Such Employees not paid on the regular pay day or when dismissed, shall be paid waiting time until paid, except where the delay is for reasons beyond the Employer's control.  Such waiting time shall not exceed four (4) hours.

### Section 9B - Building, Heavy & Highway - State of Delaware

Upon layoff, after notifying Referral Hall, check may be mailed if post marked within twenty-four (24) hours.

### Section 10 - Shifting Employees - Building & Heavy - State of Delaware

Employees covered by this Agreement may be shifted only twice during a day (Example - A-B-C or A-B-A).  The Employee shall receive the highest rate of pay for the day.

### Section 10A - Shifting Employees - Highway - State of Delaware

Employees covered by this Agreement may be shifted only four (4) times during a day in his own rate classification.

### Section 11 - Compressors - Building & Heavy - State of Delaware

An Operating Engineer will be required on compressors over 125 cubic feet.  With respect to compressors 125 cubic feet and under, it is hereby agreed the Employer may operate two (2) such units in all cases without the employment of an Engineer. Whenever three (3) or more compressors are used by the Employer on any one (1) project, then an Engineer must be employed.

### Section 11A - Compressors - Highway - State of Delaware

One (1) Engineer may operate as many compressors on any job as he can conveniently handle; provided however, at all times, jurisdiction over all compressors remains with the Operating Engineers Union.

An Engineer will not be required on compressors up to and including 200 cubic feet per minutes.

### Section 12 - Welding Equipment - Building & Heavy, State of Delaware

One (1) 300 amp or less piece of welding equipment may be operated without an Engineer. If more than one (1) piece of welding equipment of any size or larger than 300 amp is operated on the same day by the same Contractor on the same job site, an Engineer shall be required.  One (1) additional Engineer shall be employed for the fourth (4th) such machine and every three (3) thereafter. However, when one (1) compressor 125 cubic feet and under and one (1) piece of welding equipment 300 amp or less are used on the same day by the same Contractor on the same job site, an Engineer shall be required.  One (1) additional Engineer shall be employed for the fourth (4th) such machine and every three (3) thereafter.

**Section 12A - Welding Equipment - Highway - State of Delaware**

Two (2) 250 amp or less pieces of welding equipment may be operated without an Engineer.  If more than two (2) pieces of welding equipment of any size or larger than 250 amp are operated on the same day by the same Contractor on the same job site, an Engineer shall be required.  One (1) additional Engineer shall be employed for the fourth (4th) such machine and every three (3) thereafter.

At the option of the Union, a Miscellaneous Equipment Mechanic may be used to operate the above equipment.

Any three (3) pieces of equipment outlined in this Article not requiring the services of an Engineer singularly shall require the services of an Engineer, provided, one (1) additional Engineer, shall be employed for the fourth (4th) such machine and every three (3) thereafter.  However, when one (1) compressor 125 cubic feet and under and one (1) piece of welding equipment 300 amp or less are used on the same day by the same Contractor on the same job site, an Engineer shall be required.  One (1) additional Engineer shall be employed for the fourth (4th) such machine and every three (3) thereafter.

**Section 13 - Pumps - Building & Heavy - State of Delaware**

One (1) three (3) inch factory specification pump or its equivalent may be operated without an Engineer.  If more than one (1) pump of any size or larger than three (3) inches is operated on the same day by the same Employer on the same job site, an Engineer shall be required; provided however, that the operation of all pumps will remain with the jurisdiction of the Operating Engineers.

Pumps not requiring an Operating Engineer will be serviced by an Apprentice or an Operating Engineer on the job.  Submersible electric pumps will be manned only during productive work hours.

**Section 13A - Pumps - Highway - State of Delaware**

One (1) Engineer may operate as many pumps on any job as he can conveniently handle; provided however, at all times, jurisdiction over all pumps remains within the Operating Engineers Union.

A single pump up to and including five (5) inch discharge or more than one (1) pump not to exceed five (5) inches may be operated without the services of an Engineer, provided however, at all times, jurisdiction over all pumps remains within the Operating Engineers Union.

**Section 14 - Conveyors - Building & Heavy - State of Delaware**

One (1) building conveyor forty (40) feet or less may be operated without an Engineer, however, if conveyor is longer than forty (40) feet, or more than one (1) conveyor of any size is used by the same Contractor on the same day on the same job site, an Operating Engineer shall be employed.  One (1) Engineer may operate up to three (3) conveyors.  At all times, the jurisdiction of conveyors will remain with the Operating Engineers.  The General Contractor is responsible for compliance with this Section.

**Section 15 - Generators - State of Delaware**

One (1) electric generator or one (1) piece of similar equipment may be operated without the use of an Engineer, provided the rating of such generator or equipment does not exceed five thousand (5,000) watts.  The operation of electric generators will remain within the jurisdiction of the Operating Engineers.

**Section 16 - Space Heaters - State of Delaware**

One (1) space heater of 500,000 BTU or less may be operated without an Engineer.  If more than one (1) heater is operated on the same day by the same Contractor on the same job site, an

Engineer shall be required for each multiple of five (5) such units so operated.  The operation of space heaters will remain within the jurisdiction of the Operating Engineers.

**Section 17 - Shovels and Cranes - Building, Heavy & Highway - State of Delaware**

A.  All shovels and cranes, including cherry picker type machinery and equipment **80 tons and over**, and backhoes and truck mounted rigs shall require an Operating Engineer and an Apprentice/Oiler Engineer. **All crane Operators, backhoe and truck mounted rig Operators including pile driving rigs and drilling equipment shall be paid the Group I(A) or II(A) rate of pay as per the Agreement except where indicated in Section 17C.**

B.  It is agreed that an Apprentice/Oiler Engineer will be required on the following machinery and equipment:

(1)  Crawler backhoes and crawler gradalls over **four (4) cubic yards** factory rating; and

(2)  A single person operation truck crane **80 tons and over** factory rating and

(3)  Hydraulic backhoes over **four (4) cubic yards** factory rating; and

(4)  Cherry picker type machinery and equipment **80 tons and over** factory rating,

C.  On equipment listed in Section 17A and B hereof, the Employer will compensate the Operating Engineer of such equipment Wage Group I(A) or II(A), provided however, that Wage Group (I)A and II(A) does not apply to the following equipment:

(1)  Pippin type or other hydraulic backhoes of one (1) cubic yard or less; and

(2)  Cherry picker less than 15 ton factory rating;

(Normal maintenance will be done during the regular work day.)

Should a second person be required **/needed** on a machine, it will be within the Operating Engineers jurisdiction.

The Apprentice Engineer or Oiler shall be under the direct supervision of the Engineer to whom he is assigned.  His or her duties at the discretion of the Employer may include, but are not limited to, cleaning, oiling, greasing, hook mats, spot trucks, change cables, change booms, signal crane, or any other non-jurisdictional work directly involved with his or her piece of equipment.  He may service his or her piece of equipment during the lunch period without premium pay, if permitted to take an equivalent period immediately before or after the scheduled lunch period.  With the exception of the lunch period, at no time can a machine requiring an Apprentice Engineer/Oiler or machines falling under Wage Group I(A) and Wage Group II(A) work or travel under own power or be repaired without a full crew.  Grease truck personnel may work other than the regular shift at the shift differential rate.

On all machines with booms, jibs, masts, and leads 100 feet from ground up, fifty cents ($.50) per hour additional will be paid for each increment  of 25 feet over 100 feet.  On machines with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operating Engineers will be required.  Boom is to be measured from the ground, to the heel, to the tip of the boom.

All derricks shall require an Apprentice Engineer or Oiler. One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

**Section 18 - Concrete Pumps - Building, Heavy & Highway - State of Delaware**
Provision for an Apprentice/Oiler to be waived, on concrete pumps as follows:

(a)  For boom used in a stationary position.

(b) For boom type concrete truck that has **196 feet (61 meters)** of boom length or less that is involved in a **350** yard of concrete pour, or less, per eight (8) hour work day.

1.  Should a second person be required**/needed**, the work will be assigned to an Operating Engineer as that of an Apprentice/Oiler.

2.  Should the boom not be in the sight of the Operator, then the Employer will engage an Apprentice/Oiler.

3.  **All Boom Pump Operators** will be paid Wage Group I(A).

The Apprentice/Oiler shall be under the direct supervision of the Engineer to whom he is assigned.  His duties at the discretion of the Employer may include, but are not limited to, cleaning, oiling, greasing, hook mats, spot trucks, change cables, change booms, signal crane, or any other non-jurisdictional work directly involved with his piece of equipment.  He may service his piece of equipment during the lunch period without premium pay, if permitted to take an equivalent period immediately before or after the scheduled lunch period.  With the exception of the lunch period, at no time can a machine requiring an Apprentice/Oiler work or travel under own power or be repaired without a full crew.  Grease truck personnel may work other than the regular shift at the shift differential rate.

### Section 19 - Tower Type Cranes

All tower type cranes shall require two (2) Engineers.  The erecting, dismantling, jumping and jacking shall be done by the crew of Engineers, if additional men are needed, they shall be hired from the Union's Referral List in accordance with the referral system under this Agreement. The crew will remain on the job for the applicable work shift. Tower cranes calculated from ground up and out for purpose of boom pay, **and receive the Group I(A) Wage Group of pay.**

### Section 20 - Dual-Purpose Machines - State of Delaware

Dual-purpose machines shall carry the Wage Group II rate of pay. Dual-purpose machine means any machine with additional attachments that is capable of and is operated to perform two (2) functions or more at the same time or on the same day.

### Section 21 - Safety and Element Protection - State of Delaware

Employees shall be properly protected from material and the elements.

The parties have a mutual responsibility to cooperate in developing mutually satisfactory means of achieving continuing improvement in the safety conditions in the industry.  Members of the Union and the Employer shall comply with all safety measures required under City, County, State, and Federal Safety Rules and Regulations.

The Employer and the Union will develop and keep up to date a written safety program. This safety program will include a Joint Safety Committee, which will meet regularly.  All safety equipment required by this program shall be furnished by the Employer.

### Section 22 - Winter Heat - State of Delaware

Operators of electric, gas, diesel, or skeleton machines during winter weather shall be provided with heat.

### Section 23 - Minor Repair Work - State of Delaware

Operator shall do minor repair work on the machine as is required by the Employer, provided this shall not be used for the purpose of reducing the number of Maintenance Engineers who would ordinarily be employed on the job.

Repair work done on overtime shall be paid for at the applicable overtime rate. Maintenance Engineers shall be required to furnish tools.

### Section 24 - Outside Power - State of Delaware

When the Employer obtains power from a permanent or temporary plant, i.e. steam, compressed air, hydraulic, or other power, for the operating of any machine or automatic tools, or for the purpose of furnishing temporary heat for heating materials or to buildings under course of construction or used in construction of new buildings, additions, alterations, or repairs thereto; Employees covered hereunder shall man and operate such permanent or temporary plant from which source of power is supplied.  In the event that the Employer is unable to arrange this, Engineers shall man all valves or other outlets of such source of power as is used by the Employer and shall be paid the rate of wages applicable to the classification of work in which he is employed subject to Article XIII, Section 1.  The General Contractor will assume responsibility for manning the source of power for himself and his Sub-Contractors.  In the case of heat, regardless of source, for construction purposes, it is agreed that manning for comfort heat will be required only when men are working.  If twenty-four (24) hour, seven (7) day heat coverage is required for construction purposes, a four (4) man - six (6) hour shift schedule may be used to minimize overtime.

Overtime will be paid for all hours worked over forty (40) hours per week on the four (4) man - six (6) hour schedule only.  Manning shall be required when building is under construction but shall be discontinued when interior construction is substantially complete.

### Section 25 - Boat Captain - State of Delaware

On all power boats or water crafts used in conjunction with construction, the work performed by the Captain and Maintenance Engineer shall be assigned to Employees covered by this Agreement.

### Section 26 - All Hoists and Elevators - State of Delaware

An Engineer shall be employed on all elevators or hoists (freight or passenger) where used for handling of freight, including building materials, furniture, office equipment, and all tools or equipment of any other craft, subject to Article XIII, Section 1. The General Contractor shall either furnish or require the hiring of a hoist Operator (elevator Operator) when used by the General Contractor or by the Sub-Contractor.

### Section 27 - Hazardous Waste Language - State of Delaware

All Toxic/Hazardous projects will be subject to any and all safety regulations and insurance provisions that may be required by the appropriate governmental agencies.

Operating Engineers dispatched to any job site requiring any Haz-Mat Certification or required to work on any site requiring Haz-Mat Certification shall receive the Haz-Mat rate of pay as outlined in Wage Group VII A or B once the site is designated as a Hazardous Waste Site.

### Section 28 - Owner/Operator - State of Delaware

The parties hereto will provide for the Owner/Operator and the contribution required for Health and Welfare Coverage.

## BUILDING/HEAVY RATES FOR THE STATE OF DELAWARE
### OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP I Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
| HOURLY RATE | | | $39.42 | | $40.96 | | $42.51 | | $44.06 | | $45.60 |
| H & W | 0.160 | *$6.58 | $12.89 | *$6.58 | $13.14 | *$6.58 | $13.38 | *$6.58 | $13.62 | *$6.58 | $13.87 |
| PENSION | 0.105 | | $4.14 | | $4.30 | | $4.46 | | $4.63 | | $4.79 |
| APPR. TR. | 0.010 | $0.60 | $0.99 | $0.60 | $1.01 | $0.60 | $1.03 | $0.60 | $1.04 | $0.60 | $1.06 |
| S.U.B. | 0.020 | $0.18 | $0.97 | $0.18 | $1.00 | $0.18 | $1.03 | $0.18 | $1.06 | $0.18 | $1.09 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $65.41 | $7.36 | $67.41 | $7.36 | $69.41 | $7.36 | $71.41 | $7.36 | $73.41 |

| | |
|---|---|
| Handling Steel And Stone | Helicopter |
| In Connection With Erection | Concrete Pumps |
| Cranes *** | High Rail/Burro Crane |
| Any Machines Handling Machinery | Rail Loader (Winch Boom Type) |
| Cable Spinning Machine | Spider/Mini Crane |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications
***Refer to Section 17, Paragraph C

| WAGE GROUP I(A) Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
| HOURLY RATE | | | $42.42 | | $43.96 | | $45.51 | | $47.05 | | $48.59 |
| H & W | 0.160 | *$6.58 | $13.37 | *$6.58 | $13.61 | *$6.58 | $13.85 | *$6.58 | $14.11 | *$6.58 | $14.36 |
| PENSION | 0.105 | | $4.45 | | $4.62 | | $4.78 | | $4.94 | | $5.10 |
| APPR. TR. | 0.010 | $0.60 | $1.02 | $0.60 | $1.04 | $0.60 | $1.06 | $0.60 | $1.07 | $0.60 | $1.09 |
| S.U.B. | 0.020 | $0.18 | $1.03 | $0.18 | $1.06 | $0.18 | $1.09 | $0.18 | $1.12 | $0.18 | $1.15 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $69.29 | $7.36 | $71.29 | $7.36 | $73.29 | $7.36 | $75.29 | $7.36 | $77.29 |

| | |
|---|---|
| Handling Steel And Stone | Concrete Pumps |
| In Connection With Erection | High Rail/Burro Crane |
| Cranes *** | Rail Loader (Winch Boom Type) |
| Any Machines Handling Machinery | |

**Single Person Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group I(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications
***Refer to Section 17, Paragraph C

**BUILDING/HEAVY RATES FOR THE STATE OF DELAWARE**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP II | Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | | $39.08 | | $40.62 | | $42.16 | | $43.70 | | $45.25 |
| H & W | 0.160 | *$6.58 | $12.83 | *$6.58 | $13.07 | *$6.58 | $13.33 | *$6.58 | $13.58 | *$6.58 | $13.82 |
| PENSION | 0.105 | | $4.10 | | $4.27 | | $4.43 | | $4.59 | | $4.75 |
| APPR. TR. | 0.010 | $0.60 | $0.99 | $0.60 | $1.01 | $0.60 | $1.02 | $0.60 | $1.04 | $0.60 | $1.05 |
| S.U.B. | 0.020 | $0.18 | $0.96 | $0.18 | $0.99 | $0.18 | $1.02 | $0.18 | $1.05 | $0.18 | $1.09 |
| ANNUITY | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 | |
| PIN POINT | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 | |
| TOTAL | 0.295 | $7.36 | $64.96 | $7.36 | $66.96 | $7.36 | $68.96 | $7.36 | $70.96 | $7.36 | $72.96 |

All Types Of Cranes
All Types Of Backhoes ***
Cableways
Conveyor Loaders (Euclid-Type Wheel)
Drag Lines
All Types Of Shovels
Derricks
Trench Shovels
Trenching Machines
Pippin Type Backhoes
Hoist With Two Towers
All Pavers (Concrete And Blacktop)
All Types Of Overhead Cranes
Building Hoists - Double Drum
  (Unless Used As A Single Drum)
Milling Machine
Mucking Machines In Tunnel
Gradalls
Front-End Loaders
Bulldozers And Tractors
Boat Captain
Keystones
Tandem Scrapers
Tower Type Crane Operation, Erecting,
  Dismantling, Jumping Or Jacking
Drills Self-Contained (Drillmaster Type)
Hydro Vac Truck/Excavator
High Pressure Pumps

Chipper With Boom
Tree Spade
Concrete Breaking Machines
  (Guillotine Type And Remote Type)
Forklift
Motor Patrols (Fine Grade)
Batch Plant With Mixer
All Autograde And Concrete Finishing
  Machines(Excluding Trowel Machines)
Carryalls, Scrapers & Tournapulls
Rollers (High Grade Finishing)
Mechanic - Welder
Spreaders (Asphalt)
Side Boom
Bobcat Type (All Attachments)
Vermeer Saw Type Machine
  (Other Than Hand Held)
Directional Boring Machines
Tractor Mounted Hydro Axe
Bundle Puller-Extractors (Tubular Type)
Production Switch Tamper
Ballast Regulators
Tie Replacer
Rail/Road Loader
Power Jack Liner
Portable Rock Crusher
Articulated End/Rear Dump

**Machines similar to above including remote, robotic, or laser control equipment**

---

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications
***Refer to Section 17, Paragraph C

---

**BUILDING/HEAVY RATES FOR THE STATE OF DELAWARE**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP II(A) Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $42.08 | | $43.62 | | $45.17 | | $46.71 | | $48.26 |
| H & W | 0.160 | *$6.58 | $13.31 | *$6.58 | $13.56 | *$6.58 | $13.81 | *$6.58 | $14.06 | *$6.58 | $14.29 |
| PENSION | 0.105 | | $4.42 | | $4.58 | | $4.74 | | $4.90 | | $5.07 |
| APPR. TR. | 0.010 | $0.60 | $1.02 | $0.60 | $1.04 | $0.60 | $1.05 | $0.60 | $1.07 | $0.60 | $1.08 |
| S.U.B. | 0.020 | $0.18 | $1.02 | $0.18 | $1.05 | $0.18 | $1.08 | $0.18 | $1.11 | $0.18 | $1.15 |
| ANNUITY | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $68.85 | $7.36 | $70.85 | $7.36 | $72.85 | $7.36 | $74.85 | $7.36 | $76.85 |

**Single Person Operation Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Etc. Cranes Doing Hook Work Will Be Paid Wage Group I(A).**

**Crawler Backhoes And Crawler Gradalls Over One (1) Cubic Yard Factory Rating, Hydraulic Backhoes Over One (1) Cubic Yard Factory Rating.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group II(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP III Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 |
| HOURLY RATE | | $36.89 | | $38.44 | | $39.98 | | $41.52 | | $43.06 |
| H & W | 0.160 | *$6.58 | $12.48 | *$6.58 | $12.72 | *$6.58 | $12.97 | *$6.58 | $13.22 | *$6.58 | $13.48 |
| PENSION | 0.105 | | $3.87 | | $4.04 | | $4.20 | | $4.36 | | $4.52 |
| APPR. TR. | 0.010 | $0.60 | $0.97 | $0.60 | $0.98 | $0.60 | $1.00 | $0.60 | $1.02 | $0.60 | $1.03 |
| S.U.B. | 0.020 | $0.18 | $0.92 | $0.18 | $0.95 | $0.18 | $0.98 | $0.18 | $1.01 | $0.18 | $1.04 |
| ANNUITY | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $62.13 | $7.36 | $64.13 | $7.36 | $66.13 | $7.36 | $68.13 | $7.36 | $70.13 |

Conveyors (Except Building Conveyors)  Concrete Breaking Machines
Asphalt Plant Engineers  Rollers
High Or Low Pressure Boilers  Fine Grade Machines
Well Drillers  Elevator Operator (New Construction)
Forklift Trucks All Types  Building Hoists (Single Drum)
Ditch Witch Type Trenchers  Stump Grinder
Motor Patrols

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

**BUILDING/HEAVY RATES FOR THE STATE OF DELAWARE**
**OPERATING ENGINEERS - LOCAL 542**

| WAGE GROUP IV Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $36.50 | | $38.04 | | $39.59 | | $41.13 | | $42.67 |
| H & W | 0.160 | *$6.58 | $12.42 | *$6.58 | $12.67 | *$6.58 | $12.90 | *$6.58 | $13.16 | *$6.58 | $13.41 |
| PENSION | 0.105 | | $3.83 | | $3.99 | | $4.16 | | $4.32 | | $4.48 |
| APPR. TR. | 0.010 | $0.60 | $0.96 | $0.60 | $0.98 | $0.60 | $1.00 | $0.60 | $1.01 | $0.60 | $1.03 |
| S.U.B. | 0.020 | $0.18 | $0.91 | $0.18 | $0.94 | $0.18 | $0.97 | $0.18 | $1.00 | $0.18 | $1.03 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $61.62 | $7.36 | $63.62 | $7.36 | $65.62 | $7.36 | $67.62 | $7.36 | $69.62 |

| | | |
|---|---|---|
| Seamen Pulverizing Mixer | Farm Tractors | Power Broom(Self-Contained) |
| Tire Man On Power Equipment | Form Line Graders | Seed Spreader |
| Maintenance Engineer (Power Boat) | Road Finishing Machine | Grease Truck |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP V Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $34.46 | | $36.00 | | $37.54 | | $39.09 | | $40.64 |
| H & W | 0.160 | *$6.58 | $12.09 | *$6.58 | $12.34 | *$6.58 | $12.59 | *$6.58 | $12.84 | *$6.58 | $13.07 |
| PENSION | 0.105 | | $3.62 | | $3.78 | | $3.94 | | $4.10 | | $4.27 |
| APPR. TR. | 0.010 | $0.60 | $0.94 | $0.60 | $0.96 | $0.60 | $0.98 | $0.60 | $0.99 | $0.60 | $1.01 |
| S.U.B. | 0.020 | $0.18 | $0.87 | $0.18 | $0.90 | $0.18 | $0.93 | $0.18 | $0.96 | $0.18 | $0.99 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $58.98 | $7.36 | $60.98 | $7.36 | $62.98 | $7.36 | $64.98 | $7.36 | $66.98 |

| | | |
|---|---|---|
| Conveyors (Building) | Wellpoints | Miscellaneous Equipment Operator |
| Welding Machines | Compressors | Elevator Operators (Renovations) |
| Heaters | Pumps | House Car |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP VI Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $33.86 | | $35.41 | | $36.96 | | $38.50 | | $40.05 |
| H & W | 0.160 | *$6.58 | $12.00 | *$6.58 | $12.25 | *$6.58 | $12.49 | *$6.58 | $12.74 | *$6.58 | $12.99 |
| PENSION | 0.105 | | $3.56 | | $3.72 | | $3.88 | | $4.04 | | $4.20 |
| APPR. TR. | 0.010 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 | $0.60 | $0.99 | $0.60 | $1.00 |
| S.U.B. | 0.020 | $0.18 | $0.86 | $0.18 | $0.89 | $0.18 | $0.92 | $0.18 | $0.95 | $0.18 | $0.98 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $58.22 | $7.36 | $60.22 | $7.36 | $62.22 | $7.36 | $64.22 | $7.36 | $66.22 |

| | |
|---|---|
| Fireman | Grease Truck Helper |
| Oilers and Deck Hands (Personnel Boats) | Dingo Type Machinery/Walk Behind Equipment |
| Hydro Vac Helper | |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## APPRENTICE ADDENDUM

APPRENTICES subject to availability, will be referred to each Employer at the ratio of one Apprentice to each six (1:6) Journey–members employed.  Hoisting machines, as defined in the Collective Bargaining Agreement, will not be computed into this ratio.  Hoisting machines will continue to be manned as required in the Agreement.

THE EMPLOYER shall not lay-off an Apprentice for lack of work unless notice has been given to the Local at least twenty-four (24) hours prior to lay-off.  When equipment is shut-down the Apprentice will not replace the Journey-member.

THE CLASSIFICATION of Apprentice (e.g. First Year, Second Year, etc.) shall be defined by the Apprenticeship and Training Coordinator.  Apprentices, upon the successful completion of each incremental milestone, shall receive a 5% step rate increase based on the Group I Classification:

THE parties agree to comply with the standards of Apprenticeship for Operating Engineers as established by the Joint Apprenticeship and Training Committee.  The Apprentice shall assume such duties as are agreed to by the Joint Apprentice and Training Trustees.

| | | |
|---|---|---|
| (a) | Probation to first six months of Registered Apprentices: | 50% |
| (b) | Second six months of Apprenticeship to successful completion of first year: | 55% |
| (c) | Third six months of Registered Apprenticeship: | 60% |
| (d) | Fourth six months of Apprenticeship to successful completion of second year: | 65% |
| (e) | Fifth six months of Registered Apprenticeship: | 70% |
| (f) | Sixth six months of Apprenticeship to successful completion of third year: | 75% |
| (g) | Seventh six months of Registered Apprenticeship: | 80% |
| (h) | Eighth six months of Apprenticeship to completion of program: | 85% |

## BUILDING/HEAVY RATES FOR THE STATE OF DELAWARE
## OPERATING ENGINEERS - LOCAL 542

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### FOURTH YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $34.91 | | $35.30 | | $36.07 | | $36.84 | | $37.61 |
| H & W | 0.160 | *$6.58 | $12.16 | *$6.58 | $12.22 | *$6.58 | $12.35 | *$6.58 | $12.47 | *$6.58 | $12.60 |
| PENSION | 0.105 | | $3.67 | | $3.71 | | $3.79 | | $3.87 | | $3.95 |
| APPR. TR. | 0.010 | $0.60 | $0.95 | $0.60 | $0.95 | $0.60 | $0.96 | $0.60 | $0.97 | $0.60 | $0.98 |
| S.U.B. | 0.020 | $0.18 | $0.88 | $0.18 | $0.89 | $0.18 | $0.90 | $0.18 | $0.92 | $0.18 | $0.93 |
| ANNUITY | | | $4.75 | | $5.25 | | $5.25 | | $5.25 | | $5.25 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $58.32 | $7.36 | $59.32 | $7.36 | $60.32 | $7.36 | $61.32 | $7.36 | $62.32 |

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### THIRD YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $32.12 | | $32.50 | | $33.27 | | $34.04 | | $34.82 |
| H & W | 0.160 | *$6.58 | $11.72 | *$6.58 | $11.78 | *$6.58 | $11.91 | *$6.58 | $12.04 | *$6.58 | $12.14 |
| PENSION | 0.105 | | $3.37 | | $3.41 | | $3.49 | | $3.57 | | $3.66 |
| APPR. TR. | 0.010 | $0.60 | $0.92 | $0.60 | $0.93 | $0.60 | $0.93 | $0.60 | $0.94 | $0.60 | $0.95 |
| S.U.B. | 0.020 | $0.18 | $0.82 | $0.18 | $0.83 | $0.18 | $0.85 | $0.18 | $0.86 | $0.18 | $0.88 |
| ANNUITY | | | $3.25 | | $3.75 | | $3.75 | | $3.75 | | $3.75 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $53.20 | $7.36 | $54.20 | $7.36 | $55.20 | $7.36 | $56.20 | $7.36 | $57.20 |

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### SECOND YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $29.38 | | $29.76 | | $30.53 | | $31.31 | | $32.08 |
| H & W | 0.160 | *$6.58 | $11.28 | *$6.58 | $11.34 | *$6.58 | $11.46 | *$6.58 | $11.58 | *$6.58 | $11.71 |
| PENSION | 0.105 | | $3.08 | | $3.12 | | $3.21 | | $3.29 | | $3.37 |
| APPR. TR. | 0.010 | $0.60 | $0.89 | $0.60 | $0.90 | $0.60 | $0.91 | $0.60 | $0.91 | $0.60 | $0.92 |
| S.U.B. | 0.020 | $0.18 | $0.77 | $0.18 | $0.78 | $0.18 | $0.79 | $0.18 | $0.81 | $0.18 | $0.82 |
| ANNUITY | | | $3.25 | | $3.75 | | $3.75 | | $3.75 | | $3.75 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $49.65 | $7.36 | $50.65 | $7.36 | $51.65 | $7.36 | $52.65 | $7.36 | $53.65 |

| APPRENTICE RATES Eff. Date | | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### FIRST YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $26.61 | | $27.01 | | $27.77 | | $28.55 | | $29.32 |
| H & W | 0.160 | *$6.58 | $10.85 | *$6.58 | $10.89 | *$6.58 | $11.02 | *$6.58 | $11.14 | *$6.58 | $11.27 |
| PENSION | 0.105 | | $2.79 | | $2.84 | | $2.92 | | $3.00 | | $3.08 |
| APPR. TR. | 0.010 | $0.60 | $0.87 | $0.60 | $0.87 | $0.60 | $0.88 | $0.60 | $0.89 | $0.60 | $0.89 |
| S.U.B. | 0.020 | $0.18 | $0.71 | $0.18 | $0.72 | $0.18 | $0.74 | $0.18 | $0.75 | $0.18 | $0.77 |
| ANNUITY | | | $3.25 | | $3.75 | | $3.75 | | $3.75 | | $3.75 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $46.08 | $7.36 | $47.08 | $7.36 | $48.08 | $7.36 | $49.08 | $7.36 | $50.00 |

\* Surcharge

\*\*Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## STATE OF DELAWARE BUILDING AND HEAVY

## LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS

The hourly rates on the daily basis shall be twenty-five cents ($0.25) per hour in addition to the hourly rate on the weekly basis listed for each classification.

The rate of wages for a Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis for the same Employer on the same project. The Assistant Lead Engineer, when employed, shall be paid ninety cents ($0.90) per hour above the highest wage of pay of any Engineer employed on a weekly basis by the Employer on the same project.

All mixers under 21E with power loading skip shall be operated by an Apprentice Engineer or Oiler.

On all machines with booms, jibs, masts, and leads 100 feet from ground up, fifty cents ($.50) per hour additional will be paid for each increment of 25 feet over 100 feet.  On machines with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operating Engineers will be required.  Boom is to be measured from the ground, to the heel, to the tip of the boom.

Tower cranes calculated from ground up and out for purpose of boom pay.

All derricks shall require an Apprentice Engineer or Oiler.  One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

# HIGHWAY RATES FOR THE STATE OF DELAWARE
## OPERATING ENGINEERS – LOCAL 542

| WAGE GROUP I Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $36.16 | | $37.71 | | $39.25 | | $40.80 | | $42.34 |
| H & W | 0.160 | *$6.58 | $12.37 | *$6.58 | $12.61 | *$6.58 | $12.86 | *$6.58 | $13.10 | *$6.58 | $13.35 |
| PENSION | 0.105 | | $3.80 | | $3.96 | | $4.12 | | $4.28 | | $4.45 |
| APPR. TR. | 0.010 | $0.60 | $0.96 | $0.60 | $0.98 | $0.60 | $0.99 | $0.60 | $1.01 | $0.60 | $1.02 |
| S.U.B. | 0.020 | $0.18 | $0.90 | $0.18 | $0.93 | $0.18 | $0.97 | $0.18 | $1.00 | $0.18 | $1.03 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $61.19 | $7.36 | $63.19 | $7.36 | $65.19 | $7.36 | $67.19 | $7.36 | $69.19 |

Pippin Type Backhoes  
Euclid Load  
All Types of Cranes  
All Types of Backhoes  
Drag Lines  
All Types of Shovels

Keystones  
All Pavers (Blacktop and Concrete)  
Trenching Machines  
Cableways  
All Loaders 2 Cubic Yards and Over  
Spider/Mini Crane

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP I(A) Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $39.16 | | $40.71 | | $42.25 | | $43.79 | | $45.33 |
| H & W | 0.160 | *$6.58 | $12.85 | *$6.58 | $13.09 | *$6.58 | $13.33 | *$6.58 | $13.58 | *$6.58 | $13.84 |
| PENSION | 0.105 | | $4.11 | | $4.27 | | $4.44 | | $4.60 | | $4.76 |
| APPR. TR. | 0.010 | $0.60 | $0.99 | $0.60 | $1.01 | $0.60 | $1.02 | $0.60 | $1.04 | $0.60 | $1.05 |
| S.U.B. | 0.020 | $0.18 | $0.96 | $0.18 | $0.99 | $0.18 | $1.03 | $0.18 | $1.06 | $0.18 | $1.09 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $65.07 | $7.36 | $67.07 | $7.36 | $69.07 | $7.36 | $71.07 | $7.36 | $73.07 |

All Types of Cranes  
All Types of Backhoes  
Drag Lines

All Types of Shovels  
Keystones  
Cableways

**Single Person Truck Cranes 15 Ton And Over Factory Rating, And Cherry Picker Type Machinery And Equipment 15 Ton And Over Factory Rating, Etc.**

**Crawler Backhoes And Crawler Gradalls Over One (1) Cubic Yard Factory Rating, Hydraulic Backhoes Over One (1) Cubic Yard Factory Rating.**

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group I(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

# HIGHWAY RATES FOR THE STATE OF DELAWARE
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP II | Rate | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $34.11 | | $35.65 | | $37.20 | | $38.74 | | $40.28 |
| H & W | 0.160 | *$6.58 | $12.04 | *$6.58 | $12.29 | *$6.58 | $12.53 | *$6.58 | $12.78 | *$6.58 | $13.03 |
| PENSION | 0.105 | | $3.58 | | $3.74 | | $3.91 | | $4.07 | | $4.23 |
| APPR. TR. | 0.010 | $0.60 | $0.94 | $0.60 | $0.96 | $0.60 | $0.97 | $0.60 | $0.99 | $0.60 | $1.00 |
| S.U.B. | 0.020 | $0.18 | $0.86 | $0.18 | $0.89 | $0.18 | $0.92 | $0.18 | $0.95 | $0.18 | $0.99 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $58.53 | $7.36 | $60.53 | $7.36 | $62.53 | $7.36 | $64.53 | $7.36 | $66.53 |

| | |
|---|---|
| Carryalls | Conveyor Loader |
| Tournapulls | All Loaders Under 2 Cubic Yards |
| Concrete Pumps | Chipper With Boom |
| Asphalt Plant Engineers | Side Boom |
| Well Drillers | Bobcat-Type Loader(All Attachments) |
| All Bulldozers | Vermeer Saw |
| Tractors | Directional Boring Machine |
| Maintenance Engineer | Hydro-Axe |
| Welders | Hydro Vac Truck/Excavator |
| Articulated End/Rear Dump | High Pressure Pumps |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP II(A) | Rate | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $37.11 | | $38.66 | | $40.20 | | $41.75 | | $43.29 |
| H & W | 0.160 | *$6.58 | $12.52 | *$6.58 | $12.76 | *$6.58 | $13.02 | *$6.58 | $13.26 | *$6.58 | $13.50 |
| PENSION | 0.105 | | $3.90 | | $4.06 | | $4.22 | | $4.38 | | $4.55 |
| APPR. TR. | 0.010 | $0.60 | $0.97 | $0.60 | $0.99 | $0.60 | $1.00 | $0.60 | $1.02 | $0.60 | $1.03 |
| S.U.B. | 0.020 | $0.18 | $0.92 | $0.18 | $0.95 | $0.18 | $0.98 | $0.18 | $1.01 | $0.18 | $1.05 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $62.42 | $7.36 | $64.42 | $7.36 | $66.42 | $7.36 | $68.42 | $7.36 | $70.42 |

Concrete Pumps, etc.

**All Equipment In This Group Which Previously Received The Hour In Lieu Of An Oiler Will Receive Wage Group I(A).**

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## <u>HIGHWAY</u> RATES FOR THE STATE OF DELAWARE
## OPERATING ENGINEERS - LOCAL 542

| WAGE GROUP III Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $33.75 | | $35.29 | | $36.83 | | $38.38 | | $39.92 |
| H & W | 0.160 | *$6.58 | $11.98 | *$6.58 | $12.22 | *$6.58 | $12.47 | *$6.58 | $12.72 | *$6.58 | $12.97 |
| PENSION | 0.105 | | $3.54 | | $3.71 | | $3.87 | | $4.03 | | $4.19 |
| APPR. TR. | 0.010 | $0.60 | $0.94 | $0.60 | $0.95 | $0.60 | $0.97 | $0.60 | $0.98 | $0.60 | $1.00 |
| S.U.B. | 0.020 | $0.18 | $0.85 | $0.18 | $0.89 | $0.18 | $0.92 | $0.18 | $0.95 | $0.18 | $0.98 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $58.06 | $7.36 | $60.06 | $7.36 | $62.06 | $7.36 | $64.06 | $7.36 | $66.06 |

| | |
|---|---|
| Form Line Grader | Pumps Two Or More Any Size |
| Farm Tractor | Well Point Pumps |
| Road Finishing Machine | Concrete Braking Machines |
| Concrete Spreader | Roller (Grade Fill And Stone Base) |
| Fine Grade Machines | Power Broom |
| Compressors | Stump Grinder |
| Pumps (4 Inches And Over) | Fireman |

**Machines similar to above including remote, robotic, or laser control equipment**

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

| WAGE GROUP IV Eff. Date | | Surcharge 17 | 05/01/17 | Surcharge 18 | 05/01/18 | Surcharge 19 | 05/01/19 | Surcharge 20 | 05/01/20 | Surcharge 21 | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $31.86 | | $33.40 | | $34.94 | | $36.49 | | $38.03 |
| H & W | 0.160 | *$6.58 | $11.67 | *$6.58 | $11.92 | *$6.58 | $12.17 | *$6.58 | $12.42 | *$6.58 | $12.67 |
| PENSION | 0.105 | | $3.34 | | $3.51 | | $3.67 | | $3.83 | | $3.99 |
| APPR. TR. | 0.010 | $0.60 | $0.92 | $0.60 | $0.93 | $0.60 | $0.95 | $0.60 | $0.96 | $0.60 | $0.98 |
| S.U.B. | 0.020 | $0.18 | $0.82 | $0.18 | $0.85 | $0.18 | $0.88 | $0.18 | $0.91 | $0.18 | $0.94 |
| ANNUITY | | | $6.00 | | $6.00 | | $6.00 | | $6.00 | | $6.00 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $55.61 | $7.36 | $57.61 | $7.36 | $59.61 | $7.36 | $61.61 | $7.36 | $63.61 |

Oilers
Dingo Type Machinery/Walk Behind Equipment
Hydro Vac Helper

*Surcharge
**Toxic/Hazardous Waste Removal Rate-Twenty percent (20%) Added To All Classifications

## APPRENTICE ADDENDUM

**APPRENTICES** subject to availability, will be referred to each Employer at the ratio of one Apprentice to each six (1:6) Journey–members employed.  Hoisting machines, as defined in the Collective Bargaining Agreement, will not be computed into this ratio.  Hoisting machines will continue to be manned as required in the Agreement.

**THE EMPLOYER** shall not lay-off an Apprentice for lack of work unless notice has been given to the Local at least twenty-four (24) hours prior to lay-off.  When equipment is shut-down the Apprentice will not replace the Journey-member.

**THE CLASSIFICATION** of Apprentice (e.g. First Year, Second Year, etc.) shall be defined by the Apprenticeship and Training Coordinator.  Apprentices, upon the successful completion of each incremental milestone, shall receive a 5% step rate increase based on the Group I Classification:

**THE** parties agree to comply with the standards of Apprenticeship for Operating Engineers as established by the Joint Apprenticeship and Training Committee.  The Apprentice shall assume such duties as are agreed to by the Joint Apprentice and Training Trustees.

| | | |
|---|---|---|
| (a) | Probation to first six months of Registered Apprentices: | 50% |
| (b) | Second six months of Apprenticeship to successful completion of first year: | 55% |
| (c) | Third six months of Registered Apprenticeship: | 60% |
| (d) | Fourth six months of Apprenticeship to successful completion of second year: | 65% |
| (e) | Fifth six months of Registered Apprenticeship: | 70% |
| (f) | Sixth six months of Apprenticeship to successful completion of third year: | 75% |
| (g) | Seventh six months of Registered Apprenticeship: | 80% |
| (h) | Eighth six months of Apprenticeship to completion of program: | 85% |

# HIGHWAY RATES FOR THE STATE OF DELAWARE
## OPERATING ENGINEERS – LOCAL 542

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### FOURTH YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $32.23 | | $32.62 | | $33.39 | | $34.16 | | $34.93 |
| H & W | 0.160 | *$6.58 | $11.75 | *$6.58 | $11.80 | *$6.58 | $11.92 | *$6.58 | $12.05 | *$6.58 | $12.17 |
| PENSION | 0.105 | | $3.38 | | $3.42 | | $3.51 | | $3.59 | | $3.67 |
| APPR. TR. | 0.010 | $0.60 | $0.92 | $0.60 | $0.93 | $0.60 | $0.93 | $0.60 | $0.94 | $0.60 | $0.95 |
| S.U.B. | 0.020 | $0.18 | $0.82 | $0.18 | $0.83 | $0.18 | $0.85 | $0.18 | $0.86 | $0.18 | $0.88 |
| ANNUITY | | | $4.75 | | $5.25 | | $5.25 | | $5.25 | | $5.25 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $54.85 | $7.36 | $55.85 | $7.36 | $56.85 | $7.36 | $57.85 | $7.36 | $58.85 |

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### THIRD YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $29.89 | | $30.27 | | $31.04 | | $31.82 | | $32.59 |
| H & W | 0.160 | *$6.58 | $11.35 | *$6.58 | $11.42 | *$6.58 | $11.55 | *$6.58 | $11.66 | *$6.58 | $11.79 |
| PENSION | 0.105 | | $3.14 | | $3.18 | | $3.26 | | $3.34 | | $3.42 |
| APPR. TR. | 0.010 | $0.60 | $0.90 | $0.60 | $0.90 | $0.60 | $0.91 | $0.60 | $0.92 | $0.60 | $0.93 |
| S.U.B. | 0.020 | $0.18 | $0.78 | $0.18 | $0.79 | $0.18 | $0.80 | $0.18 | $0.82 | $0.18 | $0.83 |
| ANNUITY | | | $3.25 | | $3.75 | | $3.75 | | $3.75 | | $3.75 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $50.31 | $7.36 | $51.31 | $7.36 | $52.31 | $7.36 | $53.31 | $7.36 | $54.31 |

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### SECOND YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $27.52 | | $27.91 | | $28.68 | | $29.45 | | $30.22 |
| H & W | 0.160 | *$6.58 | $10.98 | *$6.58 | $11.04 | *$6.58 | $11.17 | *$6.58 | $11.30 | *$6.58 | $11.43 |
| PENSION | 0.105 | | $2.89 | | $2.93 | | $3.01 | | $3.09 | | $3.17 |
| APPR. TR. | 0.010 | $0.60 | $0.88 | $0.60 | $0.88 | $0.60 | $0.89 | $0.60 | $0.89 | $0.60 | $0.90 |
| S.U.B. | 0.020 | $0.18 | $0.73 | $0.18 | $0.74 | $0.18 | $0.75 | $0.18 | $0.77 | $0.18 | $0.78 |
| ANNUITY | | | $3.25 | | $3.75 | | $3.75 | | $3.75 | | $3.75 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $47.25 | $7.36 | $48.25 | $7.36 | $49.25 | $7.36 | $50.25 | $7.36 | $51.25 |

| APPRENTICE RATES Eff. Date | | 05/01/17 | | 05/01/18 | | 05/01/19 | | 05/01/20 | | 05/01/21 |
|---|---|---|---|---|---|---|---|---|---|---|

### FIRST YEAR APPRENTICE

| | | Surcharge 17 | | Surcharge 18 | | Surcharge 19 | | Surcharge 20 | | Surcharge 21 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HOURLY RATE | | | $25.17 | | $25.55 | | $26.32 | | $27.10 | | $27.87 |
| H & W | 0.160 | *$6.58 | $10.61 | *$6.58 | $10.67 | *$6.58 | $10.80 | *$6.58 | $10.91 | *$6.58 | $11.03 |
| PENSION | 0.105 | | $2.64 | | $2.68 | | $2.76 | | $2.85 | | $2.93 |
| APPR. TR. | 0.010 | $0.60 | $0.85 | $0.60 | $0.86 | $0.60 | $0.86 | $0.60 | $0.87 | $0.60 | $0.88 |
| S.U.B. | 0.020 | $0.18 | $0.68 | $0.18 | $0.69 | $0.18 | $0.71 | $0.18 | $0.72 | $0.18 | $0.74 |
| ANNUITY | | | $3.25 | | $3.75 | | $3.75 | | $3.75 | | $3.75 |
| PIN POINT | | | $1.00 | | $1.00 | | $1.00 | | $1.00 | | $1.00 |
| TOTAL | 0.295 | $7.36 | $44.20 | $7.36 | $45.20 | $7.36 | $46.20 | $7.36 | $47.20 | $7.36 | $48.20 |

\* Surcharge

\*\*Toxic/Hazardous Waste Removal Rate-20 Per Cent Added To All Classifications

**STATE OF DELAWARE - HIGHWAY CONSTRUCTION**

**LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS**

_____

The hourly rates on the daily basis shall be twenty-five cents ($0.25) per hour in addition to the hourly rate on the weekly basis listed for each classification.

The rate of wages for a Lead Engineer shall be one dollar and fifty cents ($1.50) per hour above the highest rate of pay of any Engineer employed on a weekly basis for the same Employer on the same project.  The Assistant Lead Engineer, when employed, shall be paid ninety cents ($0.90) per hour above the highest wage of pay of any Engineer employed on a weekly basis by the Employer on the same project.

All mixers under 21E with power loading skip shall be operated by an Apprentice Engineer or Oiler.

On all machines with booms, jibs, masts, and leads 100 feet from ground up, fifty cents ($.50) per hour additional will be paid for each increment of 25 feet over 100 feet.  On machines with booms (including jibs, masts, and leads, etc.), 200 feet and over, two (2) Operating Engineers will be required.  Boom is to be measured from the ground, to the heel, to the tip of the boom.

Tower cranes calculated from ground up and out for purpose of boom pay.

All derricks shall require an Apprentice Engineer or Oiler. One (1) Apprentice Engineer or Oiler shall service three (3) guy derricks when under the direction of one (1) Employer or Contractor when working in conjunction with each other.

## STATE OF DELAWARE

## ADDENDUM FOR SITE WORK

This Addendum is for Site Work where Non-Union competition is bidding against signatory Contractors. It must be requested in writing to the Union. The Contractors will provide any and all information when requested to do so by the Union in reference to the granting of this Site Addendum and must list the following information:

      Client
      Project
      Estimated Cost
      Non-Union Competition
      Estimated Length Of Project
      Estimated Number Of Operating Engineers To Be Employed

Once this information is received the Executive Board of Local 542 will be polled and the results will be sent to the Contractor. The Executive Board of Local 542 is the only Authority who can grant any conditions other than what is expressed in the Basic Collective Bargaining Agreement.

Any violations of the Collective Bargaining Agreement of Local 542 will be just cause for the suspension of the Site Addendum for that particular project where the Site Addendum was granted. The project will then be worked under the terms, conditions, and wages, including benefits of the Full Collective Bargaining Agreement of Local 542.

The Wages and Benefits of the Site Addendum shall be paid on all jobs bid after May 1, 1999 where the Addendum applies and shall be paid as the increases become due.

The following conditions shall prevail as the Delaware Site Addendum once granted by the Executive Board of Local 542.

1. Working Lead Engineer – Determined through a meeting of the Contractor and the Union.
2. Four (4) equipment changes per shift.
3. Time and one half for overtime after eight (8) hours.
4. Sundays and Holidays shall be paid at the double time rate if worked.
5. No Operator on pump(s) up to and including an aggregate of 10" intake. All pumps to remain under the jurisdiction of the Operating Engineers.
6. No Operator required on compressors up to and including 1200 C.F.M. or an aggregate thereof, over 1200 C.F.M. requires an Engineer. All compressors to remain under the jurisdiction of the Operating Engineers.
7. No Oilers on backhoes, clambuckets, and draglines up to and including four (4) cubic yards. On trackhoes, gradalls, draglines, and clambuckets up to and including three (3) cubic yards where an Apprentice/Oiler is not required, the Wage Group I(A) or II(A) is waived if the equipment is serviced by a service truck manned by an Operating Engineer.
8. Operating Engineers will not be required on remote control rollers one (1) ton capacity and under. All rollers to remain under the jurisdiction of the Operating Engineers.
9. Twenty-four (24) hour guarantee with two (2) four (4) and eight (8) hour concept on remaining days. Two (2) hours pay show up time, four (4) hours pay if required to begin work, eight (8) hours pay after four (4) hours worked.
10. On projects where the Site Addendum is in effect, all Operating Engineers who are required to have Hazardous Material Certification and are working in levels A, B, or C shall receive an additional twenty percent (20%) increase above the appropriate Wage Group pay as outlined in Wage Group VII A or B.

## STATE OF DELAWARE - UTILITY AGREEMENT

## LOCAL UNION 542 - INTERNATIONAL UNION OF OPERATING ENGINEERS

All Contractors who do Utility work as outlined in the Collective Bargaining Agreement will pay the appropriate rate of pay as outlined in the Collective Bargaining Agreement.  Building and Heavy Rates shall apply.

The Utility Agreement will be the Site Addendum Conditions using the Building and Heavy Rates effective May 1, 2017 through April 30, 2022.

Any Contractor who violates any regulation in the Collective Bargaining Agreement in reference to the funds or improper manning of equipment shall not be eligible to utilize the Utility Agreement until such violations are corrected.

The guaranteed hours shall be twenty-four (24) with 2-4-8 on remaining days.

In the event an Operator begins work on non-guaranteed days the Operator shall receive four (4) hours minimum pay.

Operators may be dismissed for inclement weather related conditions only.

If the Operator is dismissed due to circumstances beyond their control they shall receive eight (8) hours pay.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their duly authorized representatives on the day and year first above written:

**LOCAL UNION 542, INTERNATIONAL
UNION OF OPERATING ENGINEERS**

_____

**ROBERT T. HEENAN, GENERAL VICE PRESIDENT &
BUSINESS MANAGER**

**THE CONTRACTORS ASSOCIATION OF
EASTERN PENNSYLVANIA**

_____

**JOSEPH M. MARTOSELLA**

_____

**JAMES R. DAVIS**

**GENERAL BUILDING CONTRACTORS ASSOCIATION**

_____

**BENJAMIN J. CONNORS, ESQ.**

**DELAWARE CONTRACTORS ASSOCIATION**

_____

**BILL FREEBORN**

**DATE:  MAY 1, 2017**

**COLLECTIVE BARGAINING AGREEMENT**

**LOCAL 542, INTERNATIONAL UNION OF
OPERATING ENGINEERS, AFL-CIO**

**and**

**THE PENN TANK CONTRACTORS
(Hereinafter referred to as the Employer)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### TERRITORIAL JURISDICTION

The territorial jurisdiction of the Union covers the eastern half of Pennsylvania and the State of Delaware.  This Agreement shall apply to all  work performed in Philadelphia, Bucks, Delaware, Chester, and Montgomery Counties Pennsylvania (known as the "5-County Area") and Adams, Berks, Bradford, Carbon, Columbia, Cumberland, Dauphin, Juniata, Lackawanna, Lancaster, Lebanon, Lehigh, Luzerne, Lycoming, Monroe, Montour, Northampton, Northumberland, Perry, Pike, Schuylkill, Snyder, Sullivan, Susquehanna, Tioga, Union, Wayne, Wyoming, and York Counties, Pennsylvania (known as the "29-County Area"), and the State of Delaware.  When working in other areas covered by the jurisdiction of the Local Union, the Employer agrees to abide by the prevailing agreements in the area applicable to the Union and subject to Article I, Section 3 of the Agreement with the Operating Engineers Employers of Eastern Pennsylvania and Delaware.

### TERM

This Agreement shall be binding upon the parties hereto retroactively from May 1, 2017 through April 30, 2022 for the 5 County Area, and from May 1, 2017 through April 30, 2022 for the State of Delaware, and May 1, 2017 through April 30, 2022 for the 29 County Area.

### WAGES AND BENEFITS

Wages and Benefit provisions contained in the Collective Bargaining Agreement shall apply.

### JOB NOTICE

Approximately one (1) week prior to the start of each job in the above areas, the Contractor agrees to mail one (1) copy of the attached "Job Notice Form".  Also, it is agreed that a pre-job conference may be called by either the Union or the Contractor.

### JURISDICTION

ALL work in the erection, dismantling, conversion, and repair of all storage tanks including elevated tanks and standpipe.

## EQUIPMENT

The following types of equipment are normally used on the above work.

      Welding Machines
      Generators - 150 dva and up
      Compressors
      Sideboom Tractors
      Cherry Pickers (rubber tire mounted)
      Cherry Pickers (truck mounted)
      Hoists (single and multiple drum)
      A-Frames (truck and cat mounted)
      Equipment similar to above

## WORKING CONDITIONS

1.  One (1) change a day will be permitted without regard to wage or Group (Group I or I(A) classification, at the Group I rate).

2.  Operators of generators (with attached equipment) shall receive wages per Group I.

3.  One (1) Operator may be used to operate one (1) piece of hoisting and miscellaneous equipment on the following work; minor repairs to existing tanks; work on flat bottom tanks 90 feet in diameter by 48 feet in height or less; work on standpipe (water tanks) of 50 feet diameter by 96 feet in height or less; and work on elevated water tanks of 1,000,000 gallon capacity or less.  Two (2) welding machines may be operated on repair work without an Operating Engineer.

All of the above working conditions and manning requirements shall apply except as otherwise provided or agreed upon at a pre-job conference.  In the 29 County Area and the State of Delaware where Non-Union competition exists consideration will be given to tank size limits.

Agreement entered into and effective May 1, 2017 through April 30, 2022 for the 5 County Area, May 1, 2017 through April 30, 2022 for the State of Delaware, and May 1, 2017 through April 30, 2022 for the 29 County Area.

**AGREED AND ACCEPTED:**

_____      _____
**OPERATING ENGINEERS LOCAL 542**      **CONTRACTOR**


_____      _____
**OPERATING ENGINEERS LOCAL 542**      **CONTRACTOR**


**DATED:**_____

# ADDENDUM TO THE BASIC AGREEMENT
## Construction Agreement
### Between the
### WHARF AND DOCK BUILDERS
### ASSOCIATION
### OF PHILADELPHIA AND VICINITY
### And
### LOCAL UNION 542
### THE INTERNATIONAL UNION
### OF OPERATING ENGINEERS, A.F.L. - C.I.O.

**Effective May 1, 2017 through April 30, 2022 for the 5 County Area**
**Effective May 1, 2017 through April 30, 2022 for the State of Delaware**
**Effective May 1, 2017 through April 30, 2022 for the 29 County Area**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## Section 1 - On Tide Work

Eight (8) consecutive hours of work to begin and end between 6:00 a.m. and 6:00 p.m., on regularly approved low water work or work wherein the tide is the deciding factor in the progress of the work.  In such cases, every Employee shall be permitted to have a meal period of thirty (30) minutes which shall begin not earlier than at the end of the third hour of work, and which shall end not later than what would otherwise be the beginning of the fifth hour of work.

## Section 2 - Towing and Transit

Where air is to be carried on floating equipment in tow for the operation of pumps, siphons, or other equipment an Engineer shall be employed, and he shall receive not less than one (1) days' pay for such work. Overtime provisions in the Basic Agreement shall apply to all overtime.

## Section 3

All overtime shall be at the applicable scheduled overtime rate.

## Section 4

Engineers handling creosote materials shall receive thirty-five cents ($0.35) per hour over and above his basic wage rate (as an added expense).

**WHARF AND DOCKBUILDER ADDENDUM TO LOCAL UNION 542**

1. Land Pile Operations and Marine Operations:

    Two (2) Operators at top rate (Group I(A) to operate crane or machine and to cover compressor or power pack when used as a source of power for the hammer.

2. Boom Pay

    Boom Pay shall be determined by one (1) of the following two (2) methods:

    a) Length of boom (heel to tip) greater than 100 feet.

    b) Length of leads greater than 100 feet.

3. Delaware and 29 Counties

    Conditions will be discussed on a job by job basis when Non-Union competition is involved.

4. Three (3) welding machines may be operated without the use of an Operating Engineer, fourth (4th) welding machine will require an Operating Engineer.


AGREED AND ACCEPTED:

                                                        WHARF AND DOCKBUILDERS

                                                        ASSOCIATION


_____          _____
OPERATING ENGINEERS LOCAL 542                PRESIDENT


_____          _____
OPERATING ENGINEERS LOCAL 542                VICE PRESIDENT


DATED:_____

**COLLECTIVE BARGAINING AGREEMENT**

**FIVE COUNTY – BUILDING EFFECTIVE MAY 1, 2017 – APRIL 30, 2020**
**FIVE COUNTY – HEAVY/HIGHWAY EFFECTIVE MAY 1, 2017 – APRIL 30, 2022**
**TWENTY NINE COUNTY – EFFECTIVE MAY 1, 2017 TO APRIL 30, 2022**
**STATE OF DELAWARE – EFFECTIVE MAY 1, 2017 TO APRIL 30, 2022**

Article I, Section 1 - Recognition

The Union having requested recognition as the Section 9(a) representative of the Employees covered by this Agreement and having demonstrated through authorization cards that it has the support of the majority of such Employees to serve as such representative, the Employer hereby recognizes the Union as the Section 9(a) representative for all persons performing work within the mechanical jurisdiction of the Union, whether or not any of such persons are members of the Union, provided that the provisions of this Section shall be subject to the provisions of Article IV, Section 1.

**CONSENT AND APPROVAL**

The undersigned Employer, intending to be legally bound hereby, agrees to the terms and conditions in the foregoing Agreement and subsequent approved labor Agreements and shall continue to be so bound until terminated by the undersigned Employer giving written notice to the Union and to the Contractors Association of Eastern Pennsylvania, General Building Contractors Association, Northeastern PA. Contractors Association and Delaware Contractors Association at least sixty (60) days prior to the then current anniversary date of the applicable approved labor Agreement.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed by their authorized representatives on the day and year first above written:

TYPE OF WORK CONTRACTOR DOES:                OPERATING ENGINEER EMPLOYER

1. _____

2. _____                   _____
                                             (Print)   COMPANY NAME

3. _____                   _____
                                             (Sign)    SIGNATURE & TITLE

4. _____                   _____
                                             (Print)   NAME & TITLE

                                             _____
INTERNATIONAL UNION OF OPERATING             ADDRESS
ENGINEERS – LOCAL 542
                                             _____
_____             CITY        STATE         ZIP

                                             _____
                                             AREA CODE AND PHONE NUMBER

                                             _____
_____             FAX NUMBER              E MAIL
LOCATION WHERE CONTRACT WAS SIGNED
                                             _____
                                             EMPLOYER TAX I.D. NUMBER

WITNESS: _____             DATE: _____

122

**THIS AGREEMENT** entered into this ___24___ day of ___MARCH___ 2017 and effective from and after the first day of

May, 2017. **Local 542, I.U.O.E.** and ___J & J EQUIPMENT LEASING, INC.___

(Contractor)

hereby agree to be bound and to continue to be bound by the Collective Bargaining contract scheduled to expire on

**April 30, 2017** between Local 542, I.U.O.E. and the Contractors Association in the area where the undersigned

contractor is engaged or intends to be engaged in the performance of its business within the jurisdiction of the Union,

covering the eastern half of Pennsylvania and the State of Delaware; and said parties further agree that in the event a

new contract or contracts are negotiated within the said areas, the undersigned parties shall be bound by said contracts

retroactive from **May 1, 2017** with full force and effect.

Substitute the following Article 1, Section 1:

The Union having requested recognition as the Section 9(a) majority collective bargaining representative of the

employees covered by this Agreement, the Employer recognizes the Union as the Section 9(a) collective bargaining

representative for all persons performing work within the mechanical jurisdiction of the Union, whether or not any of

such persons are members of the Union, based upon a showing by the Union or an offer by the Union to show evidence

that a majority of the employees authorize the Union to represent them in collective bargaining; provided, however,

that the provisions of this Section shall be subject to the Jurisdictional Disputes provisions of the Agreement.

The parties hereto intend to be legally bound hereby.

**WITNESS:**

**LOCAL 542, INTERNATIONAL UNION**
**of OPERATING ENGINEERS**

BY _____

BY _____ Robert T. Heenan
(UNION)

___J+J EQUIPMENT LEASING, INC.___
(Print) **CONTRACTOR**

BY _____
**NAME & TITLE**

___JOSEPH MARIANI     PRESIDENT___
(Print) **NAME & TITLE**

___10 MOUNT PLEASANT DRIVE___
**ADDRESS**

| ___ASTON___ | ___PA___ | ___19014___ |
|---|---|---|
| CITY | STATE | ZIP |

| ___610 358 9746___ | ___610 358 9746___ |
|---|---|
| **TELEPHONE NUMBER** | **FAX NUMBER** |

___3.24.17___
DATE SIGNED

___43   20 43 825___
**TAX I.D. NUMBER**

(stamp) MAR 28 2017

Exhibit B

**\*\* PLEASE NOTE: if using this Excel spreadsheet, you must still send in the Funds Remittance Report that was mailed to you.**

**EMPLOYERS COMBINED MONTHLY REPORT FOR THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL #542**

Shaded Fields Require Data Entry

**1   FOR THE MONTH ENDING:** 8/31/2018

| 2   Employee Name | | 3(a) Social Security # | 3(b) Dist. |
|---|---|---|---|
| Last | First | | |
| Leflar | Michael | 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 | 1 |

TOTALS

**4   JOINT FUNDS**

| 4(a) Hours Worked | 4(b) Gross Wages | 5 Pinpoint @ $1.00/hour | 6 Hours Paid |
|---|---|---|---|
| 200 | $ 9,078.00 | $ 200.00 | 200 |

4(a) 200   4(b) $ 9,078.00   5 $ 200.00   6 200

**7   SURCHARGES**

| (a)Wage Group | (b)Cont. Code | (c)Wel./Appr. Rate/Hour | (d)Welfare Amount | (e)SUB Rate/Hr | (f)SUB Amount |
|---|---|---|---|---|---|
| II | 5C | $ 7.73 | $ 1,546.00 | $ 0.18 | $ 36.00 |

7(d) $ 1,546.00   7(f) $ 36.00

**8   ANNUITY**

| (a)Hrs @ | (b)Hrs @ | (c)Total Annuity |
|---|---|---|
| $ 7.00 | 200 | $ 1,400.00 |

8( c ) $ 1,400.00

| Contribution Due | Amount Paid | OVER | Fund |
|---|---|---|---|
| | | | Pen. |
| | | | Wel. |
| | | | Appr. |
| | | | SUB |
| | | | Ann. |
| | | | Surch. |
| | | | Pinpoint |
| | | | CIOF |
| | | | H/H |

**MAIL THIS REPORT WITH REMITTANCES TO:**

I.U.O.E. 542
BENEFIT FUNDS
P.O. BOX 1477
FORT WASHINGTON
PA 19034

**CONTRIBUTION CALCULATION - EMPLOYER MUST COMPLETE**

**10   EMPLOYERS BENEFIT CONTRIBUTIONS:**

Gross Wages 4(b)   $ 9,078.00   x   29.50%

| | |
|---|---|
| Total Surcharge 7(d) + 7(f) | $ 2,678.01 |
| Total Annuity 8(c) | $ 1,582.00 |
| Pinpoint (5) | $ 1,400.00 |
| **\*GRAND TOTAL BENEFIT FUNDS** | $ 200.00 |
| | $ 5,860.01 |

**\*\*11   UNION DUES CHECK-OFF @**   3.90% Gross Wages 4(b)   $ 354.04

\*Check Payable To: "I.U.O.E. Benefit Funds"   \*\*Check Payable To: "I.U.O.E. Local 542"

**J & J Equipment Leasing        3430**

The undersigned employer agrees to be bound by the terms and conditions of the existing Collective Bargaining Agreement and the Trust Agreement as presently constituted and as since been amended. The undersigned affirms that he/she is authorized to execute this document and in behalf of the contributing employer.

Signed By:

(Title)

9

**\*\* PLEASE NOTE:** *if using this Excel spreadsheet, you must still send in the Funds Remittance Report that was mailed to you.*
**EMPLOYERS COMBINED MONTHLY REPORT FOR THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL #542**

Shaded Fields Require Data Entry

**1  FOR THE MONTH ENDING:** 9/30/2018

| 2  Employee Name | | 3(a) Social Security # | 3(b) Distr. |
|---|---|---|---|
| Last | First | | |
| Deifilar | Michael | 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 | 1 |

**4  JOINT FUNDS**

| 4(a) Hours Worked | 4(b) Gross Wages | 5 @ $1.00/hour Pinpoint | 6 Hours Paid |
|---|---|---|---|
| 160 | $ 7,262.40 | $ 160.00 | 160 |

**TOTALS**

| 4(a) | 4(b) | 5 | 6 |
|---|---|---|---|
| 160 | $ 7,262.40 | $ 160.00 | 160 |

**7  SURCHARGES**

| (a)Wage Group | (b)Cont. Code | (c)Wel/Appr. Rate/hour | (d)Welfare Amount | (e)SUB Rate/Hr | (f)SUB Amount |
|---|---|---|---|---|---|
| II | 5C | $ 7.73 | $ 1,236.80 | $ 0.18 | $ 28.80 |

| 7(c) | | | 7(d) | | 7(f) |
|---|---|---|---|---|---|
| | | | $ 1,236.80 | | $ 28.80 |

**8  ANNUITY**

| (b)Hrs @ | (b)Hrs @ | (c)Total Annuity |
|---|---|---|
| $ 7.00 | | $ 1,120.00 |

| 8(b) | | 8(c.) |
|---|---|---|
| 160 | | $ 1,120.00 |

**CONTRIBUTION CALCULATION - EMPLOYER MUST COMPLETE**

**10  EMPLOYERS BENEFIT CONTRIBUTIONS:**

| | | |
|---|---|---|
| Gross Wages 4(b) | $ 7,262.40 | x   29.50% |
| Total Welfare 7(d) + 7(f) | | $ 2,142.41 |
| Total Surcharge 7(d) + 7(f) | | $ 1,265.60 |
| Total Annuity 8(c) | | $ 1,120.00 |
| Pinpoint (5) | | $ 160.00 |
| **\*GRAND TOTAL BENEFIT FUNDS** | | $ 4,688.01 |
| **\*\*11  UNION DUES CHECK-OFF @** | 3.90% Gross Wages 4(b) | $ 283.23 |

**MAIL THIS REPORT WITH REMITTANCES TO:**

I.U.O.E. 542
BENEFIT FUNDS
P.O. BOX 1477
FORT WASHINGTON
PA 19034

\*Check Payable To: "I.U.O.E. Benefit Funds"   \*\*Check Payable To: "I.U.O.E. Local 542"

| Contribution Due | Amount Paid | OVER | Fund |
|---|---|---|---|
| | | | Pen. |
| | | | Wel. |
| | | | Appr. |
| | | | SUB |
| | | | Ann. |
| | | | Surch. |
| | | | Pinpoint |
| | | | CIOM |
| | | | H/H |

**J & J Equipment Leasing   3430**

The undersigned employer agrees to be bound by the terms and conditions of the existing Collective Bargaining Agreement and the Trust Agreement as presently constituted and as since been amended. The undersigned affirms that he/she is authorized to execute this document and in behalf of the contributing employer.

Signed By: _____   (Title)

** PLEASE NOTE: if using this Excel spreadsheet, you must still send in the Funds Remittance Report that was mailed to you.

**EMPLOYERS COMBINED MONTHLY REPORT FOR THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL #542**

Shaded Fields Require Data Entry

**1 FOR THE MONTH ENDING-** 10/31/2018

| 2 Employee Name | | 3(a) Social Security # | 3(b) Dist. | 4 JOINT FUNDS | | | | |
|---|---|---|---|---|---|---|---|---|
| Last | First | | | 4(a) Hours Worked | 4(b) Gross Wages | 5 @ $1.00/hour Pinpoint | 6 Hours Paid | |
| Leflar | Michael | 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 | 1 | 200 | $ 9,078.00 | $ 200.00 | 200 | |

| 4(a) | 4(b) | 5 | 6 |
|---|---|---|---|
| 200 | $ 9,078.00 | $ 200.00 | 200 |

**TOTALS**

| 7 SURCHARGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| (a)Wage Group | (b)Cont. Code | (c)Wel./Appr. Rate/Hour | (d)Welfare Amount | (e)SUB Rate/Hr. | (f)SUB Amount | | |
| II | 5C | $ 7.73 | $ 1,546.00 | $ 0.18 | $ 36.00 | | |

| 7(c) | 7(d) | 7(f) |
|---|---|---|
| $ 1,546.00 | $ 36.00 | |

| 8 ANNUITY | | |
|---|---|---|
| (a)Hrs @ | (b)Hrs @ | (c)Total Annuity |
| $ 7.00 | 200 | $ 1,400.00 |

| 8(c) |
|---|
| $ 1,400.00 |

**10 EMPLOYERS BENEFIT CONTRIBUTIONS: CONTRIBUTION CALCULATION - EMPLOYER MUST COMPLETE**

| | |
|---|---|
| Gross Wages 4(b): | $ 9,078.00 |
| Total Surcharge 7(d) + 7(f) | $ 2,678.01 |
| Total Annuity 8(c) | $ 1,582.00 |
| Pinpoint (5) | $ 1,400.00 |
| *GRAND TOTAL BENEFIT FUNDS | $ 200.00 |
| | $ 5,660.01 |

***11 UNION DUES CHECK-OFF @ 3.90% *Gross Wages 4(b)***

x 29.50% = $ 5,860.01

$ 354.04

| Contribution Due | Amount Paid | OVER | Fund | Fund |
|---|---|---|---|---|
| | | | Pen. | Pen |
| | | | Wel. | |
| | | | Appr. | |
| | | | SUB | |
| | | | Ann. | Surch. |
| | | | Pinpoint | |
| | | | C/Off | |
| | | | H/H | |

**MAIL THIS REPORT WITH REMITTANCES TO:**

I.U.O.E. 542
BENEFIT FUNDS
P.O. BOX 1477
FORT WASHINGTON
PA 19034

*Check Payable To: "I.U.O.E. Benefit Funds"   **Check Payable To: "I.U.O.E. Local 542"   ***Check Payable To: "I.U.O.E. Benefit Funds"

**J & J Equipment Leasing** 3430

The undersigned employer agrees to be bound by the terms and conditions of the existing Collective Bargaining Agreement and the I.U.O.E. 542 Trust Agreement as presently constituted and as since been amended. The undersigned affirms that he/she is authorized to execute this document and in behalf of the contributing employer.

Signed By _____   (Title)

**\*\* PLEASE NOTE: if using this Excel spreadsheet, you must still send in the Funds Remittance Report that was mailed to you.**

**EMPLOYERS COMBINED MONTHLY REPORT FOR THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL #542**

Shaded Fields Require Data Entry

1. FOR THE MONTH ENDING: 11/30/2018

| 1 | 2 Employee Name | | 3(a) Social Security # | 3(b) Distr. | 4 JOINT FUNDS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Last | First | | | 4(a) Hours Worked | 4(b) Gross Wages | 5 Prjpoint @ $1.00/hour | 6 Hours Paid | |
| Leffar | | Michael | 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 | 1 | 192 | $ 8,714.88 | $ 192.00 | 192 | |

| TOTALS | | | | | 192 | $ 8,714.88 | $ 192.00 | 192 |
|---|---|---|---|---|---|---|---|---|
| | | | | 4(a) | 4(b) | 5 | 6 |

**7 SURCHARGES**

| (a)Wage Group | (b)Contr. Code | (c)Wel./Appr. Rate/Hour | (d)Wel. Appr. Amount | (e)SUB Rate/Hr. | (f)SUB Amount |
|---|---|---|---|---|---|
| II | 5C | $ 7.73 | $ 1,484.16 | $ 0.18 | $ 34.56 |
| | | | $ 1,484.16 | | $ 34.56 |
| | | | 7(d) | | 7(f) |

**8 ANNUITY**

| (a)Hrs @ | (b)Hrs @ | (c)Total Annuity |
|---|---|---|
| $ 7.00 | | |
| 192 | | $ 1,344.00 |
| 192 | | $ 1,344.00 |
| | | 8(c) |

**10 EMPLOYERS BENEFIT CONTRIBUTIONS:**

CONTRIBUTION CALCULATION - EMPLOYER MUST COMPLETE

Gross Wages 4(b) .............. $ 8,714.88 ......... X   29.50%

| | |
|---|---|
| Total Surcharge 7(d) + 7(f) | $ 2,570.89 |
| Total Annuity 8(c) | $ 1,518.72 |
| Prjpoint (5) | $ 1,344.00 |
| | $ 192.00 |
| \*GRAND TOTAL BENEFIT FUNDS | $ 5,625.61 |
| \*\*11   UNION DUES CHECK-OFF @   3.90% Gross Wages 4(b) | $ 339.88 |

MAIL THIS REPORT WITH REMITTANCES TO:

I.U.O.E. 542
BENEFIT FUNDS
P.O. BOX 1477
FORT WASHINGTON PA 19034

\*Check Payable To: "I.U.O.E. Benefit Funds"   \*\*Check Payable To: "I.U.O.E. Local 542"

| Contribution Due | Amount Paid | OVER | Fund |
|---|---|---|---|
| | | | Pen. |
| | | | Wel. |
| | | | Appr. |
| | | | SUB |
| | | | Ann. |
| | | | Surch. |
| | | | Prjpoint |
| | | | C/Off |
| | | | H/H |

\*\*\*Check Payable To: "I.U.O.E. Check-Off"

**J & J Equipment Leasing    3430**

The undersigned employer agrees to be bound by the terms and conditions of the existing Collective Bargaining Agreement and the Trust Agreement as presently constituted and as since been amended. The undersigned affirms that he/she is authorized to execute this document and in behalf of the contributing employer.

Signed By: _____

(Title)

**\*\* PLEASE NOTE!: if using this Excel spreadsheet, you must still send in the Funds Remittance Report that was mailed to you.**

**EMPLOYERS COMBINED MONTHLY REPORT FOR THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL #542**

Shaded Fields Require Data Entry

**1  FOR THE MONTH ENDING:**  12/31/2018

| 2  Employee Name | | 3(a) Social Security # | 3(b) Dist. |
|---|---|---|---|
| Last | First | | |
| Leffler | Michael | 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 | 1 |

**TOTALS**

**4  JOINT FUNDS**

| 4(a) Hours Worked | 4(b) Gross Wages | 5 Pinpoint @ $1.00/hour | 6 Hours Paid |
|---|---|---|---|
| 78.5 | $ 3,563.12 | $ 78.50 | 78.5 |

4(a) 78.5  | 4(b) $ 3,563.12  | 5 $ 78.50  | 6 78.5

**7  SURCHARGES**

| (a)Wage Group | (b)Cont. Code | (c)Wel./Appr. Rate/Hour | (d)Welfare Amount | (e)SUB Rate/Hr. | (f)SUB Amount |
|---|---|---|---|---|---|
| II | 5C | $ 7.73 | $ 606.81 | $ 0.18 | $ 14.13 |

7(d) $ 606.81   7(f) $ 14.13

**8  ANNUITY**

| (a)Hrs @ | (b)Hrs. @ | (c)Total Annuity |
|---|---|---|
| $ 7.00 | 78.5 | $ 549.50 |

8(c) $ 549.50

**CONTRIBUTION CALCULATION - EMPLOYER MUST COMPLETE**

**10  EMPLOYERS BENEFIT CONTRIBUTIONS:**

Gross Wages 4(b)  $ 3,563.12   x   29.50%

| | |
|---|---|
| Total Wages 7(d) + 7(f) | $ 1,051.12 |
| Total Surcharge 7(d) + 7(f) | $ 620.94 |
| Total Annuity 8(c) | $ 549.50 |
| Pinpoint (5) | $ 78.50 |
| **\*GRAND TOTAL BENEFIT FUNDS** | $ 2,300.06 |
| **\*\*11  UNION DUES CHECK-OFF @    3.90% Gross Wages 4(b)** | $ 138.96 |

MAIL THIS REPORT WITH REMITTANCES TO:

I.U.O.E. 542
BENEFIT FUNDS
P.O. BOX 1477
FORT WASHINGTON  PA  19034

"Check Payable To: "I.U.O.E. Benefit Funds"   "\*Check Payable To "I.U.O.E. Local 542"

**J & J Equipment Leasing      3430**

The undersigned employer agrees to be bound by the terms and conditions of the existing Collective Bargaining Agreement and the Trust Agreement as presently constituted and as since been amended. The undersigned affirms that he/she is authorized to execute this document and in behalf of the contributing employer.

Signed By: _____

(Title) _____

| Contribution Due | Amount Paid | OVER | Fund |
|---|---|---|---|
| | | | Pen. |
| | | | Wel. |
| | | | Appr. |
| | | | SUB |
| | | | Ann. |
| | | | Surch. |
| | | | Pinpoint |
| | | | C/Off |
| | | | H/H |

**\*\* PLEASE NOTE:  if using this Excel spreadsheet, you must still send in the Funds Remittance Report that was mailed to you.**

**EMPLOYERS COMBINED MONTHLY REPORT FOR THE INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL #542**

Shaded Fields Require Data Entry

| 1  FOR THE MONTH ENDING: | | | | | | 4  JOINT FUNDS | | | | | 7  SURCHARGES | | | | | | 8  ANNUITY | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2  Employee Name | | 3(a) Social Security # | 3(b) Distr. | 4(a) Hours Worked | 4(b) Gross Wages | 5 @ $1.00/hour | Pinpoint | 6 Hours Paid | (a)Wage Group | (b)Contr. Code | (c)Wel./Appr. Rate/Hour | (d)Welfare Amount | (e)SUB Rate/Hr. | (f)SUB Amount | (a)Hrs. @ | (b)Hrs. @ | (c)Total Annuity |
| Last | First | | | | | | | | | | | | | | | | | |
| Leflar | Michael | 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 | 1 | 82.5 | $ 3,801.41 | 83.75 | 83.75 | II | 5C | $ 7.73 | $ 647.39 | $ 0.18 | $ 15.08 | $ 7.00 | 82.5 | | $ 577.50 |
| | | | | | | | | | | | | | | | | | |

1/31/2019

| TOTALS | 4(a) | 4(b) | 5 | 6 | 7(a) | 7(d) | 7(f) | 8(c) |
|---|---|---|---|---|---|---|---|---|
| | 82.5 | $ 3,801.41 | 83.75 | 83.75 | | $ 647.39 | $ 15.08 | 82.5 $ 577.50 |

| Contribution Due | Amount Paid | OVER | Fund |
|---|---|---|---|
| | | | Pen. |
| | | | Wel. |
| | | | Appr. |
| | | | SUB |
| | | | Ann. |
| | | | Surch. |
| | | | Pinpoint |
| | | | C/Off |
| | | | H/H |

**MAIL THIS REPORT WITH REMITTANCES TO:**

I.U.O.E. 542
BENEFIT FUNDS
P.O. BOX 1477
FORT WASHINGTON
PA 19034

"Check Payable To: 'I.U.O.E. Benefit Funds'"

**CONTRIBUTION CALCULATION - EMPLOYER MUST COMPLETE**

| 10  EMPLOYERS BENEFIT CONTRIBUTIONS: | |
|---|---|
| Gross Wages 4(b) | $ 3,801.41 |
| | x  29.50% |
| Total Surcharge 7(d) + 7(f) | $ 1,121.42 |
| Total Annuity 8(c) | $ 662.46 |
| Pinpoint (5) | $ 577.50 |
| | $ 83.75 |
| \*GRAND TOTAL BENEFIT FUNDS | $ 2,445.13 |
| \*\*11  UNION DUES CHECK-OFF @  3.90% Gross Wages 4(b) | $ 148.25 |

"\*Check Payable To: 'I.U.O.E. Local 542'"

**J & J Equipment Leasing          3430**

The undersigned employer agrees to be bound by the terms and conditions of the existing Collective Bargaining Agreement and the Trust Agreement as presently constituted and as since been amended. The undersigned affirms that he/she is authorized to execute this document and in behalf of the contributing employer.

Signed By: _____

(Title) _____

Exhibit C



CLEARY, JOSEM & TRIGIANI LLP
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
215.735.9099
Fax: 215.640.3201
www.cjtlaw.org
E-Mail: labor@cjtlaw.org



**Jeremy E. Meyer**
**jmeyer@cjtlaw.org**
Admitted in PA & NJ

April 9, 2019

Joseph Mariani, President
J&J Equipment Leasing, Inc.
10 Mount Pleasant Road
Aston, PA 19014

      **Re:**    **IUOE Local 542 Union and Benefit Funds**

Dear Mr. Mariani:

This office represents the IUOE Local 542 Benefit Funds (the "Funds"). As you know, J&J Equipment Leasing, Inc. (the "Company") is a signatory to a collective bargaining agreement with the IUOE Local 542 (the "Union") that obligates it to submit reports documenting the compensated hours of employees, and to submit contributions and to remit dues deducted from employees' pay to the Funds and Union on a monthly basis. Contributions not received by the deadline are charged interest and liquidated damages, as set forth in the collective bargaining agreement.

It has come to my attention that the Company failed to submit reports or payments on behalf of Michael Leflar for the months of August 2018 through January 2019. Based on information supplied by Mr. Leflar, the Funds have calculated that the Company owes a total of **$30,399.81** ($26,778.83 principal, plus $943.10 interest, and $2,677.88 liquidated damages) to the Funds and **$1,618.40** to the Union. If you have not already paid those amounts, you must do so immediately.

In addition, in light of our discovery of the unreported hours, the Funds and Union seek to conduct a payroll audit of the Company to assure that the correct contributions have been reported and paid for the past two years. Please contact the undersigned to schedule an audit.

This is to advise you that unless full payment of the above amounts are received within ten (10) days from the date of this letter and we are contacted by you about the audit, the Funds and Union reserve the right to take legal action to collect the delinquency and to compel cooperation with an audit without further notice. If such legal action is initiated, the Funds and Union would seek, not only the above principal, interest, and liquidated damages, but also ongoing interest and an order requiring the Company to pay its legal fees and costs.

Joseph Mariani, President
J&J Equipment Leasing, Inc.
April 9, 2019
Page 2

We sincerely hope such action will not be necessary and you will promptly submit payment and schedule an audit. If you have any questions or would like to further discuss this matter, please contact the undersigned.

Sincerely,

JEREMY E. MEYER

cc:     Tom Dooley and Tim Nagy (by email)